```
PRINT DATE: 06/07/05  057              Wiregrass Medical Center                      PAGE     1
Ed Benak M.D.                          1200 W. Maple Ave                             01D0304961
Medical Director                       Geneva, AL 36340-1642                         CLIA Number
       TIME: 13:10                     LABORATORY --- CUMULATIVE REPORT              H5LACUMV


NAME.: NUNN JOWEL                      SEX......: M                    PHY..: KRAFT KURT D
ACCT#: 513688                          AGE......: 28 Y                 ADMIT: 06/04/05
ROOM.: E.R.         - NO PENDING ORDERS DOB......: 01/08/1977          MR#..: 422847896
                                       PAT. PHONE: 3348989907
```

# MICROBIOLOGY

```
     --ORDERED--     --COLLECTED--     --REC'D--      --RESULTED--     --VERIFIED---
     6/04/05 1724    6/04/05 1724      6/04/05 2157   6/07/05 1058     6/07/05 1058
     CGB             TB                DD             LJL              LJL

         CULTURE MISC. SOURCE

             SPECIFIC SITE:         L ARM WOUND


                          M I C R O B I O L O G Y   R E P O R T           ** FINAL **
------------------------ Antimicrobial Susceptibility and Organism Identification Report ------
        Specimen Number   : 50707              Requested : 06/04/05
        Specimen Source   : MISC. CULTURE      Collected : 06/04/05  17:24
        Ward of Isolation : NURSING EMERGENCY ROOM  Received : / /   00:00
        Requesting Physician : KURT D. KRAFT
--------------------------------------------------------------------------------
                       Patient/Specimen Tests and Comments

     Specimen Comments
     -------------------
     HEAVY GROWTH ISO#1
     COAGULASE POSITIVE STAPH

                                   Organisms Identified
                                   --------------------
* 01      Staphylococcus aureus                    06/07/05
          Comments
          --------
     This S. aureus does not demonstrate inducible clin
     damycin resistance in vitro.
                          M I C R O B I O L O G Y   R E P O R T           ** FINAL **
------------------------ Antimicrobial Susceptibility and Organism Identification Report ------
Isolate 01    Staphylococcus aureus
--------------------------------------------------------------------------------
                  Staphylococcus aureus
DRUG              MIC           Interp
----------------  ---           ------
Amp/Sulbactam     <=8/4         S
Ampicillin        2             BLAC
Amox/K Clav       <=4/2         S
Azithromycin      4             I
Chloramphenicol   <=8           S
Ceftriaxone       <=8           S
Clindamycin       <=0.5         S
Cefotaxime        <=8           S
Cefazolin         <=8           S
Ciprofloxacin     <=1           S
Erythromycin      4             I
Gatifloxacin      <=2           S
Gentamicin        <=4           S
Imipenem          <=4           S
Levofloxacin      <=2           S

PRINT: 06/07/05 13:10  NUNN JOWEL                                   057 Page:    1 CONTINUED
             LEGEND:  L-Low, H-High, C-Critical, A-Abnormal, *E*-Error
```

```
PRINT DATE: 06/07/05 057           Wiregrass Medical Center                    PAGE    2
Ed Benak M.D.                      1200 W. Maple Ave                           01D0304961
Medical Director                   Geneva, AL 36340-1642                       CLIA Number
      TIME: 13:10                  LABORATORY --- CUMULATIVE REPORT            H5LACUMV


NAME.: NUNN JOWEL                  SEX.......: M                    PHY..: KRAFT KURT D
ACCT#: 513688                      AGE.......:  28 Y                ADMIT: 06/04/05
ROOM.: E.R.        - NO PENDING ORDERS   DOB.......: 01/08/1977     MR#..: 422847896
                                   PAT. PHONE: 3348989907
```

