IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOWEL S. NUNN, #204088, | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. 2:06-CV-452-MEF |
| | ) | [ WO ] |
| GREG WARD, et. al., | ) | |
| DEFENDANTS. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME

Comes now the plaintiff, Jowel S. Nunn, by and through himself and pro se, and request that the honorable court extend the time for the plaintiff to submit the court ordered partial filing fee of $35.33.

The plaintiff herein ask the court to allow plaintiff until the 15th day of June 2006, which would effectively allow the plaintiff to make the proper and appropriate arrangements.

Wherefore the premises considered the plaintiff pray the court will grant the plaintiff until the 15th day of JUNE 2006 to make payment of partial filing fee.

### NOTARY STATEMENT

SWORN AND SUBSCRIBED BEFORE ME THIS 1st DAY OF June, 2006.

Carolyn R. Abercrombie       My Commission Expires August 18, 2007       Jowel S. Nunn  #204088
NOTARY PUBLIC - MY COMMISSION EXPIRES            JOWEL S. NUNN        PRO SE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HAS BEEN PLACED IN THE UNITED STATES MAIL PROPERLY ADDRESSED AND POSTAGE PREPAID TO THE DEFENDANTS, (GREG WARD et al) AND THE CLERK OF COURT, UNITED STATES DISTRICT COURT. DONE THIS 1st DAY OF June, 2006

Jowel S. Nunn
JOWEL S. NUNN       PRO SE