IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-452-MEF |
| | ) [WO] |
| | ) |
| GREG WARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to submit initial partial filing fee filed by the plaintiff on June 5, 2006 (Court Doc. No. 5), and as the court received such fee from the plaintiff on June 2, 2006, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 12th day of June, 2006.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              CHIEF UNITED STATES MAGISTRATE JUDGE