# EXHIBIT A



IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2004 NOV -4 A 10: 01

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jouel S. Nunn
Full name and prison number of
plaintiff(s)

v.

Greg Ward
Carol Rowe
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 1:04cv1067-F
(To be supplied by the Clerk of the
U.S. District Court)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) _____

          Defendant(s) _____
          _____

      2.  Court (If federal court, name the district; if state court, name the county)
          _____
          _____

      3.  Docket No. _____

      4.  Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT *Geneva Co. Jail*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Geneva Co. Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Greg Ward | Geneva Co Jail P.O. Box 15  36340 |
| 2. | Carl Rowe | Geneva Co. Jail P.O. Box 15  36340 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *09-04-04*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *Unsanitary Conditions of the jail, denying medical attention, _____ no ability of law books*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
*Whole time imprisoned Co. Jail / causes staph infections _____ skin _____ of the skin swelling of the body, sleeping on floors for the inmates _____ Jesse Dunn*

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. Properly fix the conditions of the jail. Proper medical attention, proper cleaning tools, chemicals to do all of those sanitations, ability to secure inmates or handicap as in bunk beds through books.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  11-2-04
              (date)

_____
Signature of plaintiff(s)

_____  11/2/04
Notary Public

My commission Expires
July 2, 2008

-3-