# EXHIBIT C

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____ CELL _____ DATE _____

TELEPHONE CALL _____ MEDICAL _____ DENTAL _____ HEARING REQUEST _____

GRIEVANCE _____ VISIT _____ PERSONAL PROBLEM _____ OTHER _____

SHERIFF _____ JAIL ADMINSTRATOR _____ JUDGE _____ NOTARY _____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

_____
_____
_____
_____
_____
_____
_____

*DO NOT WRITE BELOW!!*          **FOR SHERIFF'S DEPARTMENT USE ONLY**

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER _____ MARTON _____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE 10-18-0? TIME 8:55
        SIGNATURE

TO BE PLACED IN INMATE'S FILE

_____
_____
_____
_____

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _Nixon Samuel_ _____ CELL _L/S_ DATE _6-2-05_

TELEPHONE CALL ____ MEDICAL _X_ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF _X_ JAIL ADMINSTRATOR _X_ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I need Medical attention to my arm, I have a
knot on my left arm which is giving me
problems by itching a burning sensation, I would
like to get it checked to see if its staph
infection.

ASAP Thank You.

*DO NOT WRITE BELOW!!*        *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _✓_ SHERIFF _____

JAILER _____ DATE _6-3-05_ TIME _803 AM_
              SIGNATURE

### TO BE PLACED IN INMATE'S FILE

Dr. Ofc. closed on Friday's
Will call for appt on Monday 6-6-05

Sent Jailer to escort RH
6-4-05 / 6-6-05

Copy 1
Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

Copy
Please

NAME _Nunn Jowel_ CELL _45_ DATE _6-3-0_

TELEPHONE CALL ____ MEDICAL _X_ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Copy 1
Please

I have a sharp pain in my top left arm
which is a big knot up under my skin. I
need to go to the emergency room to get it
open about and get some with pills. I believe
it's staph infection. ASAP. Call Greg.
Thank you

DO NOT WRITE BELOW!!                    FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
           SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy 1
Please

Copy
Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _Nunn  Jovel_ _____ CELL _L/S_ DATE _6-4-05_

TELEPHONE CALL ____ MEDICAL _X_ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF _X_ JAIL ADMINSTRATOR _X_ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I need to go to the emergency room I'm
running a high fever. My arm is turning
purple. I need medical attention. Call
_____ and tell _____ _____
arm. I can't wait for an appt. I need to go
to the emergency _____ and don't _____
_____ I need a _____

_DO NOT WRITE BELOW!!_ ___ FOR SHERIFF'S DEPARTMENT USE ONLY_

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
        SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy
Please

Copy 1
Please.

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

Copy Please.

NAME _Nunn Jared_ CELL _L/S_ DATE _6-5-05_

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE _X_ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF _X_ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Given what _____ and time I want you to _____ and look at
the situation with me give it _____ for Mr. Owens
being concern and understanding that I'm a human-being
the brother with your own _____ _____ myself May he
tell sign _____ _____ _____ _____
since I am _____ of the _____ to verify that
Maralyn and Francise also _____ _____ _____

_DO NOT WRITE BELOW!!_        _FOR SHERIFF'S DEPARTMENT USE ONLY_

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
           SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy Please

*Copy Please!*

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

*Copy Please!*

NAME _Nunn Jowel_ _____ CELL _____ DATE _6-5-05_

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE _X_ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF _X_ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

### BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I was running a fever friday morning and had a open wound on my arm. I ask your jail administrator (Carl Pence) to take me to get some medical attention on his way to the doctors office ____

the fact that I was in pain and could ____

cause a ____

*DO NOT WRITE BELOW!!*          *FOR SHERIFF'S DEPARTMENT USE ONLY*

### ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER _____ DATE ____ TIME ____
         SIGNATURE

### TO BE PLACED IN INMATE'S FILE

Given to Sheriff on 6-6-05.
Return to File Pen
3401

*Copy Please!*

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____ CELL __4/5__ DATE _____

TELEPHONE CALL _____ MEDICAL _____ DENTAL _____ HEARING REQUEST _____

GRIEVANCE _____ VISIT _____ PERSONAL PROBLEM _____ OTHER _____

SHERIFF _✗_ JAIL ADMINSTRATOR _✗_ JUDGE _____ NOTARY ___

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

_____ I need _____ today
the wound on my arm is getting _____
deeper _____ throbbing _____
there's no feeling in it. If you have some

**DO NOT WRITE BELOW!!**               *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER _____ MARTON _____ JAIL ADMINISTRATOR __✓__ SHERIFF _____

JAILER _____ DATE _6-6-05_ TIME _1215_ ᴾᵐ
            SIGNATURE


TO BE PLACED IN INMATE'S FILE

_____ Taken to ER 6-6-05 _____
_____ 3409 _____

Copy Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME Nunn [illegible] CELL h/s DATE 6-16-05

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF X JAIL ADMINSTRATOR X JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Can when you get time [illegible] first train smoking, help me [illegible] tried of being [illegible] I'm ready to [illegible], [illegible] you can [illegible] can I get a contact visit with [illegible] and one friend [illegible] you [illegible]

*DO NOT WRITE BELOW!!* *FOR SHERIFF'S DEPARTMENT USE ONLY*

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER [signature] SIGNATURE DATE 6-20-05 TIME 1:00 p

Apt. 6-20-05 TO BE PLACED IN INMATE'S FILE [initials]

6-20-05 Week's Whing To Take Tail to Dan. [illegible] Said he did but [illegible] Want to go. Called AR PARRISH To [illegible]

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: |
|------|------------------|
| 9-22-03 | Subject brought in by 3403 for F.T.P C/S Warrant. Subject was booked and placed in H/C |
| 1-22-03 | Placed C.I. By Gundin & 48 h Placed In 2 Side Can get out 1-22-04 At 10$ |
| 1-21-04 | Rel to mother - per TRACY WIFE J.P Dapper |
| 1-27-04 | Subj brought to CJ for charges of Trafficking C/s (Con Poss of mari 2nd, Poss of Drug para. Subj Booked and placed on Left Side. |
| 8-4-05 | Subject Brought To CJ For Court Subject Placed on L/S |
| 8-5-05 | Returned To ADC |

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

Prisoner's Name: Joyce Nunn

6:00 at 100 J.S. when to take Inmate
to the Parrish off Inmate was put in
Booking Room free I can be Bird they
would Not put Bird in Jail he did
not need to goal — CALL ME off Both
for Redine

7:05 Send To DOC 25 year JR



# Wiregrass
## Medical Center
Growing To Serve You

1200 West Maple Avenue
Geneva, AL 36340
Voice: 334-684-3655
Fax: 334-684-3231

## AUTHORIZATION FOR USE OR DISCLOSURE OF INFORMATION

**I hereby authorize the use or disclosure of my individually identifiable health information as described below.** I understand that this authorization is voluntary. I understand that if the organization authorized to receive the information is not a health plan or health care provider, the released information may no longer be protected by federal privacy regulations.

Patient name: _Nunn Jowel_    Medical Record #: _513688_
Social Security # _422847896_    Dates of service requested _10-4-05_

Persons/organizations providing the information: _WMC_

Persons/organizations receiving the information: _patient's mother_

Specific description of information: ( ) Entire Chart   ( ) History & Physical   ( ) Discharge Summary   ( ) Progress Notes
( ) Operative Report  (✓) Laboratory Reports   ( ) X-Ray Reports   ( ) EKG
( ) Nurses Notes   ( ) Other_____

Purpose of Use or Disclosure: _____
Expiration Date: _____(*Will expire in ninety days if not specified*)
**The patient or the patient's representative must read and initial the following statements:** I understand that I may revoke this Authorization at any time by notifying the Wiregrass Medical Center Privacy Officer in writing, but if I do, it will not have any affect on any actions Wiregrass Medical Center took before they received the revocation.
Initials: _JSN_

I understand that Wiregrass Medical Center may not condition the provision of treatment, payment, enrollment in a health plan, or eligibility for benefits on signing this Authorization, except under the following circumstances:

Participating in research projects can be conditioned on my signing an Authorization to use and disclose PHI in the research.

Initial enrollment in health plans can be conditioned on signing an Authorization for the health plan to review PHI to make eligibility determinations.

Furnishing healthcare services to me at the request of a third party can be conditioned on me signing an Authorization for disclosure of the PHI to the third party requesting the treatment

Initials: _JSN_

Signature of patient or patient's representative: _Jowel S Nunn_  Date: _6-7-05_

Printed Name of patient's representative: _Jowel Scarpino Nunn_

Relationship to the patient: _____

Witness _U Ndive JP1_    Witness _Sandy W Welch_

# Wiregrass
### Medical Center
Growing To Serve You.

1200 West Maple Avenue
Geneva, AL  36340
Voice: 334-684-3655
Fax: 334-684-3231

# Fax Transmittal

**This transmission contains ⟨2⟩ pages including cover. If any part of
this message is received poorly or missing, please call 334-684-3655.**

**To:** Sheriff's Dept.    **From:** Medical Records
Lynn

**Company:**    **Date:** 6-7-05

**Fax #:** 684-5666

**Notes:**  *SSN*

Please have Mr. Nunn
initial in two places and
then sign in one place.
We also need two witnesses.
Please advise Mr. Nunn that
there will be a fee of $7.00
that his mother will need
to pay when she comes to
pick up his records.   Thanks

*SSN*

### Disclaimer/Confidentiality Notice

The information contained in this facsimile transmission is privileged, confidential, or propriety information intended only for use of the individual or entity named above. Information in this fax may be protected by physician-patient privilege, attorney-client privilege or the privilege granted to attorney work product, or laws governing proprietary information or trade secrets. The authorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled, unless otherwise required by law. If the reader of this information is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at the number listed above, and return the original to us at the address listed above via the U.S. Postal Service.

ACRO369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000288.00
JUDGE ID:  PBM

STATE  OF  ALABAMA                    VS    NUNN  JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 4/26/05 | Motion to Dismiss for want of Prosecution filed by atty Sawyer. |
| 4/28/05 | Nr. Present not wk Q (B) |
| 5/5/05 | Motion to dismiss is denied. KQ |
| 5/5/2005 | MOTION TO DISMISS IS DENIED.   /s/  KENNETH W QUATTLEBAUM |
| 5/5/2005 | COPY OF CAS TO DA, SAWYER, HUGHES AND S/O.   mh |
| 6-14-05 | Def appeared with counsel and entered a POG to POM 1st Degree as charged in the indictment. Court finds and adjudges Def guilty. Sentenced to 25. years to DOC, CC with CC-04-428 is HFO with 3 prior felony convictions. To pay CC, IAF & $180.00 VCF. Def is remanded to custody, given credit for time served and is to attend & complete the Duel Diagnosis Program |
| 6/22/05 | Copy of CAS to DA, Sawyer, Hughes, DOC, Jail & S/O. MH |
| 6/23/05 | Transcript issued. |
| 7/11/05 | Motion to withdraw guilty plea, Def entered plea of guilty w/out fully understanding his rights, filed by atty Robinson. |
| 7/15/2005 | MOTION TO WITHDRAW PLEA WILL BE HEARD ON 8/5/2005 AT 9:00 A.M.  /s/ KWQ |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, SAWYER, HUGHES, CRO, JAIL AND S/O.   mh |

*faith*

ACR0369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000378.00
JUDGE ID:  PBM

STATE  OF  ALABAMA                    VS    NUNN JOWELL SCARPINO

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 3/11/05 | *Motion in Limine filed by atty Sawyer.* |
| 3/16/05 | *Will hear prit to Trial* |
| 3/16/2005 | WILL HEAR PRIOR TO TRIAL.   /s/  P B McLAUCHLIN, JR |
| 3/17/2005 | COPY OF CAS TO DA AND SAWYER.   mh |
| 3/24/05 | *Continue. PM* |
| 4/26/05 | *Motion to Dismiss for Want of Prosecution filed by Sawyer.* |
| 4/28/05 | *NR - Present next wk (64 per @)* |
| 5/5/05 | *Motion to dismiss is denied. KQ* |
| 5/5/2005 | MOTION TO DISMISS IS DENIED.   /s/  KENNETH W QUATTLEBAUM |
| 5/5/2005 | COPY OF CAS TO DA, SAWYER, HUGHES AND S/O.   mh |
| 6/14/05 | *Case dismissed as part of Plea Agreement in Cases CC-03-288 and CC04-438. KQ* |
| 6/22/05 | *Copy of CAS to DA, Sawyer, Hughes, Jail & S/O   MH* |
| 7/11/05 | *Motion to withdraw guilty plea - df entered his plea of guilty w/out fully understanding his rights, filed by atty Robinson.* |
| 7/15/2005 | MOTION TO WITHDRAW PLEA WILL BE HEARD ON 8/5/2005 AT 9:00 A.M. /s/ KWQ |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, SAWYER, HUGHES, CRO, JAIL AND S/O.   mh |



ACR0369  A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000427.00
JUDGE ID:  KWQ

---

STATE  OF  ALABAMA                    VS    NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 7/15/2005 | MOTION TO WITHDRAW PLEA AND MOTION TO WITHDRAW AS COUNSEL WILL BE |
|  | HEARD ON 8/5/2005 AT 9:00 A.M.    /s/  KENNETH W QUATTLEBAUM |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES, CRO, JAIL AND S/O.    mh |



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: *Geneva County Court*
(Agency)

_____
(Address)

From: *PHS / Ventress*
(Institution)
*P.O. Box 767*
(Address)
*(334) 775-3331*
(Telephone)

Inmate's Name: *Nunn, Jowell*
*204088*

a/k/a: _____

D.O.B.: *1-8-77*     SS #: _____

**Person Completing Form**

Name: *Frances Smith*

Signature: *F. Smith jr*

Date: *8/4/05*

---

**MEDICAL PROBLEM(S):**

+ ppd

**TREATMENTS/MEDICATIONS:**

INH 300mg |||| on
Mon + Tue
Tues / Friday

B6 25mg PO ❹

---

**Allergies:** NKA

**Pregnant:** Yes (No) Unknown

**Other Lab Data:**

| TB Skin Test: | NEG | (POS) | Date *7-9-05 - 19mm* |
| CXR: | NEG | POS | Date *7-11-05* |

| Test | | Treated | Date |
|------|-----|---------|------|
| RPR: | NEG POS | Yes No | *7-6-05* |
| VDRL: | (NEG) POS | Yes No | |
| GC: | NEG POS | Yes No | |
| Other: _____ | | Yes No | |

# BRANTLEY & McLENDON, L.L.C.
## ATTORNEYS AT LAW

THOMAS K. BRANTLEY*                     401 N FOSTER ST/DOTHAN, AL 36303
ROBERT R. McLENDON, IV **               (334)793-9009  FAX (334)793-2037
                                        brantleymcle@graceba.net

* Licensed In Alabama                                                    BARBARA THOMLEY
** Licensed in Alabama and Georgia                                       PARALEGAL

October 26, 2004

Sheriff Greg Ward
Geneva County Courthouse
P.O. Box 115
Geneva, AL 36340

### RE: MEDICAL TREATMENT PROVIDED TO JOWELL NUNN

Dear Sheriff Ward:

Please be advised that I represent Jowell Nunn who presently is an inmate in your jail facility. Mr.
Nunn tells me that he has on many occasions complained through the proper channels and to the
proper jail administrators that his arm has been hurting him very much. It is documented that Mr.
Nunn suffers from cysts in out of his skin on his arm. The cysts are actually growing and are
becoming extremely more painful to Mr. Nunn. He has requested medical assistance in regards to
these cysts and you have accommodated him on some of the occasions; however, most recently
according to Mr. Nunn you have ignored his requests for medical assistance with regards to the
cysts on his arm. He once again requests to see a physician with regards to the cysts on his arm.

If you could provide Mr. Nunn with medical assistance in this regard it would be appreciated.

Yours Very Truly,

**BRANTLEY & McLENDON L.L.C.**

**THOMAS K. BRANTLEY**

TKB/rt

**Cc: Jowell Nunn**

*CAlled Thomas BRANTLey
10-28-04 at 12 Noon
advised That Mr. Nunn
had an app. Nov 1 2pm to
determine iS Sagery is need
GW*

# WIREGRASS MEDICAL CENTER

### 1200 W. MAPLE AVE.
### GENEVA, AL 36340
### (334) 684-3655

**ED-OP**
## HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | | 2. BILLING NO. | | 3. AIR NO. |
|---|---|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | | | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 20. RP | 21. NOTIFY IN EMERGENCY | | | | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|---|---|---|

| 25. C COMPLAINT 26. | | |
|---|---|---|

**OUTPATIENT SURGERY INFORMATION**

| | 27. PROC CD | 28. PROCEDURE | | 29. LOC | 30. TIME | 31. AMES |
|---|---|---|---|---|---|---|

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

## SPRAIN, FRACTURE, & SEVERE BRUISES

❏ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillow or blanket for comfort.
❏ Ice packs also help prevent swelling, especially during the first 48 hours.
❏ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
❏ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
❏ If you have a cast, keep it perfectly dry at all times.
❏ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
❏ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
❏ Use crutches.

## X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## GENERAL INSTRUCTIONS

❏ Stay in bed/may go to bathroom.
❏ Use vaporizor.
❏ Drink large amounts of liquids.
❏ Take _____ aspirin every 4 hours..
❏ Avoid any use of injured part.
❏ Allow only limited use of the part.
❏ You need not necessarily limit activity.
❏ Fill Prescriptions given to you from Emergency Dept. and take as directed.
❏ No driving or any activity requiring mental alertness after receiving medication.

