**EXHIBIT D**

INMATE MEDICATION LOG (GENEVA COUNTY JAIL)
INMATE NAME  Jowell Nunn                    CELL  4s

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|-----------|---------|-------------|
| 6-6-05 | Noon | Bactrim | PBW | JSN |
| 6-6-05 | 5:00 pm | 1,2,3  10:00 pm 2 | MR | JSN |
| 6-7-05 | 6 am | 1,2,3 | utr | JSN |
| 6-7-05 | Noon | 2 | PBW | JSN |
| 6-7-05 | 5:00 pm | 1,2,3   10:00 pm 2 | MR | SSN |
| 6-7-5 | 6 pm | 1, 2, 3 | utr | JSN |
| 6-8-05 | 12:00 | 2 | Dw | JSN |
| 6-8-05 | 5:00 pm | 1,2,3   10:00 pm 2 | MR | JSN |
| 6-9-05 | 6 am | 1, 2, 3 | Ru | JSN |
| 6-9-05 | Noon | 2 | PBW | JSN |
| 6-9-05 | 5:00 pm | 1,2,3  10:00 pm 2 |  | SSN |
| 6-10-05 | 6 am | 1,2,3 | Ru | JSN |
| 6-10-05 | Noon | 2 | PBW | JSN |
| 6-10-5 | 5 pm | 1,2,3   10 pm 2 | utr | JSN |
| 6-11-05 | 6 am | 1,2,3 | Ru | JSN |
| 6-11-05 | Noon | 2 | MR | JSN |
| 6-11-05 | 5 pm | 1 | utr | JSN |

1. Trimetho - 1 tab 2xaday
2. Clindamycin 1 capsule 4xaday
3. Mupirocin cream  incell . apply 2xaday

**INMATE MEDICATION LOG (GENEVA COUNTY JAIL)**     L/S
**INMATE NAME** _Jowell Nunn_     **CELL** _____

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|------------|---------|-------------|
| 6-12-05 | 6 AM | 1 | RO | JSN |
| 6-12-05 | 5 PM | 1 | LTO | JSN |
| 6-13-05 | 6 AM | 1 | RO | JSN |
| 6-13-05 | 5 PM | 1 | MR | JSN |
| 6-14-05 | 6 AM | 1 | | JSN |
| 6-14-05 | 5 PM | 1 | MR | JSN |
| 6-15-05 | 6 AM | 1 | | JSN |
| 6/15/05 | 5 PM | 1 | SND | JSN |
| 6-16-05 | 6 AM | 1 | RO | JSN |
| 6-16-05 | 5 PM | 1 | MR | JSN |
| 6-17-05 | 6 AM | 1 | RO | JSN |
| 6-17-05 | 5 PM | 1 | | JSN |
| 6-18-05 | 6 AM | 1 | RO | JSN |
| 6/18/05 | 5 PM | 1 | PBW | JSN |
| 6-19-05 | 6 AM | 1 | RB | JSN |
| 6-19-05 | 5 PM | 1 | AP | JSN |
| 6-20-05 | 6 AM | 1 | RB | JSN |

1) Trimetho      — 1 tab 2 x day
2) Clindamycin — 1 cap 4 x day — out 6-10-05   (Not Refilled)
3) Diazepam Tabs — (in Cell)

## INMATE MEDICATION LOG (GENEVA COUNTY JAIL) L/S
## INMATE NAME _NUNN JOWEL_    CELL _L/S_

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|------------|---------|-------------|
| 06/20/05 | 5P | 1 | dnjf | JS ✓ |
| 6·21·05 | 5PM | 1 | WR | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1) TRIMETHO – 1 TAB 2X DAY
2) CLIMDANGCIN – I·CAP 4X DAY – OUT 6·1·05
3) MAPEROLAN CREAM (IN CELL)    (NO REFILL)

INMATE MEDICATION LOG (GENEVA COUNTY JAIL)
INMATE NAME   Joe (Nunn          CELL   L/5

DATE    TIME    MEDICATION    OFFICER    INMATE SIGN

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|---|---|---|---|---|
| 9-27-04 | 12:00 | 1, 2, 3 | | |
| 9-27-04 | 5:00 PM | | Unk | JSN |
| 9-27-05 | 6:00 am | 1, 2 | T | |
| 9-27-04 | 5:00 PM | 1, 2 | Unk | JSN |
| 9-29-04 | 6:00 am | 1, 2 | T | |
| 9-39-04 | 5:00 PM | 1, 2 | Unk | |
| 9-30-04 | 6:00 am | 1, 2 | T | |
| 9-30-04 | 5:00 P | 1-2 | JM | ✓ |
| 10-1-04 | 6 AM | 1, 2 | CA | X JSN |
| 10-1-04 | 5:00 PM | 1, 2 | T | |
| 10-2-04 | 6:00 AM | 1, 2, 3 | RW | |
| 10-2-04 | 5:00 | 1, 2, 3 | T | |
| 10-3-04 | 6:00 Am | 1, 2, 3 | | |
| 10-3-04 | 5:00 PM | 1, 2, 3 | T | |
| | | | | |
| | | | | |
| | | | | |

① Sulfameth-1-Tab Twice a Day A/M M/m
② Rifampin 1-Tab. Twice A Day

③ Mupiroc in L.h.n.n Nostrils Twice a Day

|

# INMATE MEDICATION LOG (GENEVA COUNTY JAIL)
INMATE NAME ___Jowell Nunn___    CELL ___L/5___

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|-----------|---------|-------------|
| 8-05-05 | 6:30 am | (3) Isoniazid / Pyridoxine (1) | RL | Jowell Nunn |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

1) Isoniazid — 3-Tabs on Tues & Fridays
2) Pyridoxine HCl — 1-Tab daily

# MEDICATION ADMINISTRATION RECORD

STDT01

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INH 900mg po 2x wkly ON Tues and Fri @ 9mos. | 215 | X | X | X | | X | X | X | | X | X | | X | X | X | | X | X | | X | X | X | | X | X | | X | X | |
| 7-11-05 —— 4-11-06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Vit B6 25mg po 2x wk x 9mos | 215 | X | X | X | | X | X | X | | X | X | | X | X | X | | X | X | | X | X | X | | X | X | | X | X | |
| 7-11-05 —— 4-11-06 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

NURSE'S ORDERS, MEDICATION NOTES, AND INSTRUCTIONS ON REVERSE SIDE

CHARTING FOR  8-1-05    THROUGH  8-31-05

Physician

Alt. Physician                                                                                    204088

Diagnosis

Complete Entries Checked:

Nunn, Jewel

By: M. Jones    Title: Lpn    Date: 7-30

Nunn, Jewel                          204088                          VCF