## MICROBIOLOGY

```
Linezolid                  <=2        S
Moxifloxacin               <=2        S
Oxacillin                  <=0.25     S
Penicillin                   8        BLAC
Pip/Tazo                   <=4        S
Rifampin                   <=1        S
Trimeth/Sulfa              <=2/38     S
Tetracycline               <=4        S
Vancomycin                 <=2        S
                                      B-Lactamase Positive
-----------------------------------------------------------------------------------------
S = Susceptible         CC = Cost Code       N/R = Not Reported      BLac = Beta Lactamase Positive
I = Intermediate        MIC = mcg/ml (mg/L)  --- = Not Tested        TFG = Thymidine-dependent Strain
R = Resistant                                Blank= Data not available, or drug not advisable or tested
For Blood and CSF Isolates, a Beta-Lactamase test is recommended for Enterococus species.
IB appears in place of S, I (S), +, ++, or +++ with species known to possess inducible B-lactamases; potentially they may become
resistant to all B-lactam drugs.  Monitoring of patients during/after therapy is recommended.  Avoid other/combined B-lactam drugs.
(a) Use maximum doses of drug with an aminoglycoside for P. aeruginosa in patients with granulocytopenia or serious infections.
(b) Breakpoints based on parenteral dose.  For cefuroxime Axetil (PO) use <8=S, 8-16=I, >16=R.
(c) For streptococci (including enterococci), Micrococcus species, and Listeria species, refer to the Ampicillin interpretation.  If
    Ampicillin results are unavailable, refer to Penicillin.  If Pen result is resistant, test Ampicillin using an alternate method.
-----------------------------------------------------------------------------------------
Interpretations based on NCCLS M7-A3.  Pip/Tazo for streptococci and enterococci based on manufacturer's breakpoints.
-----------------------------------------------------------------------------------------
Tech : _____     Source    : MISC. CULTURE        ID # : 513688         ** FINAL **
Report Date :   /  /     :         Collected : 06/04/05  17:24
```

STATE OF ALABAMA

COUNTY OF BARBOUR

AFFIDAVIT

JOWEL S. NUNN AIS# 204088. an inmate in the custody of the Alabama Department of Corrections, who personally appeared before the undersigned authority in and for said county and state, Jowel S. Nunn, who being first duly sworn makes this affidavit pursuant to the provisions of the Alabama Code 1975 and Federal Rules of Civil Procedure says the following:

My name is Jowel S, Nunn and i am a resident of Geneva County Alabama. Who is of sound mind and who is an adult over the age of 21 years and thus hereby give lawful notice that on or about the 24 day of Feb., 2005 I was a pretrial detainee being held in the Geneva County Jail under the care, custody and control of the defendant Gregg Ward, sheriff of Geneva County jail and at such time did contract staph infection caused by the deplorable conditions of Geneva county jail and exacerbated by the deliberate indifference of Geneva county and its agents, to the serious medical needs of your affiant.

Based on the aforesaid facts i hereby claim that Geneva county jail and its agents, servants, representatives and employees are liable for the damages i have sustained due to their negligence and deliberate indifference to the serious medical needs of your affiant.

I hereby declare under the penalty of perjury that the facts sworn to in this affidavit are true and correct to the best of my knowledge, understanding and belief.

_Jowel S. Nunn_
Affiant

SWORN TO AND SUBSCRIBED BEFORE ME THIS 10th DAY May, 2006

_Carolyn R. Abercrombie_  My Commission Expires August 18, 2007  _Jowel S. Nunn_ #204088
NOTARY PUBLIC         MY COMMISSION EXPIRES         JOWEL S. NUNN

STATE OF ALABAMA
COUNTY OF BARBOUR

AFFIDAVIT

Dennis Rudd AIS# 239596, an inmate in the custody of the Alabama Department of Corrections, who personally appeared before the undersigned authority in and for said county and state, Jowel S. Nunn, who being first duly sworn makes this affidavit pursuant to the provisions of the Alabama Code 1975 and Federal Rules of Civil Procedure says the following:

My name is Dennis Rudd AIS# 239596 and i am a resident of Geneva County Alabama who is of sound mind and who is an adult over the age of 21 years of age and thus hereby give lawful notice that on or about the 24 day of Feb., 2005 I was a pretrial detainee being held in the Geneva County jail under the care, custody and control of defendant Gregg Ward, sheriff of Geneva county jail and at which time, I am a witness to the fact that Jowel S. Nunn AIS# 204088, a pretrial detainee at the same location (jail) did contract staph infection, as did myself, due to the deplorable conditions of the Geneva county jail, also, I am witness to the deliberate indifference to the serious medical needs of Jowel S. Nunn.

Ihereby declare under penalty of perjury that the facts stated in this affidavit are true and correct to the best of my knowledge, understanding and belief.

SWORN AND SUBSCRIBED BEFORE ME THIS 10th DAY OF May, 2006

Carolyn R. Abercrombie                My Commission Expires August 18, 2007      Dennis Rudd
NOTARY PUBLIC                         MY COMMISSION EXPIRES                      DENNIS RUDD