## BACK AND NECK INJURY INSTRUCTIONS

❏ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
❏ Rest as much as possible until you are improved.
❏ Avoid positions and movement that make the pain worse.
❏ Relax emotionally - if you are tense the problem will on be worse.
❏ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
❏ Wear special collar when out of bed.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)

❏ Keep the dressings clean and dry.
❏ Elevate the wound to help relieve soreness and help speed wound healing.
❏ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
❏ Dressing should be changed in _____ days.
❏ Treatment rendered _____
❏ Tetanus Toxiod given _____
    250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
❏ Warm soaks to area 4 times daily. 20-40 minutes each time.
❏ Continuous warm compresses.

## FEVER OVER 102

❏ Sponge with lukewarm water in the tub.
❏ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY

❏ Any eye injury is potentially hazardous.
❏ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
❏ Do not drive with eye patch.

## HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
❏ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
❏ Check eyes to see that both pupils are of equal size.
❏ Prevent the taking of sleeping pills, tranquilizers or alcohol.
❏ Restrict excessive work or play.
    *Call your family doctor or local hospital immediately if the patient:*
❏ Develops a severe headache.
❏ Vomits more than twice within a short time.
❏ Is confused, faints or is hard to awaken.
❏ Has a pupil of one eye larger that the other
❏ Complains of double vision
❏ Shows abnormal behavior such as staggering or walking into things.

## VOMITING & DIARRHEA

❏ Do not feed anything for 4 hours.
❏ After 4 hours, if there is no vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
❏ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
❏ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
❏ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
❏ Contact your doctor's office for further instructions after 24 hours.

## ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
❏ Have animal taken to Vetennarian for observation.
❏ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

## ADDITIONAL INSTRUCTIONS _____

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE _____ NURSE'S SIGNATURE _____ PHYSICIAN'S SIGNATURE _____

## SCHOOL AND WORK EXCUSE    PATIENT NAME _____    DATE _____

❏ No work for _____ days
❏ Light work for _____ days
❏ May return to work on _____

❏ No school for _____ days
❏ No Physical Education for _____ days
❏ May return to school on _____

## WIREGRASS MEDICAL CENTER    PHYSICIAN'S SIGNATURE

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP**
**HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. AIR NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|

| 20. RP | 21. INJURY/EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|

E.R.

KRAFT KURT D

25. COMPLAINT 26.         777   23    MALE

08/04/05

**OUTPATIENT SURGERY INFORMATION**

| 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

ER/ROOM

---

### SPRAIN, FRACTURE, & SEVERE BRUISES

❑ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.

❑ Ice packs also help prevent swelling, especially during the first 48 hours.

❑ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.

❑ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.

❑ If you have a cast, keep it perfectly dry at all times.

❑ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.

❑ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.

❑ Use crutches.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### GENERAL INSTRUCTIONS

❑ Stay in bed/may go to bathroom.

❑ Use vaporizor.

❑ Drink large amounts of liquids.

❑ Take _____ asprin every 4 hours..

❑ Avoid any use of injured part.

❑ Allow only limited use of the part.

❑ You need not necessarily limit activity.

❑ Fill Prescriptions given to you from Emergency Dept. and take as directed.

❑ No driving or any activity requiring mental alertness after receiving medication.

---

### BACK AND NECK INJURY INSTRUCTIONS

❑ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.

❑ Rest as much as possible until you are improved.

❑ Avoid positions and movement that make the pain worse.

❑ Relax emotionally - if you are tense the problem will on be worse.

❑ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.

❑ Wear special collar when out of bed.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

❑ Keep the dressings clean and dry.

❑ Elevate the wound to help relieve soreness and help speed wound healing.

❑ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.

❑ Dressing should be changed in _____ days.

❑ Treatment rendered _____

❑ Tetanus Toxoid given _____
250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.

❑ Warm soaks to area 4 times daily, 20-40 minutes each time.

❑ Continuous warm compresses.

### FEVER OVER 102

❑ Sponge with lukewarm water in the tub.

❑ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

❑ Any eye injury is potentially hazardous.

❑ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.

❑ Do not drive with eye patch.

---

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

❑ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.

❑ Check eyes to see that both pupils are of equal size.

❑ Prevent the taking of sleeping pills, tranquilizers or alcohol.

❑ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

❑ Develops a severe headache.

❑ Vomits more than twice within a short time.

❑ Is confused, faints or is hard to awaken.

❑ Has a pupil of one eye larger that the other

❑ Complains of double vision

❑ Shows abnormal behavior such as staggering or walking into things.

### VOMITING & DIARRHEA

❑ Do not feed anything for 4 hours.

❑ After 4 hours, if there is no vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.

❑ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.

❑ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.

❑ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.

❑ Contact your doctor's office for further instructions after 24 hours.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

❑ Have animal taken to Veterinarian for observation.

❑ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

*[handwritten] contact family physician if needed*

---

**ADDITIONAL INSTRUCTIONS** *[handwritten] Wound care — observe for any other symptoms*

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| | | 08/04/05 |

---

**SCHOOL AND WORK EXCUSE**     PATIENT NAME _____     DATE _____

❑ No work for _____ days          ❑ No school for _____ days

❑ Light work for _____ days          ❑ No Physical Education for _____ days

❑ May return to work on _____          ❑ May return to school on _____

**WIREGRASS MEDICAL CENTER**          PHYSICIAN'S SIGNATURE

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP**
**HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. AR NO. |
|---|---|---|

## INFORMATION

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|

## OUTPATIENT SURGERY INFORMATION

| 25. C COMPLAINT, 26. | 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|---|

| 32. PHYSICIAN CALLED, | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

### SPRAIN, FRACTURE, & SEVERE BRUISES

☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
☐ Ice packs also help prevent swelling, especially during the first 48 hours.
☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and reapply in A.M.
☐ If you have a cast, keep it perfectly dry at all times.
☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
☐ Rest as much as possible until you are improved.
☐ Avoid positions and movement that make the pain worse.
☐ Relax emotionally - if you are tense the problem will on be worse.
☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
☐ Check eyes to see that both pupils are of equal size.
☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
☐ Restrict excessive work or play.
   *Call your family doctor or local hospital immediately if the patient:*
☐ Develops a severe headache.
☐ Vomits more than twice within a short time.
☐ Is confused, faints or is hard to awaken.
☐ Has a pupil of one eye larger that the other
☐ Complains of double vision
☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

☐ Keep the dressings clean and dry.
☐ Elevate the wound to help relieve soreness and help speed wound healing.
☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
☐ Dressing should be changed in _____ days.
☐ Treatment rendered _____
☐ Tetanus Toxiod given _____
   250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
☐ Continuous warm compresses.

### VOMITING & DIARRHEA

☐ Do not feed anything for 4 hours.
☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

☐ Stay in bed/may go to bathroom.
☐ Use vaporizor.
☐ Drink large amounts of liquids.
☐ Take _____ aspirin every 4 hours..
☐ Avoid any use of injured part.
☐ Allow only limited use of the part.
☐ You need not necessarily limit activity.
☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

☐ Sponge with lukewarm water in the tub.
☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

☐ Any eye injury is potentially hazardous.
☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
☐ Have animal taken to Veterinarian for observation.
☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

### ADDITIONAL INSTRUCTIONS _____

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE          NURSE'S SIGNATURE          PHYSICIAN'S SIGNATURE

## SCHOOL AND WORK EXCUSE     PATIENT NAME                DATE

☐ No work for _____ days
☐ Light work for _____ days
☐ May return to work on _____

☐ No school for _____ days
☐ No Physical Education for _____ days
☐ May return to school on _____

WIREGRASS MEDICAL CENTER          PHYSICIAN'S SIGNATURE



## PRISONERS JAIL RECORD

| ID. NO. | | | | | | No. | |
|---|---|---|---|---|---|---|---|

**NAME** Sorell Nino

**S.S. No.** 426 64-7896  **DATE** 7-26-96  **TIME** 5:47 ☒ A.M. ☐ P.M.

**ADDRESS** P.O. Box 1012 Genva Al    **ALIAS**

**AGE** 19  **RACE** Blk  **SEX** M  **EYES** Blk  **HAIR** Blk  **HEIGHT** 6'5  **WEIGHT** 171  **COMPLEXION**

**DATE OF BIRTH** 7-8-77    **PLACE OF BIRTH** Genva Co    **SCARS OR MARKS**

**ARRESTING OFFICER**    **ARRESTING AGENCY** Simser

**OFFENSE** TOP 3 rd    **WARRANT NO.**

**STATUS**

**SENTENCE BEGINS** 3-26-96  **SENTENCE EXPIRES**    **HOLD FOR**

**BEHAVIOR**    **TIME ALLOWED FOR GOOD BEHAVIOR**

**HOW RELEASED** out 2 days + back  **DATE** 7/28/96  **TIME** 5:55 pm

**RELEASING OFFICER** Price    **DRAFT BOARD AND CLASSIFICATION**

**RELEASING R/I PRINT**

**ENTERING R/I PRINT**    **REMARKS:** Subject to 4 days or 96 hours for Samson PD

ATTORNEY: _____

CALLED ATTORNEY _____ DATE: _____ TIME: _____

| DATE | OTHER PHONE CALLS ALLOWED |
|------|---------------------------|
|      |                           |
|      |                           |
|      |                           |

SEARCHED BY *Deese*

### —PERSONAL PROPERTY—

VEHICLE INVOLVED? _____ IMPOUNDED? _____

                              Year    Make    License No.

CURRENCY $ _____   RINGS _____

CHANGE $ _____ *None* _____   KEYS _____

CHECKS $ _____   CARDS _____

TOTAL $ _____   KNIFE _____

WALLET _____   LIGHTER _____

WATCH _____   PEN-PENCIL _____

OTHER ITEMS NOT CLASSIFIED _____

_____

_____

I certify that the above is a correct list of items removed from my possession at the time I was placed in jail.

I hereby authorize the censoring of all my mail by jail authorities.

PRISONER'S SIGNATURE X *Jewel S Nunn*

Received all of the above property this *28* day of *March* , 19 *76*

SIGNED *Sign out above*

Form No. LE10

THUR

**GENEVA COUNTY JAIL**



**INMATE REQUEST FORM**

NAME _Jewel S. Nunn_ CELL _Left side_ DATE _3-26-99_

TIME _2:00_

TELEPHONE CALL _____ MEDICAL _✓_ HEARING REQUEST _____ GRIEVANCE _____

SHERIFF _____ CHIEF JAILER _____ VISIT _____ PERSONAL PROBLEM _____

NOTARY _____ OTHER _____ DENTAL _____

**BRIEFLY OUTLINE YOUR REQUEST, THEN GIVE TO JAILER.**

I need to ~~see~~ see the Nurse at the Health Dept. to get ~~~~ a check up for STD.

**DO NOT WRITE BELOW!! FOR SHERIFF'S DEPARTMENT USE ONLY!!**

ALL REQUESTS WILL BE ROUTED THROUGH THE JAIL SHIFT SUPERVISOR.

SHIFT SUPERVISOR _____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _3-30-99_ TIME _8:25_
          SIGNATURE

TO BE PLACED IN INMATE FILE.

Apr. 1, 99, at 2:30

ACRO369   A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000288.00
JUDGE ID:  PBM

STATE  OF  ALABAMA                     VS    NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 4/26/05 | Motion to Dismiss for want of Prosecution filed by Atty Sawyer. |
| 4/28/05 | NR — Present ret w/c Q.B. |
| 5/5/05 | Motion to dismiss is denied. KQ |
| 5/5/2005 | MOTION TO DISMISS IS DENIED.   /s/  KENNETH W QUATTLEBAUM |
| 5/5/2005 | COPY OF CAS TO DA, SAWYER, HUGHES AND S/O.   mh |
| 6-14-05 | Def appeared with counsel and entered a PDG to PDM 1st Degree as charged in the indictment. Court finds and adjudges Def guilty. Sentenced to 25 years to DOC, CC with CC-04-428 as HFO with 3 prior felony convictions. To pay CC, IAF & $180.00 VCF. Def is remanded to custody, given credit for time served and is to attend & complete the Duel Diagnosis Program. |
| 6/22/05 | Copy of CAS to DA, Sawyer, Hughes, DOC, Jail & S/O. MH |

ACR359

ALABAMA JUDICIAL DATA CENTER
GENEVA COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2003 000288.00 01
KENNETH W. QUATTLEBAUM

---

CIRCUIT COURT OF GENEVA COUNTY | COURT ORI: 034015 J

---

STATE OF ALABAMA        VS.
NUNN JOWELL S                     ALIAS:
202 S BROAD ST                    ALIAS:
SAMSON   AL  36477

DC NO: DC 2003 000521.00
G J:
SSN:   422847896
SID:   000000000
AIS:

---

DOB: 01/08/1977   SEX: M   HT: 6 04   WT: 170  HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

---

DATE OFFENSE: 05/14/2003   ARREST DATE: 05/14/2003   ARREST ORI: 0340000

---

CHARGES @ CONV        CITES              CT CL COURT ACTION          CA DATE
POSS MARIJUANA 1ST  13A-012-213        01 C  GUILTY PLEA           06/14/2005
                                        O                            00/00/0000
                                        O                            00/00/0000

---

JUDGE: KENNETH W. QUATTLEBAUM         PROSECUTOR: ADAMS THOMAS KIRKE

---

PROBATION APPLIED    GRANTED   DATE      REARRESTED DATE   REVOKED   DATE
( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

15-18-8, CODE OF ALA 1975    IMPOSED    SUSPENDED     TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT: 25 00 000  00 00 000  25 00 000  00 17 024
            PROBATION  : 00 00 000  00 00 000  00 00 000
DATE SENTENCED: 06/14/2005      SENTENCE BEGINS: 06/14/2005

---

PROVISIONS                 COSTS/RESTITUTION        DUE         ORDERED

PENITENTIARY           RESTITUTION        $0.00        $0.00
CONCURR SENT           ATTORNEY FEE     $984.73      $984.73
HABITUAL OFDR          CRIME VICTIMS     $50.00       $50.00
 DUEL DIAGNOSIS PRGM.  COST             $495.00      $495.00
                       FINE               $0.00        $0.00
                       MUNICIPAL FEES     $0.00        $0.00
                       DRUG FEES         $60.00       $60.00
                       ADDTL DEFENDANT    $0.00        $0.00
                       DA FEES            $0.00        $0.00
                       COLLECTION ACCT    $0.00        $0.00
                       JAIL FEES          $0.00        $0.00

                       TOTAL          $1589.73     $1589.73

---

APPEAL DATE      SUSPENDED        AFFIRMED          REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____

---

REMARKS:
 COPY OF ORDER ATTACHED.

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTED
FROM OFFICIAL COURT RECORDS
AND IS TRUE AND CORRECT.

*Gale Laye*

GALE LAYE

06/22/2005

---

OPERATOR: MAH
PREPARED: 06/22/2005

9 ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: 40 97 059
JUDGE ID: PBM

CITY OF SAMSON                    VS        NUNN JOWELL

DATE            ACTION, JUDGMENTS, CASE NOTES

9/25/97     YOUTHFUL OFFENDER TRIAL DATE SET FOR OCTOBER 23, 1997 AT 1:30 P.M.    PBM

9/26/97     COPY OF CAS TO ELDRIDGE, GRISWOLD AND HUGHES.    MH

10/23/97    *(handwritten notes)*

10/23/97    CASE TRIED TO COURT — COURT FINDS THE DEFENDANT GUILTY AND ADJUDGES THE
            DEFENDANT GUILTY OF UNDERLYING CHARGES AND SENTENCES THE DEFENDANT TO 60 DAYS
            TO COUNTY JAIL AND FINES THE DEFENDANT $200.00 PLUS COSTS OF COURT--PLUS
            RESTITUTION OF $83.33 TO VICTIM.  SENTENCE SUSPENDED FOR PAYMENT OF FINE AND
            COSTS.  DEFENDANT TO PAY $50.00 PER MONTH BEGINNING -- _____ /S/ PBM

10/24/97    COPY OF CAS TO ELDRIDGE, GRISWOLD.    MH

11/17/97    Motion to Withdraw filed by Eldridge

11/17/97    Motion for New Trial filed by Eldridge

11/21/97    Set for Hearing — December 18 at 9:30 - PBM

11/21/97    SET FOR HEARING - DECEMBER 18, 1997 AT 9:30 A.M.    /S/ PBM

11/21/97    COPY OF CAS TO ELDRIDGE AND GRISWOLD.    MH

11/25/97    Motion to Reschedule Hearing filed by Griswold.

11/26/97    Motion for Cont. denied. Hearing will be short

            5 minutes. PBM

12/2/97     Copy to Eldridge & Griswold.    MH

12/17/97    Motion for new trial denied. PBM -

12/18/97    Hon. Phil E. Benson allowed to withdraw from case.

3/10/98     Copy to Eldridge & Griswold.    MH

3/5/98      Balance owing 1302.19 no pmt. made.

4/2/99      Letter from defendant -

4/4/99      Set for PBM  Bring D before Ct @ April 4 at
            1:30 - PBM

4/7/99      BRING DEFENDANT BEFORE THE COURT ON APRIL 14, 1999 AT 1:30 P.M.    PBM

4/7/99      COPY OF CAS TO EMERY, ELDRIDGE, HUGHES AND SHERIFF'S DEPT.    MH

ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 97 000203.00
JUDGE ID:   PBM

STATE OF ALABAMA                    VS    NUNN JOWEL

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 2/6/98 | Probation Order Issued |
| 4/7/99 | BRING DEFENDANT BEFORE THE COURT ON APRIL 14, 1999 AT 1:30 P.M.    PBM |
| 4/7/99 | COPY OF CAS TO EMERY, HOLMES, HUGHES AND SHERIFF'S DEPT.    MH |

ACR0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R
CASE ACTION SUMMARY
CONTINUATION                                    CASE: DC 2004 000428.00
                                                      JUDGE ID:   KWO

STATE OF ALABAMA                    VS      NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 9/24/04 | Motions to suppress are denied. KJ |
| 9/28/04 | Copy of CAS to DA Brantley, Hughes & S/O.  mh |
| 10/8/04 | See CC-04-427- |
| 10/14/04 | Con't D. |
| 1/3/05 | Motion to withdraw, Def. desires to retain other Counsel, filed by atty Brantley. |
| 1/5/2005 | SAME ORDER AS CC-03-378.  MOTION TO WITHDRAW GRANTED.   /s/  PBM |
| 1/6/2005 | COPY OF CAS TO DA, BRANTLEY, HUGHES AND S/O.  mh |
| 1/24/05 | R- Hon David Robinson appointed & represent the D. PBM Continued |
| 1/24/2005 | R - HON. DAVID ROBINSON APPOINTED TO REPRESENT THE DEFENDANT.  CONT. /S/ PBM |
| 1/27/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES AND S/O.  mh |
| 2/8/05 | See CC-04-431 |
| 2/8/05 | "           " |
| 3/9/05 | "           " |
| 3/9/05 | Motion for Extraordinary Expenses for transcript of Motion to Suppress filed by Robinson. |
| 3/9/05 | Order for Extraordinary Expenses. s/ PBM |
| 3/17/05 | See CC-04-427- |
| 3/21/05 | Con't " " D' |
| 6/14/05 | Def appeared with counsel and entered a POG to reduced charge of POCS-Cocaine. Court finds and adjudges Def guilty. Sentenced to 25 years to DOC, CC as HFO with 3 prior felony convictions. To pay CC, IAF, $100.00 VCF, $1000.00 DRAA + $100.00 AFSTF. Def is given credit for time served and is remanded to custody to serve sentence and attend and complete the Dual Diagnosis Program. KJ |
| 6/22/05 | Copy of CAS to DA, Robinson, Sawyer, Hughes, DOC, Jail + Sheriff's Dept.  mh |

```
ACR0370              ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 2004 000428.00
OPER: MAH                  CASE ACTION SUMMARY
PAGE:   1                   CIRCUIT   CRIMINAL                  RUN DATE: 08/13/2004
========================================================================
IN THE CIRCUIT COURT OF    GENEVA                                     JUDGE: KWQ

STATE  OF  ALABAMA                 VS        NUNN JOWELL S
                                             202 S BROAD ST
CASE: CC 2004 000428.00
                                             SAMSON, AL   36477 0000

DOB: 01/08/1977          SEX: M   RACE: B  HT: 6 00  WT: 230    HR: BLK EYES: BRO
SSN: 422847896   ALIAS NAMES:
========================================================================
CHARGE01: TRAFFICKING-COCAINE   CODE01: VDRY  LIT: TRAFFICKING-CO TYP: F #: 001
OFFENSE DATE: 07/27/2004                   AGENCY/OFFICER: 0340000 GARY WE

DATE WAR/CAP ISS:                          DATE ARRESTED: 07/27/2004
DATE     INDICTED:                         DATE     FILED: 08/12/2004
DATE     RELEASED:                         DATE   HEARING:
     BOND AMOUNT:      $100,000.00              SURETIES:

DATE 1:          DESC:                     TIME: 0000
DATE 2: 09/02/2004   DESC: ARRG            TIME: 0900 A

TRACKING NOS: DC 2004 001013 00  /                        /
                J DAVID ROBINSON   APPT. 1/24/3005/
    DEF/ATY: Sawyer                    TYPE: #54              TYPE:
             Thomas K. Brantley
             701 N Foster St                00000                      00000
             Dothan, AL 36303
    PROSECUTOR: EMERY DAVID C
```

```
========================================================================
OTH CSE: DC200400101300 CHK/TICKET NO:                  GRAND JURY:
COURT REPORTER: _____  SID NO:       000000000
DEF STATUS: JAIL                DEMAND:                          OPER: MAH
```

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | | OPE |
|---|---|---|---|
| 08/13/2004 | ASSIGNED TO: (KWQ) KENNETH W. QUATTLEBAUM | (AR01) | MAH |
| 08/13/2004 | FILED ON: 08/12/2004 | (AR01) | MAH |
| 08/13/2004 | INITIAL STATUS SET TO: "J" - JAIL | (AR01) | MAH |
| 08/13/2004 | DEFENDANT ARRESTED ON: 07/27/2004 | (AR01) | MAH |
| 08/13/2004 | CHARGE 01: TRAFFICKING-COCAINE /#CNTS: 001 | (AR01) | MAH |
| 08/13/2004 | BOND SET AT: $100000.00 | (AR01) | MAH |
| 08/13/2004 | SET FOR: ARRAIGNMENT ON 09/02/2004 AT 0900A | (AR10) | MAH |
| 08/13/2004 | DOCKET DATE NOTICE      SENT TO DEF ATTY 1 | (AR09) | MAH |
| 08/13/2004 | CASE ACTION SUMMARY PRINTED | (AR08) | MAH |
| 9/2/04 | Arraignment Waived reading + entered plea of NG | | |
| 9/10/04 | Entry of Appearance filed by atty Thomas K. Brantley for the Def. | | |
| 9/10/04 | Motion to Suppress Evidence obtained by search warrant filed by Brantley. | | |
| 9/10/04 | Motion to Suppress Evidence obtained w/out a | | |

ACR359

ALABAMA JUDICIAL DATA CENTER
GENEVA COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 2004 000428.00 01
KENNETH W. QUATTLEBAUM

---

CIRCUIT COURT OF GENEVA COUNTY                    COURT ORI: 034015 J

---

STATE OF ALABAMA          VS.                 DC NO: DC 2004 001013.00
NUNN JOWELL S.                  ALIAS:        G J:
202 S BROAD ST                  ALIAS:        SSN:    422847896
SAMSON  AL  36477                             SID:    000000000
                                              AIS:

---

DOB:  01/08/1977   SEX: M   HT: 6 00    WT: 230   HAIR: BLK   EYE: BRO
RACE: ( )W (X)B ( )O   COMPLEXION: _____   AGE: _____   FEATURES: _____

---

DATE OFFENSE: 07/27/2004   ARREST DATE: 07/27/2004   ARREST ORI: 0340000

---

CHARGES @ CONV      CITES            CT CL COURT ACTION            CA DATE
POSS COCAINE        13A-012-212(A)( 01 C  GUILTY PLEA           06/14/2005
                                   00                          00/00/0000
                                   00                          00/00/0000

---

JUDGE: KENNETH W. QUATTLEBAUM      PROSECUTOR: ADAMS THOMAS KIRKE

---

PROBATION APPLIED    GRANTED   DATE        REARRESTED DATE       REVOKED   DATE
( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____   ( )Y( )N _____

---

15-18-8, CODE OF ALA 1975     IMPOSED     SUSPENDED      TOTAL    JAIL CREDIT
( )Y (X)N   CONFINEMENT:  25 00 000   00 00 000   25 00 000   00 10 014
            PROBATION  :  00 00 000               00 00 000
DATE SENTENCED: 06/14/2005     SENTENCE BEGINS: 06/14/2005

---

PROVISIONS                 COSTS/RESTITUTION      DUE          ORDERED

PENITENTIARY              RESTITUTION          $0.00          $0.00
CONCURR SENT             ATTORNEY FEE          $0.00          $0.00
HABITUAL OFDR            CRIME VICTIMS        $50.00         $50.00
DRUG                     COST                $287.00        $287.00
                         FINE                  $0.00          $0.00
DUEL DIAGNOSIS PROGRAM   MUNICIPAL FEES        $0.00          $0.00
                         DRUG FEES          $1160.00       $1160.00
                         ADDTL DEFENDANT       $0.00          $0.00
                         DA FEES               $0.00          $0.00
                         COLLECTION ACCT       $0.00          $0.00
                         JAIL FEES             $0.00          $0.00

                         TOTAL              $1497.00       $1497.00

---

APPEAL DATE        SUSPENDED          AFFIRMED            REARREST

( )Y( )N _____  ( )Y( )N _____  ( )Y( )N _____   ( )Y( )N _____

---

REMARKS:                          THIS IS TO CERTIFY THAT THE
                                  ABOVE INFORMATION WAS EXTRACTED
ORDER ATTACHED.                   FROM OFFICIAL COURT RECORDS
                                  AND IS TRUE AND CORRECT.


                                  _____
                                  GALE LAYE

                                  06/22/2005

---

OPERATOR: MAH
PREPARED: 06/22/2005

ACR0369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000427.00
JUDGE ID:  KWO

STATE OF ALABAMA                    VS     NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 10/8/04 | Motion to Continue filed by Atty Brantley |
| 10/14/04 | Cont'd |
| 12/30/04 | Letter from def. concerning atty. |
| 1/3/05 | Motion to withdraw, def. desires to retain other counsel, filed by Atty Brantley. |
| 1/5/2005 | SAME ORDER AS CC-03-378. MOTION TO WITHDRAW GRANTED.  /S/  PBM |
| 1/6/2005 | COPY OF CAS TO DA, BRANTLEY, HUGHES AND S/O.  mh |
| 1/24/05 | R – Hon. David Robinson Appointed to rep. the D. Continued for D. PM |
| 1/24/2005 | R – HON DAVID ROBINSON APPOINTED TO REP. THE DEFENDANT.  CONTINUED FOR DEFENDANT.  /S/  P B McLAUCHLIN, JR |
| 1/27/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES AND S/O.  mh |
| 2/2/05 | Motion for Discovery filed by Robinson |
| 2/8/05 | Order to Produce issued. |
| 3/9/05 | Notice to Court from atty. Sawyer, he is not retained as atty. of record. |
| 3/9/05 | Motion to Continue filed by Robinson. |
| 3/9/05 | Motion to Continue Denied. PM |
| 3/9/2005 | MOTION TO CONTINUED DENIED.  /s/  P B McLAUCHLIN, JR |
| 3/10/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES AND S/O.  mh |
| 3/17/05 | Motion to Suppress the Evidence filed by Robinson |
| 3/21/05 | Motion to Continue filed by Robinson. |
| 3/21/05 | Continued for the D. |
| 6/4/05 | Case dismissed as part of plea agreement in CC-04-428 + CC03-288. KB |
| 6/22/05 | Copy of CAS to DA, Robinson, Hughes, Jail + S/O. MM |

```
ACR0370          ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 2004 000427.00
OPER: MAH              CASE ACTION SUMMARY
PAGE:   1                CIRCUIT  CRIMINAL                 RUN DATE: 08/13/2004
===============================================================================
IN THE CIRCUIT COURT OF    GENEVA                                   JUDGE: KWQ

STATE  OF  ALABAMA                  VS      NUNN JOWELL S
                                            202 S BROAD ST
CASE: CC 2004 000427.00
                                            SAMSON, AL  36477 0000

DOB: 01/08/1977        SEX: M  RACE: B  HT: 6 00  WT: 230  HR: BLK EYES: BRO
SSN: 422847896  ALIAS NAMES:
===============================================================================
CHARGE01: POSS MARIJUANA 1ST    CODE01: VAPF  LIT: POSS MARIJUANA TYP: F #: 001
OFFENSE DATE: 07/27/2004                 AGENCY/OFFICER: 0340000 GARY WE

DATE WAR/CAP ISS:                        DATE ARRESTED: 07/27/2004
DATE    INDICTED:                        DATE    FILED: 08/12/2004
DATE    RELEASED:                        DATE  HEARING:
        BOND AMOUNT:      $10,000.00          SURETIES:

DATE 1:            DESC:                  TIME: 0000
DATE 2: 09/02/2004 DESC: ARRG            TIME: 0900 A

TRACKING NOS: DC 2004 001012 00  /                      /
    DEF/ATY:  J. DAVID ROBINSON  TY APPT K 1/24/2005  TYPE:              TYPE:
              401 N. Foster St
              Dothan, AL  36303                            00000

  SECUTOR: EMERY DAVID C

===============================================================================
OTH CSE: DC200400101200 CHK/TICKET NO:                   GRAND JURY:
COURT REPORTER: --------------- SID NO:    000000000
DEF STATUS: JAIL              DEMAND:                     OPER: MAH
===============================================================================
  TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                          OPE
===============================================================================
| 08/13/2004 | ASSIGNED TO: (KWQ) KENNETH W. QUATTLEBAUM   (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | INITIAL STATUS SET TO: "J" - JAIL          (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | FILED ON: 08/12/2004                       (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | DEFENDANT ARRESTED ON: 07/27/2004          (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | BOND SET AT: $10000.00                     (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | CHARGE 01: POSS MARIJUANA 1ST/#CNTS: 001   (AR01)    MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | SET FOR:  ARRAIGNMENT ON 09/02/2004 AT 0900A(AR10)   MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | DOCKET DATE NOTICE     SENT TO DEF ATTY 1 (AR09)     MAH |
|------------|------------------------------------------------------------|
| 08/13/2004 | CASE ACTION SUMMARY PRINTED                (AR08)    MAH |
```

(handwritten entries, partially illegible:)

9/2/04 — Arraignment Waived reading + entered plea of N.G. KWQ

9/2/04 — Notice to produce filed by lawyer KWQ

9/2/04 — Motion to suppress were done KWQ

9/24/04 — entry of Atty. as Co Counsel with Joe Sawyer filed by Thomas K. Brantley

9/24/04 — Motion to Suppress Evidence Obtained W/out a Search Warrant filed by Brantley

ACRO369    A L A B A M A    J U D I C I A L    I N F O R M A T I O N    C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000427.00
JUDGE ID: KWQ

STATE OF ALABAMA                          VS    NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 7/15/2005 | MOTION TO WITHDRAW PLEA AND MOTION TO WITHDRAW AS COUNSEL WILL BE |
|  | HEARD ON 8/5/2005 AT 9:00 A.M.   /s/   KENNETH W QUATTLEBAUM |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES, CRO, JAIL AND S/O.   mh |
| 8·5·05 | State and Def agreed on the record to continue the hearing in this case to 9-1-05 at 9:00 a.m. N. V |
| 8/8/05 | Copy of CAS to DA, Robinson, Hughes, CRO, Jail & S.O. Mh |

ACRO369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000288.00
JUDGE ID:  PBM

STATE  OF  ALABAMA              VS      NUNN  JOWELL  S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|-------------------------------|
| 4/26/05 | Motion to Dismiss for Want of Prosecution filed by Atty Sawyer. |
| 4/28/05 | INR—Present rul w/c Q (d) |
| 5/5/05 | Motion to dismiss is denied. KQ |
| 5/5/2005 | MOTION TO DISMISS IS DENIED.   /s/  KENNETH W QUATTLEBAUM |
| 5/5/2005 | COPY OF CAS TO DA, SAWYER, HUGHES AND S/O.  mh |
| 6.14.05 | Def appeared with counsel and entered a PDG to PDM 1st Degree as charged in the indictment. Court finds and adjudges Dy guilty Sentenced to 25. Years to DOC, CC with CC-04-428 is AFOW with 3 prior felony convictions. To pay CC, IAF & $180.00 VCF. Def is remanded to custody, given credit for time served and is to attend & complete the Dual Diagnosis Program |
| 6/22/05 | Copy of CAS to DA, Sawyer, Hughes, DOC, Jail & S/O. MH |
| 6/23/05 | Transcript Issued. |
| 7/11/05 | Motion to withdraw guilty plea, dy entered plea of guilty w/out fully understanding his rights filed by Atty Robinson. |
| 7/15/2005 | MOTION TO WITHDRAW PLEA WILL BE HEARD ON 8/5/2005 AT 9:00 A.M.   /s/ KWQ |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, SAWYER, HUGHES, CRO, JAIL AND S/O.  mh |
| 8-5 05 | State and Def have agreed on the record to continue the hearing in this case until 9-1-05 at 9.00 a.m. NKJ |
| 8/8/05 | Copy of CAS to DA Robinson, Sawyer, Hughes, CRO, Jail & to S/O. MH |

ACRO369   A L A B A M A   J U D I C I A L   I N F O R M A T I O N   C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000428.00
JUDGE ID:  KWQ

STATE  OF  ALABAMA                    VS    NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|------|------------------------------|
| 7/11/05 | Motion to withdraw guilty plea filed by Robinson |
| 7/11/05 | Motion to withdraw as Counsel filed by Robinson |
| 7/15/2005 | MOTION TO WITHDRAW PLEA AND MOTION TO WITHDRAW AS COUNSEL WILL BE HEARD ON 8/5/2005 AT 9:00 A.M.  /s/  KENNETH W QUATTLEBAUM |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES, CRO, JAIL AND S/O.  mh |
| 8-5-05 | State and Def agreed on the record to continue this hearing until 9-01-05 at 9:00 am. N.K. |
| 8/8/05 | Copy of CAS to DA, Robinson, Hughes, CRO, Jail + S/O  mh |

# GENEVA COUNTY JAIL
# BOOKING SHEET

Probation Check _N.g_

Warrant Book _N.g_

Date _1-20-04_     Time _10:55 A_

Name _Nunn   Jowell   Seorping_
    (LAST)     (FIRST)     (MIDDLE)

Alias _____

Date of Arrest _1-20-04_     Social Security No. _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_

Race _B_   Sex _M_   Age _27_   Eyes _____   Hair _____

Ht. _____ Wt. _____ DOB _____ Photo _____ F.P. _____

Address _202 S Bast St   Samson_
    (STREET)     (APT.)     (CITY)     (STATE)     (ZIP)

Telephone _____     I.D. No. _____

NCIC Check _____

Next of Kin _____     Relationship _____

Address _____
    (STREET)     (APT)     (CITY)     (STATE)     (ZIP)

Charge _DUS_   Bond _48 HR_   Charge _____ Bond _____

Charge _____ Bond _____ Charge _____ Bond _____

Charge _____ Bond _____ Charge _____ Bond _____

ARRESTING OFFICER _Shelly_
    (PLEASE PRINT)

    Signature _____

AGENCY _____

BOOKING OFFICER _Robinson / Weekr_
    (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

_Jowel S. Nunn_
Signature of Person Released

Date of Release _1-21-04_     Time _9:24 A_     Type of Release _per Trie case_

_Jerr Rulinda_
Signature of Releasing Officer

P.O.E. _____     WARRANT # _Samson_

OCCUPATION _____     WARRANT # _____

P.O.B. _N101_     WARRANT # _____

    WARRANT # _____

# BOOKING SHEET

Inmate Name _____     Date _____     Time _____

HEALTH SCREENING FORM

1.     Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                    ☐ g. Alcoholism
☐ b. Heart Trouble             ☐ h. Mental Illness
☐ c. Hypertension              ☐ i. Venereal Disease
☐ d. Diabetes                  ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure       ☐ k. Ulcer
☐ f. Drug Addiction            ☐ l. Faintly of recent head injury
                               ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment._____
_____
_____
_____

2.     Are you allergic to anything? __Yes__     If yes, what? __Fish~__
_____
_____

3.     Have you ever been determined to be HIV positive? __No__     If yes, when? _____
_____
_____

4.     Are you currently taking any prescription medication? __N/2__     If yes, what? _____
_____ For what? _____
_____

5.     Does the inmate require a special diet prescribed by a physician? __N/2__     If yes, what?_____
_____ For what? _____
_____

6.     Do you have any other medical or mental problem we should know about? __N/2__ If yes, what?_____
_____
_____

# GENEVA COUNTY JAIL

I, _____, HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING:

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND.

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS.

_____
INMATE SIGNATURE

_____
DATE

_____
JAILERS SIGNATURE

_____
DATE

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

1.  Check One:

___ This inmate was cooperative in responding to the above questions and allowing me to observe him.

___ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____

_____

2.  I certify that I have today observed inmate _____ , asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: _____

Time: _____

# GENEVA COUNTY JAIL
## BOOKING SHEET

Probation Check ✓

Warrant Book ✓

| Date | Time | | |
|------|------|---|---|
| 8/9/03 | 8:43 pm | | |

Name (LAST) **Nunn** (FIRST) **Dawell** (MIDDLE) **Scasplino**

Alias

Date of Arrest **8/9/03**  Social Security No. **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**

Race **B**  Sex **M**  Age **26**  Eyes **Bro**  Hair **Blk**

Ht. **6'1"**  Wt. **171**  DOB **11/8/77**  Photo _____  F.P. _____

Address (STREET) **202 S. Broad St.** (APT.) (CITY) **Samson** (STATE) **AL.** (ZIP) **36477**

Telephone _____  I.D. No. _____

NCIC Check _____

Next of Kin _____  Relationship _____

Address (STREET) (APT.) (CITY) (STATE) (ZIP)

| Charge | Bond | Charge | Bond |
|--------|------|--------|------|
| Robbery 1st | $50,000 | | |
| | | | |
| | | | |
| | | | |

ARRESTING OFFICER **S. Lowery** (PLEASE PRINT)

Signature **Lowery**

AGENCY **GCSD**

BOOKING OFFICER **Shannon** (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Signature of Person Released _____

Date of Release **8-13-03**  Time _____  Type of Release **11:00 AM** Nolepro Tol

Signature of Releasing Officer _____

P.O.E. **Self**

OCCUPATION **Barber**

P.O.B. **Geneva, AL**

HOLD

WARRANT # **WR 2003 60054.00**

WARRANT #

WARRANT #

WARRANT #

**BOOKING SHEET**

| Inmate Name | Date | Time |
|---|---|---|

HEALTH SCREENING FORM

1.  Have you ever had or been treated for: (mark box if answer is yes)

| ☑ a. Asthma | ☐ g. Alcoholism |
|---|---|
| ☐ b. Heart Trouble | ☐ h. Mental Illness |
| ☐ c. Hypertension | ☐ i. Venereal Disease |
| ☐ d. Diabetes | ☐ j. Tuberculosis |
| ☐ e. Epilepsy or Seizure | ☐ k. Ulcer |
| ☐ f. Drug Addiction | ☐ l. Faintly or recent head injury |
| | ☐ m. Hepatitis |

If any response was yes, please explain and give date of last treatment.

2.  Are you allergic to anything?        No        If yes, what?

3.  Have you ever been determined to be HIV positive?        No        If yes, when?

4.  Are you currently taking any prescription medication?        No        If yes, what?

For what?

5.  Does the inmate require a special diet prescribed by a physician?        No        If yes, what?

For what?

6.  Do you have any other medical or mental problem we should know about?        No        If yes, what?

# GENEVA COUNTY JAIL

I, ______________________ HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

X ______________________ DATE 8/9/03

INMATE SIGNATURE

______________________ DATE 8/9/03

JAILERS SIGNATURE

# BOOKING SHEET

Inmate Name Jawell S. Nunn Date 8/9/03 Time 845p

1. Check One:

✓ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____________________________________________

_____________________________________________

2. I certify that I have today observed inmate Jawell Nunn, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

[signature]

Signature of Booking Officer

Date: 8/9/03

Time: 845 pm

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 9-27-02 Time 2:08 AM

Name NUNN (LAST) Jowell (FIRST) Searp.Ay (MIDDLE)

Alias

Date of Arrest 9-27-02 Social Security No. 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

Race B Sex M Age 25 Eyes Brown BK

Ht. 6'4" Wt. 170 DOB 1-8-77 Photo

Address 202 S. Broad (STREET) (APT.) Samson (CITY) AL (STATE) (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address (STREET) (APT.) (CITY) (STATE) (ZIP)

Charge DUI Bond $1000.00 Bondsman Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Moore (Geneva PD) (Please Print)

Signature

AGENCY

BOOKING OFFICER Marilyn Ruppel (Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

[signature]
Signature of Person Released

Date of Release 9-27-02 Time 940 AM Type of Release Bond by Thompson Bonding

[signature]
Signature of Releasing Officer

P.O.E.
OCCUPATION
P.O.B. Geneva
HOLD

**BOOKING SHEET**
**PAGE 2**

Inmate Name _____     Date _____

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  Is the inmate conscious?                                                                      ☐ yes  ☐ no

2.  Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggest[ing]
    need for medication attention?                                                               ☐ yes  ☐ no

3.  Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?        ☐ yes  ☐ no

4.  Is the skin in poor condition or showing signs of vermin?                                     ☐ yes  ☐ no

5.  Does the inmate appear to be under the influence of alcohol or drugs?                         ☐ yes  ☐ no

6.  Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, sh[aking],
    nausea, pinpoint pupils, or cramping?                                                         ☐ yes  ☐ no

7.  Does the inmate's behavior suggest the risk of assault to staff or other inmates?             ☐ yes  ☐ no

8.  Does the inmate have medication with him?                                                     ☐ yes  ☐ no

9.  Are there any obvious physical handicaps or signs of mental retardation?                      ☐ yes  ☐ no

10. Does the inmate appear to be depressed or despondent?                                         ☐ yes  ☐ no

11. Does the inmate have obvious scars from previous suicide attempt(s)?                          ☐ yes  ☐ no

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBS[ERV]ATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# BOOKING SHEET
## PAGE 5

Inmate Name _____    Date _____

1.  Check One:

____ This Inmate was cooperative in responding to the above questions and allowed me time to observe him.

____ This Inmate refused or was unable to cooperate and refused to answer my questions concerning his
medical history and/or potential for suicide. Reason for inability:

_____

_____

2.  I certify that I have today observed inmate _____, asked him/her the questions
listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: _____

Time: _____

# GENEVA COUNTY JAIL

Page 6

I ,---------------------------------------------, HAVE BEEN ADVISED BY TH[illegible]JA[illegible]ER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJE[illegible]T[illegible] SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONT[illegible]B[illegible]ND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEP[illegible]FO[illegible] CORRESPONDENCE WITH COURT OFFICIALS

---------------------------------------------- DATE ------------------------

INMATE SIGNATURE

---------------------------------------------- DATE ------------------------

JAILERS SIGNATURE

# GENEVA COUNTY JAIL

## BOOKING SHEET

Probation Check _THE_   Warrant Book _THE_

| Date 5-14-03 | Time 1:15 Am |
| --- | --- |

Name  Nunn (LAST)   Jewell (FIRST)   Seantino (MIDDLE)

Alias _____

Date of Arrest 5-14-03   Social Security No. 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

Race BLK   Sex M   Age 26   Eyes Bro   Hair Blk

Ht. 6'1"   Wt. 176   DOB 1-8-77   Photo ____   F.P. ____

Address 202 5 Brook St   Samson AL
         (STREET)   (APT.)   (CITY)   (STATE)   (ZIP)

Telephone _____   I.D. No. _____

NCIC Check _____

Next of Kin _____   Relationship _____

Address _____
         (STREET)   (APT.)   (CITY)   (STATE)   (ZIP)

| Charge Poss. of Maru. | Bond $1,000.00 | Charge | Bond |
| --- | --- | --- | --- |
| Charge | Bond | Charge | Bond |
| Charge | Bond | Charge | Bond |
| Charge | Bond | Charge | Bond |

ARRESTING OFFICER   Ray Mock
                    (PLEASE PRINT)

Signature _____

AGENCY _____

BOOKING OFFICER   Marilyn Kupjack
                  (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Signature of Person Released   Marilyn Kupjack

Date of Release 5-14-03   Time 3:00 AM   Type of Release Thompson Bond

Signature of Releasing Officer   Paul S. M____

| | WARRANT # |
| --- | --- |
| | WARRANT # |
| | WARRANT # |
| | WARRANT # |

P.O.E. Nunn's Shop   OCCUPATION Cuts hair

P.O.B. Geneva

HOLD

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

## HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

   ☑ a. Asthma      ☐ g. Alcoholism
   ☐ b. Heart Trouble      ☐ h. Mental Illness
   ☐ c. Hypertension      ☐ i. Venereal Disease
   ☐ d. Diabetes      ☐ j. Tuberculosis
   ☐ e. Epilepsy or Seizure      ☐ k. Ulcer
   ☐ f. Drug Addiction      ☐ l. Faintly of recent head injury
        ☐ m. Hepatitis

   If any response was yes, please explain and give date of last treatment.

2. Are you allergic to anything? _YES_ If yes, what? _Tis. h_

3. Have you ever been determined to be HIV positive? _No_ If yes, when?

4. Are you currently taking any prescription medication? _No_ If yes, what?

   For what?

5. Does the inmate require a special diet prescribed by a physician? _No_ If yes, what?

   For what?

6. Do you have any other medical or mental problem we should know about? _No_ If yes, what?

# GENEVA COUNTY JAIL

I, _Lowell Nunn_ , HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND.

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS

_Lowell S. N._____     DATE 5-14-03
INMATE SIGNATURE

_Nickey Shepard_____     DATE 5-14-03
(JAILERS SIGNATURE)

# BOOKING SHEET

Inmate Name ______________________ Date ____________ Time __________

1. Check One:

✓ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate Jowell 4 WXM, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

Marilyn Ruppel

Signature of Booking Officer

Date: 5-14-03

Time: 1 18/AM

# GENEVA COUNTY JAIL
## BOOKING SHEET

Probation Check ✓

Warrant Book ✓

| Date | Time | |
|---|---|---|
| 9-2a-05 | 9:50 A.m. | |

Name _Nunn_ (LAST)    _Soweto_ (FIRST)    _S._ (MIDDLE)

Alias

| Date of Arrest | Social Security No. | | |
|---|---|---|---|
| 9-22-05 | 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 | | |

Race _B_    Sex _M_    Age _a0_    Eyes _Bro_    Hair _Blk_

Ht. _5'9"_    Wt. _171_    DOB _1-8-77_    Photo _____    F.P. _____

Address _202 S. Broad St._ (STREET) _____ (APT.) _Samson_ (CITY) _AL._ (STATE) _36477_ (ZIP)

Telephone

NCIC Check

I.D. No.

Next of Kin _____    Relationship _____

Address _____ (STREET) _____ (APT.) _____ (CITY) _____ (STATE) _____ (ZIP)

| Charge | Bond | Charge | Bond |
|---|---|---|---|
| F.T.P. C/S | | | |
| Charge | Bond | Charge | Bond |
| Charge | Bond | Charge | Bond |

ARRESTING OFFICER _R. Mack_ (PLEASE PRINT)

Signature X _____

AGENCY _C.O._

BOOKING OFFICER _Shanon King_ (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

X _Soweto S. Nunn_
Signature of Person Released

| Date of Release | Time | Type of Release |
|---|---|---|
| 9-22-05 | 1:15 pm | per Judge Fleming |

_Larry Blcount_
Signature of Releasing Officer

| | |
|---|---|
| P.O.E. | WARRANT # LS1994 000050.06 |
| OCCUPATION | WARRANT # |
| P.O.B. | WARRANT # |
| HOLD | WARRANT # |

**BOOKING SHEET**

Inmate Name _____ Date _____ Time _____

HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

- ☑ a. Asthma
- ☐ b. Heart Trouble
- ☐ c. Hypertension
- ☐ d. Diabetes
- ☐ e. Epilepsy or Seizure
- ☐ f. Drug Addiction
- ☐ g. Alcoholism
- ☐ h. Mental Illness
- ☐ i. Venereal Disease
- ☐ j. Tuberculosis
- ☐ k. Ulcer
- ☐ l. Faintly of recent head injury
- ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment. _____

2. Are you allergic to anything?     *No*     If yes, what? _____

3. Have you ever been determined to be HIV positive?     *No*     If yes, when? _____

4. Are you currently taking any prescription medication?     *No*     If yes, what? _____

For what? _____

5. Does the inmate require a special diet prescribed by a physician?     *No*     If yes, what? _____

For what? _____

6. Do you have any other medical or mental problem we should know about?     *No*     If yes, what? _____

# GENEVA COUNTY JAIL

I, _Jamel Nunn_ , HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS.

INMATE SIGNATURE     DATE 9-22-03

JAILERS SIGNATURE     DATE 9-22-03

# BOOKING SHEET

Inmate Name ______________________ Date ______________ Time ____________

1. Check One: 

✓ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate ____________________, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

[signature]

Signature of Booking Officer

Date: 9-22-03

Time: ~~[illegible] AM~~ 9:50 AM

# GENEVA COUNTY JAIL

## BOOKING SHEET

**Date** 5-8-97    **Time** _____

**Name** _____ NUNN _____ Souill _____
    (LAST)      (FIRST)      (MIDDLE)

**Alias** _____

**Date of Arrest** 5·8·97

**Race** B   **Sex** M   **Age** ___   **DOB** 1-8-77   **Photo** ___   **F.P.** ___
**Ht.** 6'5"   **Wt.** 171   **Eyes** Blk   **Hair** Blk

**Social Security No.** _____

**Address** _____
     (STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

**Telephone** _____ **I.D. No.** _____

**NCIC Check** _____

**Next of Kin** _____ **Relationship** _____

**Address** _____
     (STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

**Charge** Rupe 1st     **Bond** 15,000    **Charge** _____ **Bond** _____
**Charge** Enticing a Juv...   **Bond** 10.00   **Charge** _____ **Bond** _____
**Charge** _____ **Bond** _____   **Charge** _____ **Bond** _____

**ARRESTING OFFICER** _____ (Please Print)

**Signature** _____

**AGENCY** _____

**BOOKING OFFICER** _____ (Please Print)

## RELEASE INFORMATION

**I have received all properties taken from me by the Geneva County Sheriff's Department.**

**Signature of Person Released** _____

**Date of Release** 5-12-97    **Time** 10:51 Am    **Type of Release** _____

**Signature of Releasing Officer** _____

**BOOKING SHEET**
**PAGE 2**

Inmate Name _____    Date _____    Time _____

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  Is the inmate conscious?  yes ☑  no ☐

2.  Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a need for medication attention?  yes ☐  no ☑

3.  Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?  yes ☐  no ☑

4.  Is the skin in poor condition or showing signs of vermin?  yes ☐  no ☑

5.  Does the inmate appear to be under the influence of alcohol or drugs?  yes ☐  no ☑

6.  Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes nausea, pinpoint pupils, or cramping?  yes ☐  no ☑

7.  Does the inmate's behavior suggest the risk of assault to staff or other inmates?  yes ☐  no ☑

8.  Does the inmate have medication with him?  yes ☐  no ☑

9.  Are there any obvious physical handicaps or signs of mental retardation?  yes ☐  no ☑

10. Does the inmate appear to be depressed or despondent?  yes ☐  no ☑

11. Does the inmate have obvious scars from previous suicide attempt(s)?  yes ☐  no ☑

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**BOOKING SHEET**
**PAGE 3**

Inmate Name _____     Date _____     Time _____

**SUICIDE PREVENTION SCREENING FORM**
(Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe the inmate is a suicidal risk? | | ✓ |
| 2. Does the inmate lack close family or friend in the community? | | ✓ |
| 3. Has the inmate experienced a major loss in the past six months? (i.e. loss of a relative, job, etc.) | | ✓ |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | ✓ |
| 5. Has someone close to the inmate (family, spouse, friend) attempted or committed suicide? | | ✓ |
| 6. Does the inmate have a history of psychiatric treatment? | | ✓ |
| 7. Does the inmate have a history of drug or alcohol abuse? | | ✓ |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | ✓ |
| 9. Is the inmate thinking of killing himself? | | ✓ |
| 10. Has the inmate previously attempted suicide? | | ✓ |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | ✓ |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | ✓ |
| 13. Does the inmate appear to be anxious, afraid or angry? | | ✓ |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | ✓ |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | ✓ |
| 16. Is the inmate under the influence of alcohol or drugs? | ✓ | |
| 17. Is this the inmate's first arrest? | | ✓ |

Total number of "Yes" Responses _____

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief Jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

# BOOKING SHEET
## PAGE 4

Inmate Name _____    Date _____    Time _____

## HEALTH SCREENING FORM

1. **Have you ever had or been treated for:** (mark box if answer is yes)

| | | | |
|---|---|---|---|
| ☐ a. Asthma | | ☐ g. Alcoholism | |
| ☐ b. Heart Trouble | | ☐ h. Mental Illness | |
| ☐ c. Hypertension | | ☐ i. Venereal Disease | |
| ☐ d. Diabetes | | ☐ j. Tuberculosis | |
| ☐ e. Epilepsy or Seizure | | ☐ k. Ulcer | |
| ☐ f. Drug Addiction | | ☐ l. Faintly of recent head injury | |
| | | ☐ m. Hepatitis | |

If any response was yes, please explain and give date of last treatment _____

_____

_____

2. Are you allergic to anything? _____ If yes, what? _____

_____

3. Have you ever been determined to be HIV positive? _____ If yes, when? _____

_____

4. Are you currently taking any prescription medication? _____ If yes, what? _____

For what? _____

_____

5. Does the inmate require a special diet prescribed by a physician? _____ If yes, what? _____

For what? _____

_____

6. Do you have any other medical or mental problem we should know about? _____ If yes, what? _____

_____

_____

# BOOKING SHEET
## PAGE 5

Inmate Name _____ Date _____ Time _____

1.    Check One:

This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____

_____

2.    I certify that I have today observed inmate _____, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____

Signature of Booking Officer

Date: _____

Time: _____

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 18 Feb 97 Time 745 PM

Name Nunn (LAST) Jowel (FIRST) Scarpino (MIDDLE)

Alias

Date of Arrest 18 Feb 97 Social Security No. 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

Race B Sex M Age 20 Eyes Brn Hair Blk

Ht. 6'4" Wt. 170 DOB 1-8-77 Photo Yes F.P. Yes

Address 202 S. [illegible] St. Samson Alabama
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone 898 9198 I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Shooting into Occupied Vec Bond 5000.00 Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Staley 3422
(Please Print)

Signature

AGENCY

BOOKING OFFICER [signature]
(Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

x Jowel S. Nunn
Signature of Person Released

Date of Release 2-18-97 Time 810 PM Type of Release Property Bond

[signature]
Signature of Releasing Officer

POB: Geneva, Al

Occup: None

# BOOKING SHEET
## PAGE 2

| Inmate Name _____ | Date _____ | Time _____ |

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  **Is the inmate conscious?**                                                                 yes ☑  no ☐

2.  **Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a need for medication attention?**     yes ☐  no ☑

3.  **Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?**   yes ☐  no ☑

4.  **Is the skin in poor condition or showing signs of vermin?**                                yes ☐  no ☑

5.  **Does the inmate appear to be under the influence of alcohol or drugs?**                    yes ☐  no ☑

6.  **Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes nausea, pinpoint pupils, or cramping?**     yes ☐  no ☑

7.  **Does the inmate's behavior suggest the risk of assault to staff or other inmates?**        yes ☐  no ☑

8.  **Does the inmate have medication with him?**                                                yes ☐  no ☑

9.  **Are there any obvious physical handicaps or signs of mental retardation?**                 yes ☐  no ☑

10. **Does the inmate appear to be depressed or despondent?**                                    yes ☐  no ☑

11. **Does the inmate have obvious scars from previous suicide attempt(s)?**                     yes ☐  no ☑

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|------------|------------------------|
|            |                        |
|            |                        |
|            |                        |
|            |                        |
|            |                        |
|            |                        |
|            |                        |
|            |                        |

**BOOKING SHEET**
**PAGE 3**

Inmate Name _____    Date _____    Time _____

**SUICIDE PREVENTION SCREENING FORM**
(Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe the inmate is a suicidal risk? | | |
| 2. Does the inmate lack close family or friend in the community? | | |
| 3. Has the inmate experienced a major loss in the past six months (i.e. loss of a relative, job, etc.) | | |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | |
| 5. Has someone close to the inmate (family), spouse, friend) attempted or committed suicide? | | |
| 6. Does the inmate have a history of psychiatric treatment? | | |
| 7. Does the inmate have a history of drug or alcohol abuse? | | |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | |
| 9. Is the inmate thinking of killing himself? | | |
| 10. Has the inmate previously attempted suicide? | | |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | |
| 13. Does the inmate appear to be anxious, afraid or angry? | | |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | |
| 16. Is the inmate under the influence of alcohol or drugs? | | ✓ |
| 17. Is this the inmate's first arrest? | | ✓ |

Total number of "Yes" Responses ——— 0

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

# BOOKING SHEET
## PAGE 4

| Inmate Name | _____ | Date _____ | Time _____ |
|---|---|---|---|

## HEALTH SCREENING FORM

1.  **Have you ever had or been treated for: (mark box if answer is yes)**

    a. Asthma ☐                              g. Alcoholism ☐

    b. Heart Trouble ☐                       h. Mental Illness ☐

    c. Hypertension ☐                        i. Venereal Disease ☐

    d. Diabetes ☐                            j. Tuberculosis ☐

    e. Epilepsy or Seizure ☐                 k. Ulcer ☐

    f. Drug Addiction ☐                      l. Faintly of recent head injury ☐

                                             m. Hepatitis ☐

    If any response was yes, please explain and give date of last treatment
    _____
    _____
    _____

2.  Are you allergic to anything? _____ If yes, what? _____
    _____

3.  Have you ever been determined to be HIV positive? _____ If yes, when? _____
    _____

4.  Are you currently taking any prescription medication? _____ If yes, what? _____
    _____

    For what? _____
    _____

5.  Does the inmate require a special diet prescribed by a physician? ___ If yes, what? ___
    _____

    For what? _____
    _____

6.  Do you have any other medical or mental problem we should know about? ___ If yes, what? ___
    _____
    _____

# BOOKING SHEET
## PAGE 5

Inmate Name ______________________ Date __________ Time __________

1. Check One:

✓ This inmate was cooperative in responding to the above questions and allowing me to observe him.

______ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________

______________________________

2. I certify that I have today observed inmate ______________________, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

[signature]
Signature of Booking Officer

Date: 18 Feb 97

Time: 750 PM

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 19 Feb 97 Time 4:33 pm

Name Nunn Jowell Scarpino
(LAST) (FIRST) (MIDDLE)

Alias

Date of Arrest 2-19-97 Social Security No. 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

Race B Sex M Age 20 Eyes BRN Hair BLK

Ht. 6'4" Wt. 171 DOB 1-8-77 Photo Yes F.P. Yes

Address 202 S Broad St Samson AL
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone 898-9198 I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Poss. Stolen Property Bond Charge Bond
Charge Bond Charge Bond
Charge Bond Charge Bond

ARRESTING OFFICER Shehee
(Please Print)

Signature SN

AGENCY Samson

BOOKING OFFICER Eugene Campbell
(Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Jowell S. Nunn
Signature of Person Released

Date of Release 2-26-97 Time 8:40 AM Type of Release PRO BOND

[signature]
Signature of Releasing Officer

SUBJ Has 374.00 CASH

**BOOKING SHEET**
**PAGE 2**

Inmate Name _____ Date _____ Time _____

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  Is the inmate conscious? ☑ yes  ☐ no

2.  Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a need for medication attention? ☐ yes  ☐ no

3.  Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection? ☐ yes  ☐ no

4.  Is the skin in poor condition or showing signs of vermin? ☐ yes  ☐ no

5.  Does the inmate appear to be under the influence of alcohol or drugs? ☐ yes  ☐ no

6.  Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes, nausea, pinpoint pupils, or cramping? ☐ yes  ☐ no

7.  Does the inmate's behavior suggest the risk of assault to staff or other inmates? ☐ yes  ☐ no

8.  Does the inmate have medication with him? ☐ yes  ☐ no

9.  Are there any obvious physical handicaps or signs of mental retardation? ☐ yes  ☐ no

10. Does the inmate appear to be depressed or despondent? ☐ yes  ☐ no

11. Does the inmate have obvious scars from previous suicide attempt(s)? ☐ yes  ☐ no

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

BOOKING SHEET
PAGE 3

Inmate Name _____    Date _____    Time _____

## SUICIDE PREVENTION SCREENING FORM
(Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe that the inmate is a suicidal risk? | | |
| 2. Does the inmate lack close family or friend in the community? | | |
| 3. Has the inmate experienced a major loss in the past six months? (i.e. loss of a relative, job, etc.) | | |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | |
| 5. Has someone close to the inmate (family, spouse, friend) attempted or committed suicide? | | |
| 6. Does the inmate have a history of psychiatric treatment? | | |
| 7. Does the inmate have a history of drug or alcohol abuse? | | |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | |
| 9. Is the inmate thinking of killing himself? | | |
| 10. Has the inmate previously attempted suicide? | | |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | |
| 13. Does the inmate appear to be anxious, afraid or angry? | | |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | |
| 16. Is the inmate under the influence of alcohol or drugs? | | |
| 17. Is this the inmate's first arrest? | | |

Total number of "Yes" Responses _____

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

BOOKING SHEET
PAGE 4

Inmate Name _____    Date _____    Time _____

## HEALTH SCREENING FORM

1.  **Have you ever had or been treated for:** (mark box if answer is yes)

☐ a. Asthma                    ☐ g. Alcoholism
☐ b. Heart Trouble             ☐ h. Mental Illness
☐ c. Hypertension              ☐ i. Venereal Disease
☐ d. Diabetes                  ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure       ☐ k. Ulcer
☐ f. Drug Addiction            ☐ l. Faintly of recent head injury
                               ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment _____

2.  Are you allergic to anything?  _____ Csl _____ If yes, what? _____

3.  Have you ever been determined to be HIV positive?  _____ no _____ If yes, when? _____

4.  Are you currently taking any prescription medication?  _____ no _____ If yes, what? _____

    For what? _____

5.  Does the inmate require a special diet prescribed by a physician?  _____ no _____ If yes, what? _____

    For what? _____

6.  Do you have any other medical or mental problem we should know about?  _____ no _____ If yes, what? _____

# BOOKING SHEET
## PAGE 5

Inmate Name ______________________ Date ____________ Time ____________

1. Check One:

__✓__ This inmate was cooperative in responding to the above questions and allowing me to observe him.

______ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate Sowell Nunn, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

Eugene Campbell
Signature of Booking Officer
Date: 2-15-97
Time: 4:37 pm

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 10-20-98 Time 9:10 Am

Name Nunn (LAST) Jarell (FIRST) Scarpino (MIDDLE)

Alias

Date of Arrest 10-20-98 Social Security No. 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

Race Blk Sex M Age 21 Eyes Brn Hair Blk

Ht. 6'4" Wt. 170 DOB 2-2-77 Photo ✓ F.P. ✓

Address 202 S. Broad St. Samson AL 36477
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone (334) 898-2433 I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Unlawful Distrib. Bond Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Sheffield (Please Print)

Signature [signature]

AGENCY

BOOKING OFFICER Reece Wise / Ray Mock (Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Jarell S. Nunn
Signature of Person Released

Date of Release 10-20-98 Time 10:Am Type of Release Prop. Bond

Ray Wise
Signature of Releasing Officer

POB Geneva Al

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 6-21-98 Time 8 03 pm

Name [illegible] (LAST) Joel (FIRST) Sarfino (MIDDLE)

Alias

Date of Arrest 6-21-98 Social Security No.

Race Blk Sex M Age 21 Eyes Br Hair Blk

Ht. 6'4" Wt. 171 DOB 1-8-77 Photo Yes F.P. Yes

Address 202 S. Blood St (STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address FTA (STREET) (APT.) (CITY) (STATE) (ZIP)

Charge No-payment Child Spt Bond Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER 10-24 3407 (Please Print)

Signature

AGENCY

BOOKING OFFICER [illegible] (Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Jowel S. Nunn
Signature of Person Released

Date of Release 7-16-98 Time 11:11 Type of Release [illegible]

[illegible]
Signature of Releasing Officer

Till - Samson

# GENEVA COUNTY JAIL

## BOOKING SHEET

| | | |
|---|---|---|
| Date 6-14-01 | Time 4:44 AM | |

**Name** NUNN (LAST)   DUNIEL (FIRST)   SCARPINO (MIDDLE)

**Alias**

**Date of Arrest** 6-14-01

**Social Security No.** 4122-84-7896

| Race: 13 BLK. | Sex WM | Age 24 | Eyes 1886 | Hair BLK. | F.P. | Photo |
|---|---|---|---|---|---|---|
| Ht. 6'4" | Wt. 270 | DOB 1-8-77 | | | | |

**Address** 242 S. BROAD ST. (STREET)   N/A (APT.)   SAMSON, ALA. (CITY)   (STATE)   36477 (ZIP)

**Telephone**

**I.D. No.**

**NCIC Check**

**Next of Kin**   **Relationship**

**Address** (STREET)   (APT.)   (CITY)   (STATE)   (ZIP)

| Charge POSS. OF MARU. | Bond # 600.00 | Charge | Bond |
|---|---|---|---|
| Charge UTTS. | Bond 5,000.00 | Charge | Bond |
| Charge | Bond | Charge | Bond |

**ARRESTING OFFICER** McClk (Please Print)

**Signature**

**AGENCY** C.I.

**BOOKING OFFICER** DONALD WM WIERS (Please Print)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

**Signature of Person Released** X Daniel S. Nunn

**Date of Release** 6-15-01    **Time** 1:08 PM    **Type of Release** PRO BOND 24-1

**Signature of Releasing Officer**

P.O.E.
OCCUPATION
P.O.B.
HOLD

# BOOKING SHEET
## PAGE 2

Inmate Name _____  Date _____  Time _____

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1.  Is the inmate conscious?                                                      yes ☑  no ☐

2.  Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a
    need for medication attention?                                               yes ☐  no ☑

3.  Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection?   yes ☐  no ☑

4.  Is the skin in poor condition or showing signs of vermin?                    yes ☐  no ☑

5.  Does the inmate appear to be under the influence of alcohol or drugs?        yes ☐  no ☑

6.  Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes,
    nausea, pinpoint pupils, or cramping?                                        yes ☐  no ☑

7.  Does the inmate's behavior suggest the risk of assault to staff or other inmates?   yes ☐  no ☑

8.  Does the inmate have medication with him?                                    yes ☐  no ☑

9.  Are there any obvious physical handicaps or signs of mental retardation?     yes ☐  no ☑

10. Does the inmate appear to be depressed or despondent?                        yes ☐  no ☑

11. Does the inmate have obvious scars from previous suicide attempt(s)?         yes ☐  no ☑

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**BOOKING SHEET**
**PAGE 3**

Inmate Name _____    Date _____    Time _____

## SUICIDE PREVENTION SCREENING FORM
(Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe the inmate is a suicidal risk? | | ✓ |
| 2. Does the inmate lack close family or friend in the community? | | ✓ |
| 3. Has the inmate experienced a major loss in the past six months? (i.e. loss of a relative, job, etc.) | | ✓ |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | ✓ |
| 5. Has someone close to the inmate (family, spouse, friend) attempted or committed suicide? | | ✓ |
| 6. Does the inmate have a history of psychiatric treatment? | | ✓ |
| 7. Does the inmate have a history of drug or alcohol abuse? | ✓ | |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | ✓ |
| 9. Is the inmate thinking of killing himself? | | ✓ |
| 10. Has the inmate previously attempted suicide? | | ✓ |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | ✓ |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | ✓ |
| 13. Does the inmate appear to be anxious, afraid or angry? | | ✓ |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | ✓ |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | ✓ |
| 16. Is the inmate under the influence of alcohol or drugs? | | ✓ |
| 17. Is this the inmate's first arrest? | | ✓ |

Total number of "Yes" Responses _____

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

**BOOKING SHEET**
**PAGE 4**

Inmate Name _____    Date _____    Time _____

## HEALTH SCREENING FORM

1. **Have you ever had or been treated for: (mark box if answer is yes)**

| | |
|---|---|
| ☐ a. Asthma | ☐ g. Alcoholism |
| ☐ b. Heart Trouble | ☐ h. Mental Illness |
| ☐ c. Hypertension | ☐ i. Venereal Disease |
| ☐ d. Diabetes | ☐ j. Tuberculosis |
| ☐ e. Epilepsy or Seizure | ☐ k. Ulcer |
| ☐ f. Drug Addiction | ☐ l. Faintly of recent head injury |
| | ☐ m. Hepatitis |

If any response was yes, please explain and give date of last treatment! _____

2. **Are you allergic to anything?** _Fish_  If yes, what? _____

3. **Have you ever been determined to be HIV positive?** _NO_  If yes, when? _____

4. **Are you currently taking any prescription medication?** _NO_  If yes, what? _____

For what? _____

5. **Does the inmate require a special diet prescribed by a physician?** _NO_  If yes, what? _____

For what? _____

6. **Do you have any other medical or mental problem we should know about?** _NO_  If yes, what? _____

**BOOKING SHEET**
**PAGE 5**

Inmate Name _____ Date _____ Time _____

1.  Check One:

___ This inmate was cooperative in responding to the above questions and allowing me to observe him.

___ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____

_____

2.  I certify that I have today observed inmate _____ , asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: 6-14-81

Time: 4:00 AM

I ,--------------------------------------------, HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

[signature]
INMATE SIGNATURE

DATE 6-14-01

[signature]
JAILERS SIGNATURE

DATE 6-14-01

# GENEVA COUNTY JAIL

## BOOKING SHEET

Date 3-23-99 Time 5:00 Pm

Name Jowell S.
(LAST) (FIRST) (MIDDLE)

Alias

Date of Arrest 3-23-99 Social Security No. 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

Race B Sex M Age 22 Eyes Brn Hair Blk

Ht. 6'4" Wt. 178 DOB 1-8-77 Photo Yes F.P. Yes

Address 202 S Broad St Samson
(STREET) (APT.) (CITY) (STATE) (ZIP)

Telephone 898-2433 I.D. No.

NCIC Check

Next of Kin Relationship

Address
(STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Prob V.O. Bond None Charge Bond

Charge Bond Charge Bond

Charge Bond Charge Bond

ARRESTING OFFICER Hughes 338
(Please Print)

Signature

AGENCY

BOOKING OFFICER
(Please Print)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

Jowell
Signature of Person Released

Date of Release 5-21-99 Time 11:00 Am Type of Release To Kilby

Signature of Releasing Officer

BOOKING SHEET
PAGE 2

Inmate Name _____    Date _____    Time _____

## BOOKING OFFICER'S VISUAL OBSERVATIONS

1. **Is the inmate conscious?** ☑ yes ☐ no

2. **Does the new inmate have obvious pain, trauma, bleeding or other symptoms suggesting a need for medication attention?** ☐ yes ☑ no

3. Is there obvious fever, swollen lymph nodes, jaundice, or other evidence of infection? ☐ yes ☑ no

4. Is the skin in poor condition or showing signs of vermin? ☐ yes ☑ no

5. Does the inmate appear to be under the influence of alcohol or drugs? ☐ yes ☑ no

6. Are there any visible signs of alcohol or drug withdrawal such as extreme sweating, shakes nausea, pinpoint pupils, or cramping? ☐ yes ☑ no

7. Does the inmate's behavior suggest the risk of assault to staff or other inmates? ☐ yes ☑ no

8. Does the inmate have medication with him? ☐ yes ☑ no

9. Are there any obvious physical handicaps or signs of mental retardation? ☐ yes ☑ no

10. Does the inmate appear to be depressed or despondent? ☐ yes ☑ no

11. Does the inmate have obvious scars from previous suicide attempt(s)? ☐ yes ☑ no

IF ANY QUESTION ABOVE WAS ANSWERED "YES," SPECIFY SYMPTOMS OR OBSERVATIONS BELOW.

| QUESTION # | SYMPTOM OR OBSERVATION |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

BOOKING SHEET
PAGE3

Inmate Name _____    Date _____    Time _____

# SUICIDE PREVENTION SCREENING FORM
(Complete form by your observation and questions to this inmate.)

| QUESTIONS | YES | NO |
|---|---|---|
| 1. Does the arresting officer believe the inmate is a suicidal risk? | | |
| 2. Does the inmate lack close family or friend in the community? | | ✓ |
| 3. Has the inmate experienced a major loss in the past six months? (i.e. loss of a relative, job, etc.) | ✓ | ⊘ |
| 4. Has the inmate expressed concern about problems other than his legal situation? (i.e. financial or family problems, medical condition, fear of losing job, etc.) | | ✓ |
| 5. Has someone close to the inmate (family, spouse, friend) attempted or committed suicide? | | ✓ |
| 6. Does the inmate have a history of psychiatric treatment? | | ✓ |
| 7. Does the inmate have a history of drug or alcohol abuse? | | ✓ |
| 8. Does the inmate hold a position of respect in the community or is the alleged crime shocking in nature? | | ✓ |
| 9. Is the inmate thinking of killing himself? | | ✓ |
| 10. Has the inmate previously attempted suicide? | | ✓ |
| 11. Does the inmate feel there is nothing to look forward to? (i.e. hopelessness or helplessness) | | ✓ |
| 12. Does the inmate show signs of depression? (i.e. crying or emotional flatness) | | ✓ |
| 13. Does the inmate appear to be anxious, afraid or angry? | | ✓ |
| 14. Does the inmate appear to be unusually embarrassed or ashamed? | | ✓ |
| 15. Is the inmate acting or talking in a strange manner? (cannot focus attention or sees or hears things that are not there) | | ✓ |
| 16. Is the inmate under the influence of alcohol or drugs? | | ✓ |
| 17. Is this the inmate's first arrest? | ✓ | |

Total number of "Yes" Responses _____

If the number of "yes" responses is more than eight (8), notify the shift supervisor or chief Jailer, have Mental Health personnel contacted, and place the inmate in the jail only in an area with other inmates in order that he may be closely monitored. An Observation Log should be maintained during the inmate's stay in the jail.

BOOKING SHEET
PAGE 4

Inmate Name _____    Date _____    Time _____

## HEALTH SCREENING FORM

1.  Have you ever had or been treated for: (mark box if answer is yes)

☑ a. Asthma                         ☐ g. Alcoholism
☐ b. Heart Trouble                  ☐ h. Mental Illness
☐ c. Hypertension                   ☐ i. Venereal Disease
☐ d. Diabetes                       ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure            ☐ k. Ulcer
☐ f. Drug Addiction                 ☐ l. Faintly of recent head injury
                                    ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment

No  Med.

2.  Are you allergic to anything?  Yes   If yes, what?  Fish

3.  Have you ever been determined to be HIV positive?  No   If yes, when? _____

4.  Are you currently taking any prescription medication?  No   If yes, what? _____

For what? _____

5.  Does the inmate require a special diet prescribed by a physician?  No   If yes, what? _____

For what? _____

6.  Do you have any other medical or mental problem we should know about?  No   If yes, what? _____

Inmate Name ____________________ Date __________ Time __________

1. Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate ____________________, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

______________________________

Signature of Booking Officer

Date: ____________________

Time: ____________________

GENEVA COUNTY JAIL

I, Nunn, J., HAVE BEEN ADVISED BY THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR CORRESPONDENCE WITH COURT OFFICIALS

x Joel S. Nunn
INMATE SIGNATURE

DATE 3-23-99

[signature]
JAILERS SIGNATURE

DATE 3-23-99

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 Yes | 1 Yes |
| 2 No | 2 No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

1 ORI #: 0340100
2 AGENCY NAME: Geneva Police Department
3 CASE #:
4 SFX:
5 LAST, FIRST, MIDDLE NAME: Nunn, Jowel Scarpino
6 ALIAS AKA:
7 SEX: [X] 1 M / 2 F
8 RACE: 1 W / [X] 2 B / 3 A / 4 I
9 HGT.: 6'4
10 WGT.: 171
11 EYE: Bro
12 HAIR: Blk
13 SKIN:
14: 1 SCARS / 2 MARKS / [X] 3 TATOOS / 4 AMPUTATIONS
15 PLACE OF BIRTH (CITY, COUNTY, STATE): Geneva, Geneva, AL
16 SSN: 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
17 DATE OF BIRTH: 01 08 77
18 AGE: 25
19 MISCELLANEOUS ID #:
20 SID #:
21 FINGERPRINT CLASS: KEY / MAJOR / PRIMARY / SCDV / SUB-SECONDARY / FINAL — HENRY CLASS / NCIC CLASS
22 DL #: 6027336
23 ST: AL
24 FBI #:
25 IDENTIFICATION COMMENTS:
26: [X] 1 RESIDENT / 2 NON—RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 202 South Broad ~~Geneva~~ AL · Samson AL 36477
28 RESIDENCE PHONE: ( )
29 OCCUPATION (BE SPECIFIC):
30 EMPLOYER (NAME OF COMPANY/SCHOOL): Self
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):
32 BUSINESS PHONE: ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Goat Hill Road and west Maple Ln, Geneva AL
34 SECTOR #:
35 ARRESTED FOR YOUR JURISDICTION? [X] YES / NO — 1 IN STATE / 2 OUT STATE AGENCY
36 CONDITION OF ARRESTEE: [X] 1 DRUNK / 3 SOBER / 2 DRINKING / 4 DRUGS
37 RESIST ARREST? 1 YES / [X] 2 NO
38 INJURIES? [X] NONE / 2 OFFICER / 3 ARRESTEE
39 ARMED? 1 Y / [X] 2 N
40 DESCRIPTION OF WEAPON: 1 HANDGUN / 2 RIFLE / 3 SHOTGUN / 4 OTHER FIREARM / 5 OTHER WEAPON
41 DATE OF ARREST: 09 27 02
42 TIME OF ARREST: 60:54 — 1 AM / 2 PM / [X] MIL.
43 DAY OF ARREST: S1 M2 T3 W4 T5 [X] F6 S7
44 TYPE ARREST: [X] 1 ON VIEW / 2 CALL / 3 WARRANT
45 ARRESTED BEFORE? 1 YES / 2 NO / 3 UNKNOWN
46 CHARGE—1: FEL / [X] MISD — DUI
47 UCR CODE:
48 CHARGE—2: FEL / MISD
49 UCR CODE:
50 STATE CODE/LOCAL ORDINANCE: 32-5A-191
51 WARRANT #:
52 DATE ISSUED: M D Y
53 STATE CODE/LOCAL ORDINANCE:
54 WARRANT #:
55 DATE ISSUED: M D Y
56 CHARGE—3: FEL / MISD
57 UCR CODE:
58 CHARGE—4: FEL / MISD
59 UCR CODE:
60 STATE CODE/LOCAL ORDINANCE:
61 WARRANT #:
62 DATE ISSUED: M D Y
63 STATE CODE/LOCAL ORDINANCE:
64 WARRANT #:
65 DATE ISSUED: M D Y
66 ARREST DISPOSITION: 1 HELD / 2 BAIL / 3 RELEASED / 4 TOT—LE / 5 OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

70 VYR / 71 VMA / 72 VMO / 73 VST / 74 VCO TOP BOTTOM / 75 TAG # / 76 LIS / 77 LIY
78 VIN:
79 IMPOUNDED? 1 YES / 2 NO
80 STORAGE LOCATION/IMPOUND #:
81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED:
CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: 1 HANDLED AND RELEASED / 2 REF. TO JUVENILE COURT / 3 REF. TO WELFARE AGENCY / 4 REF. TO OTHER POLICE AGENCY / 5 REF. TO ADULT COURT
83 RELEASED TO:
84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME):
85 ADDRESS (STREET, CITY, STATE, ZIP):
86 PHONE: ( )
87 PARENTS EMPLOYER:
88 OCCUPATION:
89 ADDRESS (STREET, CITY, STATE, ZIP):
90 PHONE: ( )

## RELEASE

91 DATE AND TIME OF RELEASE: M D Y : 1 AM / 2 PM / 3 MIL.
92 RELEASING OFFICER NAME:
93 AGENCY/DIVISION:
94 ID #:
95 RELEASED TO:
96 AGENCY/DIVISION:
97 AGENCY ADDRESS:
98 PERSONAL PROPERTY RELEASED TO ARRESTEE: 1 YES / 2 NO / 3 PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #:
101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE):
LOCAL USE
STATE USE
102 SIGNATURE OF RECEIVING OFFICER:
103 SIGNATURE OF RELEASING OFFICER:

MULTIPLE CASES CLOSED / 104 CASE # / 105 SFX / 106 CASE # / 107 SFX / 108 CASE / 109 SFX / 110 ADDITIONAL CASES CLOSED NARRATIVE Y / N

111 ARRESTING OFFICER (LAST, FIRST, M.): [signature] Ryan
112 ID #: 167
113 ARRESTING OFFICER (LAST, FIRST, M.):
114 ID #:
115 SUPERVISOR — ID #:
116 WATCH CMDR. — ID #:

TYPE OR PRINT IN BLACK INK ONLY

OFFICER'S WORK PRODUCT AND NOT PUBLIC INFORMATION

**ADDITIONAL ARREST NARRATIVE CONTINUED**

| 117 DATE AND TIME OF ARREST | | | | | | 118 CASE # | 119 SFX |
|---|---|---|---|---|---|---|---|
| M | D | Y | : | AM PM MIL | | | |

120 ADDITIONAL ARREST INFORMATION

**NARRATIVE**

**NARRATIVE**

**NARRATIVE**

☐ CONTINUE ON ADDITIONAL SUPPLEMENT

**TYPE OR PRINT IN BLACK INK ONLY**

| State of Alabama<br>Unified Judicial System<br>Form C-41 Rev. 8/92 | ORDER OF COMMITMENT TO JAIL | Case Number |
|---|---|---|

IN THE MUNICIPAL COURT OF GENEVA COUNTY

☐ STATE OF ALABAMA ☒ MUNICIPALITY OF SAMSON

v. [illegible], Defendant

**TO THE JAILER OF** [illegible]

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of [illegible]

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: [illegible]

Sentence: 48 [illegible]

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| 1-30-04 | [illegible] | 1-30-04 |

Date: 1-30-04

[illegible signature]
Judge/Clerk/Magistrate

COURT (Original) JAILER (Copy)

STATE OF ALABAMA
PETITIONER

VS

JOWELL S NUNN
DEFENDANT

IN THE CIRCUIT COURT OF
GENEVA COUNTY, AL

CASE NUMBERS
CC-03-378

**FILED IN OFFICE**

JUL 2 7 2004

CLERK

## MOTION REVOKE BOND

Comes now the Assistant District Attorney for Geneva County, Alabama, and moves this Honorable Court to Revoke the Defendants bond, and for reason thereto shows as follows:

1. Jowell S Nunn was arrested on May 14, 2003 for Possession of Marijuana 1st and bonded out on a $1,000.00 bond. On July 12, 2003, Jowell S Nunn was arrested for Robbery 1st and bonded out on a $5,000.00 bond.

2. On July 27, 2004, while out on bond for said previous charges, Jowell S Nunn was again arrested and charged with Trafficking a Controlled Substance To-Wit: cocaine, Possession Marijuana 1st, and Possession of Drug Paraphernalia To-Wit: scales.

For the above stated reasons the State of Alabama through the District Attorney's Office hereby request the defendants bond be revoked for committing new offenses while out on bond.

Done and dated this the 27th day of July, 2004

I certify that a copy of the foregoing has been served on Joe Sawyer Jr., attorney for defendant, by placing a copy of same in the United States mail this 27th day of July, 2004.

Stephen G. Smith
Assistant District Attorney

## ORDER

The foregoing motion to revoke bond has been presented to the court. Based on the foregoing, the court is of the opinion it should be granted. This matters is set for hearing the 5 day of August, 2004, at 9:30 a.m. Defendant is to be held without bond until said hearing.

Judge

JUL 2 9 2004

Copy

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| [X] Yes [2] No | [X] Yes [2] No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

1 ORI #: 0340000
2 AGENCY NAME: Geneva County Narcotics Unit
3 CASE #:
4 SFX:

5 LAST, FIRST, MIDDLE NAME: NUNN, JOWELL SCARPINO
6 ALIAS AKA:

7 SEX: [X] M [2] F
8 RACE: [1] W [X] B [3] A [4] I
9 HGT.: 6'4"
10 WGT.: 170
11 EYE: BRN
12 HAIR: Blk
13 SKIN: Drk
14 [1] SCARS [2] MARKS [3] TATOOS [4] AMPUTATIONS

15 PLACE OF BIRTH (CITY, COUNTY, STATE): GENEVA Co AL.
16 SSN: 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
17 DATE OF BIRTH: M 01 D 08 Y 77
18 AGE: 21
19 MISCELLANEOUS ID #:

20 SID #:
21 FINGERPRINT CLASS: KEY / MAJOR / PRIMARY / SCDY / SUB-SECONDARY / FINAL
HENRY CLASS
NCIC CLASS
22 DL #: 6027336
23 ST: AL
24 FBI #:
25 IDENTIFICATION COMMENTS:

26 [X] RESIDENT [2] NON—RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 202 S. Broad St. Samson AL.
28 RESIDENCE PHONE: (334) 898-2433
29 OCCUPATION (BE SPECIFIC): LABORER

30 EMPLOYER (NAME OF COMPANY/SCHOOL): Brooks Peanut Co
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP): E MAIN ST SAMSON
32 BUSINESS PHONE: ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): Brooks Peanut Co.
34 SECTOR #:
35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO — [X] IN STATE [2] OUT STATE AGENCY

36 CONDITION OF ARRESTEE: [1] DRUNK [X] SOBER [2] DRINKING [4] DRUGS
37 RESIST ARREST? [1] YES [X] NO
38 INJURIES? [X] NONE [2] OFFICER [3] ARRESTEE
39 ARMED? [1] Y [X] N
40 DESCRIPTION OF WEAPON: [1] HANDGUN [2] RIFLE [3] SHOTGUN [4] OTHER FIREARM [5] OTHER WEAPON

41 DATE OF ARREST: M 10 D 20 Y 98
42 TIME OF ARREST: 08:00 [1] 1. AM [2] 2. PM [X] MIL
43 DAY OF ARREST: S M [X] W T F S
44 TYPE ARREST: [1] ON VIEW [2] CALL [X] WARRANT
45 ARRESTED BEFORE? [X] YES [2] NO [3] UNKNOWN

46 CHARGE—1 [X] FEL [2] MISD: Unlawful Distribution of Cont. Sub.
47 UCR CODE:
48 CHARGE—2 [1] FEL [2] MISD
49 UCR CODE:
50 STATE CODE/LOCAL ORDINANCE: 13A-12-211
51 WARRANT #:
52 DATE ISSUED: M 07 D 31 Y 98
53 STATE CODE/LOCAL ORDINANCE
54 WARRANT #
55 DATE ISSUED: M D Y
56 CHARGE—3 [1] FEL [2] MISD
57 UCR CODE
58 CHARGE—4 [1] FEL [2] MISD
59 UCR CODE
60 STATE CODE/LOCAL ORDINANCE
61 WARRANT #
62 DATE ISSUED: M D Y
63 STATE CODE/LOCAL ORDINANCE
64 WARRANT #
65 DATE ISSUED: M D Y

66 ARREST DISPOSITION: [1] HELD [2] BAIL [3] RELEASED [4] TOT—LE [5] OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME): N/A
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME): N/A

## VEHICLE

70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY
78 VIN
79 IMPOUNDED? [1] YES [2] NO
80 STORAGE LOCATION/IMPOUND #
81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED
[ ] CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: [1] HANDLED AND RELEASED [2] REF. TO JUVENILE COURT [3] REF. TO WELFARE AGENCY [4] REF. TO OTHER POLICE AGENCY [5] REF. TO ADULT COURT
83 RELEASED TO
84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME)
85 ADDRESS (STREET, CITY, STATE, ZIP)
86 PHONE ( )
87 PARENTS EMPLOYER
88 OCCUPATION
89 ADDRESS (STREET, CITY, STATE, ZIP)
90 PHONE ( )

## RELEASE

91 DATE AND TIME OF RELEASE: M D Y : [1] AM [2] PM [3] MIL.
92 RELEASING OFFICER NAME
93 AGENCY/DIVISION
94 ID #
95 RELEASED TO:
96 AGENCY/DIVISION
97 AGENCY ADDRESS
98 PERSONAL PROPERTY RELEASED TO ARRESTEE [1] YES [2] NO [3] PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #
101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE)
LOCAL USE
STATE USE
102 SIGNATURE OF RECEIVING OFFICER
103 SIGNATURE OF RELEASING OFFICER

MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE [ ] Y [ ] N

111 ARRESTING OFFICER (LAST, FIRST, M.): Blackmon Jeff
112 ID #: 211
113 ARRESTING OFFICER (LAST, FIRST, M.): Turner Spencer
114 ID #: 408
115 SUPERVISOR ID #
116 WATCH CMDR. ID #

STATE OF ALABAMA                    IN THE CIRCUIT COURT OF
PETITIONER                         GENEVA COUNTY, AL.

VS                                 CASE NUMBERS
                                   CC-03-288
JOWELL S NUNN
DEFENDANT

**FILED IN OFFICE**

JUL 27 2004

CLERK

## MOTION REVOKE BOND

Comes now the Assistant District Attorney for Geneva County, Alabama, and moves this Honorable Court to Revoke the Defendants bond, and for reason thereto shows as follows:

1. Jowell S Nunn was arrested on May 14, 2003 for Possession of Marijuana 1st and bonded out on a $1,000.00 bond. On July 12, 2003, Jowell S Nunn was arrested for Robbery 1st and bonded out on a $5,000.00 bond.

2. On July 27, 2004, while out on bond for said previous charges, Jowell S Nunn was again arrested and charged with Trafficking a Controlled Substance To-Wit: cocaine, Possession Marijuana 1st, and Possession of Drug Paraphernalia To-Wit: scales.

For the above stated reasons the State of Alabama through the District Attorney's Office hereby request the defendants bond be revoked for committing new offenses while out on bond.

Done and dated this the 27th day of July, 2004

_____

I certify that a copy of the foregoing has been served on Joe Sawyer Jr., attorney for defendant by placing a copy of same in the United States mail this 27th day of _____, 2004.

_____
Stephen G. Smith
Assistant District Attorney

## ORDER

The foregoing motion to revoke bond has been presented to the court. Based on the foregoing, the court is of the opinion it should be ~~granted~~. This matter is set for hearing the 6th day of August, 2004, at 9:30am. Defendant is to be held without bond until said hearing.

_____
Judge

FILED:

JUL 2 8 2004

```
# 0370        ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: DC 2004 001014.00
PAGE:  1                CASE ACTION SUMMARY           OR-ER: MAH
                          DISTRICT CRIMINAL           RUN DATE: 07/28/2004
================================================================================
IN THE DISTRICT COURT OF      GENEVA                  JUDGE: CWF
STATE  OF  ALABAMA      VS    NUNN JOWELL S
                              202 S BROAD ST
CASE: DC 2004 001014.00       SAMSON, AL  36477 0000

DOB: 01/08/1977   ALIAS NAMES   SEX: M  RACE: B  HT: 6 00  WT: 230   HR: BLK  EYES: BRO
SSN: 422847896
================================================================================
CHARGE01: USE/POSS DRUG PARAPH CODE01: VDR1  LIT: USE/POSS DRUG  TYP: M  #: 001
OFFENSE DATE: 07/27/2004         AGENCY/OFFICER: 034000 GARY WE
DATE WAR/CAP ISS                 DATE ARRESTED: 07/27/2004
DATE INDICTED                    DATE FILED: 07/27/2004
DATE RELEASED                    DATE HEARING:
BOND AMOUNT: $.00                SURETIES:
DATE 1:         DESC:            TIME: 0000
DATE 2:         DESC:            TIME: 0000
TRACKING NOS: WR 2004 000740 00       /              /

DEF/ATY:                         TYPE:                TYPE:

                        00000                   00000

PROSECUTOR: EMERY DAVID C
================================================================================
OTH CSE: WR200400074000 CHK/TICKET NO:        GRAND JURY:          OPER: MAH
                          SID NO: 000000000              DEF STATUS: JAIL
DEMAND:                                        COURT REPORTER:
--------------------------------------------------------------------------------
TRANS DATE      ACTIONS, JUDGEMENTS, AND NOTES                          OPE
================================================================================
07/28/2004   ASSIGNED TO: (CWF) CHARLES W. FLEMING, JR.   (AR01)       MAH
07/28/2004   CHARGE 01: USE/POSS DRUG PARAPH/#CNTS: 001    (AR01)      MAH
07/28/2004   FILED ON: 07/27/2004                         (AR01)       MAH
07/28/2004   DEFENDANT ARRESTED ON: 07/27/2004            (AR01)       MAH
07/28/2004   INITIAL STATUS SET TO: "J" - JAIL            (AR01)       MAH
07/28/2004   CASE ACTION SUMMARY PRINTED                  (AR09)       MAH
```

6-14-05  Case dismissed on oral Motion of State [signature]

CLW: 4381C03088 [illegible]

4/20/05   Copy given to Def Robinson, Nunn/and Jail 4 5/0

ACR0369 A L A B A M A J U D I C I A L I N F O R M A T I O N C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000378.00
JUDGE ID: PBM

STATE OF ALABAMA VS NUNN JOWELL SCARPINO

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |
| 3/11/05 | Motion in Limine filed by atty Sawyer. |
| 3/16/05 | Will hear prior to trial [illegible] |
| 3/16/2005 | WILL HEAR PRIOR TO TRIAL. /s/ P B McLAUCHLIN, JR |
| 3/17/2005 | COPY OF CAS TO DA AND SAWYER. mh |
| 3/21/05 | Continued [illegible] |
| 4/26/05 | Motion to Dismiss for Want of Prosecution filed by Sawyer. |
| 4/28/05 | NR - Present next wk (6A)? [illegible] |
| 5/5/05 | Motion to dismiss is denied. KQ |
| 5/5/2005 | MOTION TO DISMISS IS DENIED. /s/ KENNETH W QUATTLEBAUM |
| 5/5/2005 | COPY OF CAS TO DA, SAWYER, HUGHES AND S/O. mh |
| 6-14-05 | Case dismissed as part of Plea agreement in Cases CC-03-288 and CC-04-428. KQ |
| 6/22/05 | Copy of CAS to DA, Sawyer, Hughes, Jail & S/O. MH |

Jail

CBR716-3 ALABAMA DEPARTMENT OF CORRECTIONS INST: 231
INMATE SUMMARY AS OF 06/29/2005 CODE: CIADM

**********************************************************************

AIS: 00204038S INMATE: NUNN, JOWEL S RACE: B SEX: M

INST: 231 - GENEVA DORM: 00 JAIL CR: 000Y 10M 14D

DOB: 01/08/1977 SSN: 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 PREVIOUS AIS: P0027901

ALIAS: NUNN, JOWEL SCARPINO ALIAS: NUNN, JOWELL SCARPIN

ADM DT: 06/14/2005 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/O REV OF STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: DTW-9 CURRENT CUST DT: 06/14/2005 PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS IV CURRENT CLASS DATE: 06/14/2005
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM |
|---|---|---|---|---|---|
| GENEVA | 06/14/05 | NC3000288 | POSS MARIJUANA I | 05390 | 025Y 00M 00D CS |
| | ATTORNEY FEES : $0000985 | | HABITUAL OFFENDER : Y | | |
| | COURT COSTS : $0000495 | | FINES : $0000000 | RESTITUTION : $0000110 | |
| GENEVA | 06/14/05 | N04000428 | POSS CONTROL SUBSTANCE COCAINE | 03140 | 025Y 00M 00D CC |
| | ATTORNEY FEES : $0000000 | | HABITUAL OFFENDER : Y | | |
| | COURT COSTS : $0000287 | | FINES : $0000000 | RESTITUTION : $0001210 | |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE |
|---|---|---|---|---|
| 025Y 00M 00D | 07/29/2029 | 000Y 00M 00D | 000Y 00M 00D | 07/29/2029 |

INMATE LITERAL: DUEL DIAGNOSIS PROG

**********************************************************************

DETAINER WARRANTS SUMMARY
INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

**********************************************************************

ESCAPEE-PAROLE SUMMARY

INMATE CURRENTLY HAS NO PAROLE RECORDS

INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

**********************************************************************

DISCIPLINARY/CITATION SUMMARY

INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS

210

J369 ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2003 000378.0C
JUDGE ID: KWQ

STATE OF ALABAMA VS NUNN JOWELL SCARFINO

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 10/14/04 | Cont'd for Def. |
| 1/3/05 | Motion to withdraw, def. desires to retain other counsel, filed by atty Brantley. |
| 1/5/05 | Motion for Tom Brantley to withdraw Granted. Joe Sawyer is still D's atty. PB |
| 1/5/2005 | MOTION FOR TOM BRANTLEY TO WITHDRAW GRANTED. JOE SAWYER IS STILL DEFENDANT'S ATTORNEY. /s/ P B McLAUCHLIN, JR |
| 1/6/2005 | COPY OF CAS TO DA, BRANTLEY, SAWYER, HUGHES AND S/O. mh |

IN THE CIRCUIT COURT
FOR GENEVA COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | ( | |
| v. | ( | CV 04-96-Q |
| JOWELL S. NUNN, | ( | |

CONSENT JUDGMENT

Pursuant to the consent agreement of the parties, it is hereby ordered and adjudged that all rights and interests of JOWELL S. NUNN to $7350.00 in U.S. Currency seized by the Geneva County Drug Task Force and the Samson Police Department on July 27, 2004, be forfeited as follows: $2940.00 (40%) to the Geneva County Sheriff's Department (Drug Fund) and $4410.00 (60%) to the Samson Police Department to be used for the benefit of law enforcement.

Done and ordered on this the 23rd day of June, 2005.

_____
Circuit Judge

**FILED IN OFFICE**

JUN 23 2005

_____
CLERK

S/O

JR0369 ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000428.00
JUDGE ID: KWG

STATE OF ALABAMA VS NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
| --- | --- |
| 9/24/04 | Motions to suppress are denied. KS |
| 9/28/04 | Copy of CAS to DA, Brantley, Hughes + S/O. MW |
| 10/8/04 | Dec CC-04-427 - |
| 12/14/04 | Cont. to |
| 1/13/05 | Motion to withdraw, def. desires to retain other counsel, filed by atty Brantley. |
| 1/5/2005 | SAME ORDER AS CC-03-378. MOTION TO WITHDRAW GRANTED. /s/ PBM |
| 1/6/2005 | COPY OF CAS TO DA, BRANTLEY, HUGHES AND S/O. mh |

510

ACR0369 ALABAMA JUDICIAL INFORMATION CENTER

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000427.00
JUDGE ID: KWG

STATE OF ALABAMA VS NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 10/8/04 | Motion to Continue filed by Atty Brantley. |
| 10/14/04 | Cont'd. |
| 12/28/04 | Letter from def. concerning atty. |
| 1/3/05 | Motion to withdraw, def. desires to retain other counsel filed by Atty Brantley. |
| 1/5/2005 | SAME ORDER AS CC-03-378. MOTION TO WITHDRAW GRANTED. /S/ PBM |
| 1/6/2005 | COPY OF CAS TO DA, BRANTLEY, HUGHES AND S/O. mh |

# ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| 1 Yes | 1 Yes |
| 2 No | 2 No (X) |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

1 ORI #: C340200
2 AGENCY NAME: The Samson Police Department
3 CASE #: 01-04-038
4 SFX:

5 LAST, FIRST, MIDDLE NAME: Nunn, Jowell S.
6 ALIAS AKA: "None"

7 SEX: 1 M (X) 2 F
8 RACE: 1 W 2 B (X) 3 A 4 I
9 HGT.: 6
10 WGT.: 230
11 EYE: Bro
12 HAIR: Blk
13 SKIN: Drk
14: 1 SCARS 2 MARKS 3 TATOOS (X) 4 AMPUTATIONS

15 PLACE OF BIRTH (CITY, COUNTY, STATE): Geneva, Geneva AL
16 SSN: 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
17 DATE OF BIRTH: 01 10 77
18 AGE: 25
19 MISCELLANEOUS ID #:

20 SID #:
21 FINGERPRINT CLASS: KEY MAJOR PRIMARY SCDV SUB-SECONDARY FINAL
HENRY CLASS
NCIC CLASS
22 DL #:
23 ST:
24 FBI #:
25 IDENTIFICATION COMMENTS:

26 1 RESIDENT 2 NON—RESIDENT
27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 202 S. Broad st. Samson AL
28 RESIDENCE PHONE: ( ) N/A
29 OCCUPATION (BE SPECIFIC): Self Employed
30 EMPLOYER (NAME OF COMPANY/SCHOOL): Self Employed
31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):
32 BUSINESS PHONE: ( )

## ARREST

33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP): 13 E. main St. Samson AL
34 SECTOR #:
35 ARRESTED FOR YOUR JURISDICTION? YES (X) NO — 1 IN STATE 2 OUT STATE AGENCY

36 CONDITION OF ARRESTEE: 1 DRUNK 2 DRINKING 3 SOBER (X) 4 DRUGS
37 RESIST ARREST? 1 YES 2 NO (X)
38 INJURIES? NONE (X) 2 OFFICER 3 ARRESTEE
39 ARMED? 1 Y 2 N (X)
40 DESCRIPTION OF WEAPON: 1 HANDGUN 2 RIFLE 3 SHOTGUN 4 OTHER FIREARM 5 OTHER WEAPON

41 DATE OF ARREST: 01 20 04
42 TIME OF ARREST: 10 15 — 1 AM 2 PM MIL (X)
43 DAY OF ARREST: S M T(X) W T F S
44 TYPE ARREST: ON VIEW (X) CALL WARRANT
45 ARRESTED BEFORE? YES (X) 2 NO 3 UNKNOWN

46 CHARGE—1 1 FEL 2 MISD: Court order
47 UCR CODE:
48 CHARGE—2 1 FEL 2 MISD:
49 UCR CODE:
50 STATE CODE/LOCAL ORDINANCE:
51 WARRANT #:
52 DATE ISSUED: M D Y
53 STATE CODE/LOCAL ORDINANCE:
54 WARRANT #:
55 DATE ISSUED: M D Y
56 CHARGE—3 1 FEL 2 MISD:
57 UCR CODE:
58 CHARGE—4 1 FEL 2 MISD:
59 UCR CODE:
60 STATE CODE/LOCAL ORDINANCE:
61 WARRANT #:
62 DATE ISSUED: M D Y
63 STATE CODE/LOCAL ORDINANCE:
64 WARRANT #:
65 DATE ISSUED: M D Y

66 ARREST DISPOSITION: 1 HELD 2 BAIL 3 RELEASED 4 TOT—LE 5 OTHER
67 IF OUT ON RELEASE WHAT TYPE?
68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):
69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

70 VYR 71 VMA 72 VMO 73 VST 74 VCO TOP BOTTOM 75 TAG # 76 LIS 77 LIY
78 VIN: N/A
79 IMPOUNDED? 1 YES 2 NO
80 STORAGE LOCATION/IMPOUND #:
81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED: N/A
CONTINUED IN NARRATIVE

## JUVENILE

82 JUVENILE DISPOSITION: 1 HANDLED AND RELEASED 2 REF TO JUVENILE COURT 3 REF TO WELFARE AGENCY 4 REF TO OTHER POLICE AGENCY 5 REF TO ADULT COURT
83 RELEASED TO:
84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME): N/A
85 ADDRESS (STREET, CITY, STATE, ZIP):
86 PHONE: ( )
87 PARENTS EMPLOYER:
88 OCCUPATION:
89 ADDRESS (STREET, CITY, STATE, ZIP):
90 PHONE: ( )

## RELEASE

91 DATE AND TIME OF RELEASE: 01 20 04 : 1 AM 2 PM 3 MIL
92 RELEASING OFFICER NAME: Anthony Stewart
93 AGENCY/DIVISION: Samson Police Dept
94 ID #: 202
95 RELEASED TO: On Duty Jailer
96 AGENCY/DIVISION: Geneva Co. S.O.
97 AGENCY ADDRESS: 200 Commerce St. Geneva
98 PERSONAL PROPERTY RELEASED TO ARRESTEE: 1 YES 2 NO 3 PARTIAL
99 PROPERTY NOT RELEASED/HELD AT:
100 PROPERTY #:
101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): NO Injuries At the time of arrest or release
LOCAL USE
102 SIGNATURE OF RECEIVING OFFICER:
103 SIGNATURE OF RELEASING OFFICER: [signature]
STATE USE

MULTIPLE CASES CLOSED — 104 CASE #: 105 SFX: 106 CASE #: 107 SFX: 108 CASE #: 109 SFX: 110 ADDITIONAL CASES CLOSED NARRATIVE Y N

111 ARRESTING OFFICER (LAST, FIRST, M.): Stewart, Anthony
112 ID #: 202
113 ARRESTING OFFICER (LAST, FIRST, M.):
114 ID #:
115 SUPERVISOR: ID #
116 WATCH CMDR.: ID #

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

No Jail

| Form C-41 | Rev. 11/92 | **ORDER OF COMMITMENT TO JAIL** | Case Number |
|---|---|---|---|
| | | | 96-30055 |

**State of Alabama**
**Unified Judicial System**

IN THE **Municipal** COURT OF **Samson**, ALABAMA
(Circuit, District, or Municipal)          (Name of Municipality or County)

☐ STATE OF ALABAMA   ☑ MUNICIPALITY OF Samson, AL

v.

Sewell Nunn , Defendant

**TO THE JAILER OF** Geneva County Jail

You are ordered to receive into your custody the above-named defendant, charged with the offense(s) of Theft 3rd

until he/she is legally discharged from your custody by this court.

Reason(s) for Commitment: Theft 3rd

Sentence: 4 days (can be Served one day of a time or By hour

or 96 hours

| Date Sentenced | Jail Credit | Date Sentence Begins |
|---|---|---|
| 03-18-96 | | |

Must complete Time by April 8th

| Berna J. Osborn | March 18, 1996 |
|---|---|
| Judge/Clerk/Magistrate | Date |

Jail

ACR0369 A L A B A M A J U D I C I A L I N F O R M A T I O N C E N T E R

CASE ACTION SUMMARY
CONTINUATION

CASE: CC 2004 000428.00
JUDGE ID: KWQ

STATE OF ALABAMA VS NUNN JOWELL S

| DATE | ACTION, JUDGMENTS, CASE NOTES |
|---|---|
| 7/11/05 | Motion to withdraw guilty plea filed by Robinson |
| 7/11/05 | Motion to withdraw as counsel filed by Robinson |
| 7/15/2005 | MOTION TO WITHDRAW PLEA AND MOTION TO WITHDRAW AS COUNSEL WILL BE |
| | HEARD ON 8/5/2005 AT 9:00 A.M. /s/ KENNETH W QUATTLEBAUM |
| 7/20/2005 | COPY OF CAS TO DA, ROBINSON, HUGHES, CRO, JAIL AND S/O. mh |

# GENEVA COUNTY JAIL

## BOOKING SHEET

| Date 7-1-97 | Time 8:15 pm | |
|---|---|---|

Name ___Newell___ ___Noah___ ___Dewell___
           (LAST)        (FIRST)        (MIDDLE)

Alias _____

Date of Arrest 7-1-97    Social Security No. 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

Race B    Sex m    Age 30    Hair Blk    Eyes Bro

Ht. 6.5    Wt. 171    DOB 1-8-77    Photo yes    F.P. yes

Address 202 S. Broad St    Samson,    AL
        (STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

Telephone 898-2434

I.D. No. _____

NCIC Check _____

Next of Kin _____ Relationship _____

Address _____
        (STREET)    (APT.)    (CITY)    (STATE)    (ZIP)

| Charge Trafficin Marij. | Bond 10,000 | Charge | Bond |
| Charge Furisdiction | | Charge | Bond |
| Charge | Bond | Charge | Bond |

ARRESTING OFFICER Lowery Jeffer
                  (Please Print)

Signature ___GCSC___
AGENCY

BOOKING OFFICER Eugene Campbell
                (Please Print)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

___Noah Dewell Newell___
Signature of Person Released

| Date of Release 7-1-97 | Time 8:30 pm | Type of Release Thompson Bond |
|---|---|---|

___Eugene Campbell___
Signature of Releasing Officer

GENEVA COUNTY SHERIFF'S DEPARTMENT

MEDICATION LOG

Name of Inmate: Joel Nunn

| DATE | TIME | MEDICATION | OFFICER'S INITIALS | INMATE'S SIGNATURE |
|---|---|---|---|---|
| 4-1-99 | | Doxycycline | | |
| 4-1-99 | 6 PM | " | [illegible] | Joel Nunn |
| 4-2-99 | 600 Am | " | [illegible] | Joel Nunn |
| 4-3-99 | 600 Am | " | [illegible] | Joel Nunn |
| 4-4-99 | 600 Am | " | [illegible] | Joel Nunn |
| 4-4-99 | 530 P.M | " | [illegible] | [illegible] |
| 4-5-99 | 6:15 | " | [illegible] | [illegible] |
| 4-5-99 | 530 PM | " | [illegible] | Joel Nunn |
| 4-6-99 | 6:15 | " | [illegible] | Joel Nunn |
| 4-6-99 | 530 | " | [illegible] | Joel Nunn |
| 4-7-99 | 6:30 AM | " | [illegible] | Joel Nunn |
| 4-8-99 | 6:00 Am | " | Dw | Joel Nunn |
| ~~4-9-99~~ | [illegible] | | [illegible] | Joel Nunn |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# GENEVA COUNTY JAIL

## BOOKING SHEET

Probation Check [signature]

Warrant Book [signature]

Date 7-27-04 Time 2:50 AM

Name Nunn (LAST) Jouell (FIRST) (MIDDLE)

Alias

Date of Arrest 7-27-04 Social Security No. 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

Race B Sex M Age 27 Eyes Brn Hair Blk

Ht. Wt. DOB 1-8-77 Photo — F.P.

Address 202 S. Broad St. (STREET) (APT.) Samson (CITY) Al. (STATE) 36477 (ZIP)

Telephone I.D. No.

NCIC Check

Next of Kin Relationship

Address (STREET) (APT.) (CITY) (STATE) (ZIP)

Charge Trafficking C/S (Cocaine) Bond Charge Bond

Charge Poss of Marij Bond Charge Bond

Charge Poss of Drug Para. Bond Charge Bond

ARRESTING OFFICER William Nicholas Bradley / Gary Weeks (PLEASE PRINT)

Signature W. N. Bradley

AGENCY Samson P.D. / G.C.S.D. - DTF

BOOKING OFFICER Joe Newsome (PLEASE PRINT)

RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

[signature] Signature of Person Released

Date of Release 7-6-05 Time 8:40 Type of Release Kilby

Signature of Releasing Officer

P.O.E. Unemployed

OCCUPATION

P.O.B. Geneva Co.

HOLD

WARRANT #

WARRANT #

WARRANT #

WARRANT #

# BOOKING SHEET

Inmate Name _____    Date _____    Time _____

HEALTH SCREENING FORM

1. Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                   ☐ g. Alcoholism
☐ b. Heart Trouble            ☐ h. Mental Illness
☐ c. Hypertension             ☐ i. Venereal Disease
☐ d. Diabetes                 ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure      ☐ k. Ulcer
☐ f. Drug Addiction           ☐ l. Faintly of recent head injury
                              ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment. _____ No

_____

_____

_____

2. Are you allergic to anything?    _____ Yes    If yes, what? _____ Fish

_____

_____

3. Have you ever been determined to be HIV positive?    _____ No    If yes, when? _____

_____

_____

4. Are you currently taking any prescription medication?    _____ No    If yes, what? _____

_____

For what? _____

_____

5. Does the inmate require a special diet prescribed by a physician?    _____ No    If yes, what? _____

_____

For what? _____

_____

6. Do you have any other medical or mental problem we should know about?    _____ No    If yes, what? _____

_____

_____

# GENEVA COUNTY JAIL

I, _____ Jim Bell A Nunn _____, HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING;

ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND.

ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS.

_____     DATE  1-27-04
INMATE SIGNATURE

_____     DATE  1-27-04
JAILERS SIGNATURE

# BOOKING SHEET

Inmate Name ______________________ Date ______________ Time __________

1. Check One:

✓ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

______________________________________________

______________________________________________

2. I certify that I have today observed inmate Jowell Nunn, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

[signature]
Signature of Booking Officer

Date: 7-27-04

Time: 2:50 AM

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: Jowell, Nunn |
|---|---|
| 7-29-04 | Traffkin Car, 100,000.00 |
| | Mary 1st 10,000.00 |
| | Poss Drug 1,000.00 11,000.00 |
| | 1st Ap Judge Zomins |
| 7-30-04 | Hold 3401 – Bond Booker |
| | Hearing Set Aug 5 9:00 A |
| 8-24-04 | Attorney in to See him |

GENEVA COUNTY JAIL

INMATE ACTIVITY FORM

| DATE | INMATE NAME Jowell Nunn |
|---|---|
| 3-26-96 | Subject Checked in to do 2 days of his |
| | 4 days sentenced by Samson. 5:55 Am |
| 3-28-96 | Subject checked out after serving 2 days. |
| 4-2-96 | SUBJ. CHECK IN AT 6:00 AM TO SERVE TWO DAY. |
| | FOR SAMSON, GET OUT THUR. AT 6:00 AM |
| 4-4-96 | Subj. checked out at 6:00 am served full time. |
| 2-18-97 | Subj: Processed at C.J. on charges of |
| | Firing Gun into occupied Veh. Bonded |
| | on 5000.00 property Bond. |
| | |
| 2-19-97 | SUBJ booked in CJ for Poss Stolen Property |
| 2-26-97 | SUBJ. RELEASED ON PRO. BOND |
| 5- 97 | ? what for RAY |
| 5-12-97 | SUBJ Released on Property Bond |
| 7-1-97 | SUBJ Placed in CJ for Inticing A Child to enter vehicle |
| 7-1-97 | Bonded Through Thompson Bonding |
| 6-21-98 | SUBJ placed in C-J. on charge of |
| | FTA- Child Sup |
| | |
| 7-16-98- | Release- Per Judge- Fleming |
| 10-20-98 | Subj. booked into Geneva C.J. 9:10 Am. |
| | Unlawful Distrib. of Controlled Substance |
| 10-20-98 | Subj. bonded out by Linda Nunn Prop. Bond |
| 3-23-99 | Placed CJ PROBATION VIOLATION |
| 4-13-99 | SUBJ taken to Ct. At Samson P.D. 5:20 |
| 5-4-99 | He's a St. Inmate as of this |
| | Date - Bryan - |

**AIS #:** 204088

**Name:** NUNN JOWEL SCARPINO

**Race:** B **Sex:** M

**DOB:** 01/08/1977

**Height:** 6'05

**Weight:** 230

**Eye Color:** BRO

**Hair Color:** BLK

**ID Marks:**

**Location:** Ventress CF

**Photo Date:** [illegible]

**Print Count:**

**Last Changed By:**

**Reprint Needed:**

**Image**

6'6"
6'0"
5'6"

**TOOLS**

SEARCH
LIST
SAVE
INSERT
DELETE
REQUERY
PRINT
PREVIEW
FIRST
PREVIOUS
NEXT
LAST

VIANET

© 1998-2000 Datacard Group

[1/1]

```
AUG. 04, 2005              VENTRESS CORR FAC                        INV152
                      INMATE AND ACTIVE/INACTIVE VISITORS           PAGE: 1

AIS# 204088  NAME: NUNN, JOWEL           RACE: B  SEX: M  BED: 09A024
================================================================================
               B : B/F/V - TYPE
SEQ#: 01  NAME: LINDA NUNN              SOC.SEC. #: 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
ADDRESS: 202 SOUTH BROAD ST    STATUS:    CATEGORY:   APPR: 08/04/2005
               SAMSON                 AL  36477
COMMENTS: DESTINY       RELATION: MOTHER            PHONE:334)868-1277
--------------------------------------------------------------------------------
               B : B/F/V - TYPE
SEQ#: 02  NAME: LETITA CALDWELL         SOC.SEC. #: 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
ADDRESS: P O BOX 13 SOUTH RIPLEY ST  STATUS:    CATEGORY:   APPR: 08/04/2005
               SAMSON                 AL  36477
COMMENTS:               RELATION: F FRIEND          PHONE:334)898-9642
--------------------------------------------------------------------------------
               B : B/F/V - TYPE
SEQ#: 03  NAME: MICHAEL SOLES           SOC.SEC. #: 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
ADDRESS: 202 SOUTH BROAD ST    STATUS:    CATEGORY:   APPR: 08/04/2005
               SAMSON                 AL  36477
COMMENTS: NMC TO LIST AS STEP FATHER  RELATION: M FRIEND  PHONE:334)868-1277
--------------------------------------------------------------------------------
               B : B/F/V - TYPE
SEQ#: 04  NAME: LAMONT NUNN             SOC.SEC. #: 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
ADDRESS: 202 SOUTH BROAD ST    STATUS:    CATEGORY:   APPR: 08/04/2005
               SAMSON                 AL  36477
COMMENTS:               RELATION: BROTHER           PHONE:(999)999-9999
--------------------------------------------------------------------------------
```

ADDITIONAL COMMENTS

# GENEVA COUNTY JAIL

## BOOKING SHEET

Probation Check _____

Warrant Book _____

| Date 8-4-05 | Time 1650 |
| --- | --- |

Name (LAST) _Towell_ (FIRST) _Jowell_ (MIDDLE) _Sanders_

Alias _____

| Date of Arrest 7-27-04 | Social Security No. 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 | |
| --- | --- | --- |
| Race B | Age 27 | Sex M | Hair Black | Eyes Brown |
| Ht. 6'5" | Wt. 230 | DOB 1-8-77 | Photo _____ | F.P. _____ |

Address (STREET) 101 South Broad St (APT) _____ (CITY) Samson, AL (STATE) _____ (ZIP) 36477

Telephone _____

I.D. No. _____    NCIC Check _____

Next of Kin _____    Relationship _____

Address (STREET) _____ (APT) _____ (CITY) _____ (STATE) _____ (ZIP) _____

| Charge Traff. drugs c/s | Bond _____ | Charge _____ | Bond _____ |
| --- | --- | --- | --- |
| Charge Poss of Mari | Bond _____ | Charge _____ | Bond _____ |
| Charge Poss of Drug Para | Bond _____ | Charge _____ | Bond _____ |

### ARRESTING OFFICER

(PLEASE PRINT)

Signature _Deputy J Shirley_

AGENCY _G.P.D_

### BOOKING OFFICER _William T. Qutus_

(PLEASE PRINT)

### RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

_X Jowell S. N_

Signature of Person Released

| Date of Release _____ | Time 1212 | Type of Release _____ |
| --- | --- | --- |

Signature of Releasing Officer _____

| P.O.E. _____ | WARRANT # _____ |
| --- | --- |
| P.O.F. _____ | WARRANT # _____ |
| OCCUPATION _____ | WARRANT # _____ |
| P.O.B. _____ | WARRANT # _____ |
| HOLD _____ | |