# EXHIBIT E

STATE OF ALABAMA )

GENEVA COUNTY )

**CERTIFICATION OF RECORDS**

I, Jea Morris, of the office of the Wiregrass Medical Center, do hereby certify that the documents annexed are a true copy from the original records of Jowel S. Nunn, SSN: 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, DOB 01/08/77, which are authorized by law to be and are, in fact, made and maintained in the regular and ordinary course of business and on file at the office of the Wiregrass Medical Center and in its legal custody.

Executed this 1st day of August, 2006.

Jea Morris

Sworn to and subscribed before me this 1st day of August, 2006.

(SEAL)

Faye Owen
Notary Public
My Commission Expires:______________

MY COMMISSION EXPIRES
AUGUST 27, 2008

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JOWEL S. NUNN,

V.

GREG WARD, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:06-CV-452-MEF

TO: Wiregrass Medical Center
1200 W. Maple Ave.
Geneva, AL 36340

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached Exhibit A and Exhibit B

| PLACE | DATE AND TIME |
|---|---|
| *you may mail the documents to the address below by the specified date. | 5:00 p.m. 07/21/06 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Daniel Fordham Attorney For Defendants | 7/7/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Daniel D. Fordham, Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124-0240909 (334) 262-1850

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**EXHIBIT A**

**ANY AND ALL CHARTS AND MEDICAL RECORDS, INCLUDING PRESCRIPTIONS, DOCTORS' NOTES, NURSES' NOTES, OPERATIVE NOTES, DISCHARGE SUMMARIES, CONSULTING PHYSICIANS' CORRESPONDENCE, CONSULTATION REPORTS, OFFICE NOTES OR MEMORANDA, HOSPITAL RECORDS, MEDICAL BILLS, REPORTS TO INSURANCE COMPANIES, X-RAY REPORTS OR OTHER DIAGNOSTIC REPORTS, CORRESPONDENCE TO OR FROM ATTORNEYS OR OTHER PHYSICIANS, OR ANY OTHER WRITTEN MATERIAL CONTAINED IN YOUR FILE OR IN YOUR POSSESSION REGARDING THE CARE AND TREATMENT OF JOWEL S. NUNN, SSN: 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, DOB: 01/08/1977.**

**EXHIBIT B**

**HIPPA PRIVACY RULES' ASSURANCES**

In accordance with the Federal Privacy Rules issued pursuant to the Health Insurance Portability and Accountability Act, ("HIPAA Privacy Rules"), we are providing you with the following satisfactory assurances:

a. We have made a good faith attempt to provide the Patient, via the United States Mail, with a copy of this Civil Subpoena.

b. The Civil Subpoena includes sufficient information about the litigation proceeding in which the medical and/or billing information is requested to permit the Patient to raise an objection.

Accordingly, following service of the Civil Subpoena, you may disclose the requested information in compliance with the HIPAA Privacy Rules.

In the event you cannot locate records concerning the Patient, please provide written notification to the requesting counsel. If you have any questions or concerns, please call the attorney for the Defendants, by contacting Daniel D. Fordham at (334) 262-1850.

WIREGRASS HOSPITAL 1200 W MAPLE AVE GENEVA AL 36340

**EMERGENCY ROOM • OUTPATIENT RECORI**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 350235 | 3 | NUNN JOWEL | 21 | 1/08/1977 | M | SB | 5/29/98 | 11:58 | GMR |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 S BROAD | | SAMSON | AL | 36477 | 334-898-2433 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA | MOTHER | | 334-898-9198 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | ACCIDENT: DATE | PLACE | TIME | EVENT |
|---|---|---|---|---|---|
| | | | | | |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| DISTRICT ATTORNEY | | GENEVA | AL | 36340 | 898-9198 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC # | FAMILY PHYSICIAN |
|---|---|---|---|---|
| 325993 | 5/30/97 | | 422847896 | MILLER J C/MILLER J C |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)
ORDER OF DA/EVIDENCE

| TEMP | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSES'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT:

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE DATE - TIME OF DISC PHYSICIAN'S SIGNATURE

NUNN JOWEL
350235 MILLER J C MD E.R.
DOB-01/08/77 21 MALE
05/29/98

ER/ROOM

P PRIVATE PAY

ADDRESSOGRAPH

WIREGRASS HOSPITAL
GENEVA, AL 36340
ER MEDICAL RECORD

( ) EMERGENT ( ) URGENT ( ) NON-EMERGENT

TRIAGE NOTES: In to have male evidence collection kit.

TIME 1215
TEMP 98.1
PULSE 80
RESP 20

ALLERGIES Fish TET WT B.P. 134-92

PRESENT MEDICATION ~~[illegible]~~ Tylenol PRN LMP SaO2

NURSE SIGNATURE Emily [illegible] RN

PHYSICIAN'S HISTORY AND PHYSICAL: CC

ROS

HPI Poss Rape participant

PMH

PSH

SOCIAL

FAM Hx

ALLERGIES

MEDS

PE/VS

HEENT

CHEST/LUNGS

HEART/CV

ABD//RECTAL

GU/GYN Hair combing, smear, pubic hair

EXT/SKIN [illegible] lab / kit

NEURO

DX Poss Rape involvement

PHYSICIAN'S ORDERS: CBC( ) CHEM (7)(24)

EKG( ) ABG( ) PT/PTT( ) AMYLASE( )

UA(ROUT)/(CATH) CT( )

CXR( ) F&E( ) US( )

CM( ) O2( ) FOLEY( ) IV: OTHER:

MEDICATION INI

DISPOSITION: HOME( ) DR. OFFICE( ) SURGERY( ) EXPIRED( ) ADMIT RM#/ICU AMA/L WBS( ) DATE/TIME 1430 5-29-98

TRANSFER TO C/O DR VIA

CONDITION AT DISCHARGE/TRANSFER: IMPROVED( ) STABLE( ) DETERIORATED( )

INSTRUCTIONS TO PT:

PHYSICIAN'S SIGNATURE: [signature]

FAMILY DR. none

WIREGRASS HOSPITAL

GENEVA, AL 36340

NURSING ASSESSMENT SHEET

NUNN JOWEL E.R.
350235 MILLER J C MD
DOB-01/08/77 21 MALE
05/29/98

Addressograph

DATE: 5-29-98 TIME: 1215

MODE OF ARRIVAL: (X)AMBULATORY ( )WHEEL CHAIR ( )STRETCHER ( )AMBULANCE ( )ARMS ALLERGIES: Fish

ACCOMPANIED BY: ( )SELF ( )FAMILY/FRIENDS (X)POLICE ( )OTHER FAMILY DR.: None

TREATMENT PTA: ( )C COLLAR ( )SPINE BOARD ( )CID

AIRWAY: ( )ORAL ( )ET TUBE O2:____ ( )NC ( )MASK

DRESSING:

IV FLUIDS:

OTHER: None

| TIME & INI | TIME & INI |
|---|---|
| EKG | BREATHING TX |
| MONITOR | NG TUBE |
| O2 | DRESSING |
| ABG | FOLEY |
| X-RAY | OTHER |

DR. CALLED
DR ARRIVED
NOTIFIED: ( )POLICE
( ) OTHER:
WHOM
TIME

RESPIRATORY: (✓)NORMAL ( )SHALLOW ( )DEEP
( )RETRACTIONS ( )LABORED ( )RAPID ( )SLOW

BREATH SOUNDS: (✓)CLEAR ( )RALES ( )WHEEZES

COUGH: ( )NON-PRODUCTIVE ( )PRODUCTIVE

CIRCULATION: SKIN (✓)WARM (✓)DRY ( )COLD
( )DIAPHORETIC ( )HOT ( )CLAMMY

COLOR: ( ✓)NORMAL ( )DUSKY ( )FLUSHED ( )PALE
( )CYANOTIC ( )JAUNDICED

MENTAL STATUS: (✓)ALERT (✓)ORIENTED
( )DISORIENTED RESPONDS TO: (VOICE) (PAIN)
( )LETHARGIC ( )UNRESPONSIVE

PUPILS: (EQUAL)/(UNEQUAL) FIXED:(PINPOINT)/(DILATED)

SIZE: <INSERT SIZE CHART HERE>

VISUAL ACUITY: OD:___/20 OS:___/20

ABDOMEN: BOWEL SOUNDS: (PRESENT) (ABSENT)
( )DISTENDED ( )TENDER ( )RIGID (✓)SOFT

EXTREMETIES: (✓)WNL ( )EDEMA ( )COOL (✓)WARM

ROM: Y / N DEFORMITY: Y / N SENSORY: Y / N

CAPILLARY: <3 sec PULSE:

GU/GYN: ( )DYSURIA ( )FREQUENCY ( )HEMATURIA
( )VAGINAL BLEEDING ( )DISCHARGE: VAG / URETHRA
G___ P___ A___ denies

LACERATION: BLEEDING: Y / N / SIZE: N/A

LOCATION:

EMOTIONAL: AFFECT (WNL) / FLAT (✓)COOPERATIVE

EYE CONTACT: Y / N ( )AGITATED ( )HOSTILE ( )ANXIOUS
( )COMBATIVE

NURSE: Emily [illegible] RN ERS

PATIENT VALUABLES GIVEN TO____ TIME____ ( )HOSP SAFE

| TIME | MEDICATION | ROUTE | SITE | INI | RESPONSE |
|---|---|---|---|---|---|
| | | | | | |

| TIME | TYPE IV | RATE | SIZE | SITE | INI |
|---|---|---|---|---|---|
| | | | | | |

NURSES NOTES: (1230) Evidence collected for sexual assault per protocol. Evidence secured & given to officer Blackman of Samson PD. MMc

| NURSES SIGNATURE: | TITLE | INI |
|---|---|---|
| | | |

**WIREGRASS HOSPITAL**
1200 W. MAPLE AVE.
GENEVA, AL 36340
205-684-3655

# ED-OP HOME INSTRUCTION SHEET

1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO.

VISIT INFORMATION

4. CLASS | 5. DATE E.R. | 6. TIME | 7. SRC | 8. TYPE | 9. SAD

NUNN JOWEL
350235 MILLER J C MD
DOB-01/08/77 21 MALE
09/29/98
ER/ROOM
P PRIVATE PAY

10. PATIENTS LEGAL NAME (L,F,M) | 11. SEX | 12. RACE | 13. BIRTH DATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19.

20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED

OUTPATIENT SURGERY INFORMATION

25. C COMPLAINT 26 | 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES

32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN

## SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
- ☐ If the part swells anyway, or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

## BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA—whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally—if you are tense the problem will only be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

## HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed.

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

Call your family doctor or local hospital immediately if the patient:

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger than the other.
- ☐ Complains of double vision.
- ☐ Shows abnormal behavior such as staggering or walking into things.

## X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days
- ☐ Treatment rendered ________
- ☐ Tetanus Toxiod given ________
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily, 20-40 minutes each time.
- ☐ Continuous warm compresses.

## VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is no vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following clear liquids: Coke, Gingerale, 7-up, weak tea, Gatorade or Jello water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occurred, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

## GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizer.
- ☐ Drink large amounts of liquids.
- ☐ Take ____ aspirin every 4 hours.
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

## FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

## ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Veterinarian for observation.
- ☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** ________

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE

***SCHOOL AND WORK EXCUSE*** *PATIENT NAME* DATE

- ☐ No work for ________ days
- ☐ Light work for ________ days
- ☐ May return to work on ________
- ☐ No school for ________ days
- ☐ No Physical Education for ________ days
- ☐ May return to school on ________

**Wiregrass Hospital** PHYSICIAN'S SIGNATURE

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

**EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 360064 | 3 | NUNN JOWEL | 21 | 1/08/1977 | M | SB | 10/31/98 | 7:51 | LHS |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 S BROAD | | SAMSON | AL | 36477 | 334-898-2433 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA | MOTHER | | 334-898-9198 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | ACCIDENT DATE | PLACE | TIME | EVENT |
|---|---|---|---|---|---|
| | | | | | |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 S BROAD | SAMSON | AL | 36477 | 898-2433 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL. TELEPHONE |
|---|---|---|---|
| BROOKS PEANUT CO | LABORER | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC # | FAMILY PHYSICIAN |
|---|---|---|---|---|
| 350235 | 5/29/98 | | 422847896 | HORNSBY K /SIMMONS J |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)
DISCHARGE FROM PENIS

| TEMP | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSES'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT:

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE DATE - TIME OF DISC PHYSICIAN'S SIGNATURE

**Wiregrass Hospital**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

#360064

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS HOSPITAL to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS HOSPITAL to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware that WIREGRASS HOSPITAL provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS HOSPITAL for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 10-31 19 98 X Joel S. Nunn
Patient

Witness [signature]

Patient's Agent or Representative

Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date Signature Relationship to Patient

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date Signature Relationship to Patient

PRINT DATE: 11/03/98 Wiregrass Hospital PAGE 1
Louis E. Seibert, M. D. 01D0304961
Medical Director CLIA Number
TIME: 13:00 LABORATORY --- CUMULATIVE REPORT H5LACUMV

NAME.: NUNN JOWEL SEX.......: M PHY..: HORNSBY KEVIN
ACCT#: 360064 AGE.......: 21 Y ADMIT: 10/31/98
ROOM.: E.R. - NO PENDING ORDERS DOB.......: 01/08/1977 MR#..: 422847896

**REFERENCE LAB**

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 10/31/98 0838 | 10/31/98 0838 | 10/31/98 0846 | 11/02/98 1459 | 11/02/98 1459 |
| CCH | CCH | FEW | LBT | LBT |

_GC & CHLAMYDIA DNA PROBES_
SPECIMEN: MICRO SPECIMEN
LOC: ER
COLLECTED: 10/31/98 NO TIME
RECEIVED: 10/31/98 3:53PM
LOG #: E461244 REPORTED: 11/02/98 12:23PM CLIENT #: 846

| TEST | RESULTS | H/L | NORMALS |
|---|---|---|---|
| REPORT NOTES: *** NON-FASTING *** | | | |
| DNA PROBE: NG & CHL | | | |
| N. GONORRHEA ANTIGEN | POSITIVE* | | NEGATIVE |
| C TRACHOMATIS ANTIGEN | NEGATIVE | | NEGATIVE |

*** FINAL REPORT ***

Above test performed by Alabama Reference Laboratory; CLIA #: 01D0641677
Chief Medical Director R. B. Adams, M.D.

PRINT: 11/03/98 13:00 NUNN JOWEL LAST
LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E*-Error

Jowel Nunn

NUNN JOWEL E.R.
360064 HORNSBY KEVIN
DOB-01/08/77 21 MALE
10/31/98
ADDRESSOGRAPH

WIREGRASS HOSPITAL
GENEVA, AL 36340
ER MEDICAL RECORD

( ) EMERGENT ( ) URGENT (X) NON-EMERGENT

TRIAGE NOTES: Yellow - Penis discharge onset last night
PRIVATE PAY

TIME 740
TEMP
PULSE 60
RESP 18
B.P. 142/60
SaO2

ALLERGIES [illegible] TET — WT

PRESENT MEDICATION ⊖ LMP

NURSE SIGNATURE [signature]

PHYSICIAN'S HISTORY AND PHYSICAL: CC penile drainage

HPI noticed yellow urethral discharge today
⊖ dysuria

ROS
PMH ⊖
PSH hernia Ⓡ [illegible]
SOCIAL [illegible] peanut mill
FAM Hx
ALLERGIES
MEDS

PE/VS [illegible] : milky/purulent drainage
HEENT
CHEST/LUNGS
HEART/CV
ABD//RECTAL
GU/GYN
EXT/SKIN
NEURO

DX urethritis

PHYSICIAN'S ORDERS: CBC( ) CHEM (7)(24)
EKG( ) ABG( ) PT/PTT( ) AMYLASE( )
UA(ROUT)/(CATH) CT( )
CXR( ) F&E( ) US( )
CM( ) O2( ) FOLEY( ) IV: OTHER:

MEDICATION INI

DISPOSITION: HOME(X) DR. OFFICE( ) SURGERY( ) EXPIRED( ) ADMIT RM#/ICU AMA/L WBS( ) DATE/TIME 840 10-31

TRANSFER TO C/O DR VIA

CONDITION AT DISCHARGE/TRANSFER: IMPROVED( ) STABLE( ) DETERIORATED( )

INSTRUCTIONS TO PT: Doxycycline [illegible] BID 9d

PHYSICIAN'S SIGNATURE: [signature] FAMILY DR. Simmons

NUNN JOWEL E.R.
360064 HORNSBY KEVIN
DOB-01/08/77 21 MALE
10/31/98

ER/ROOM
P PRIVATE PAY

Addressograph

WIREGRASS HOSPITAL

GENEVA, AL 36340

NURSING ASSESSMENT SHEET

DATE: 10-31 TIME: 740

MODE OF ARRIVAL: (✓)AMBULATORY ( )WHEEL CHAIR ( )STRETCHER ( )AMBULANCE ( )ARMS ALLERGIES: NKA

ACCOMPANIED BY: (✓)SELF ( ) FAMILY/FRIENDS ( )POLICE ( )OTHER FAMILY DR.:

TREATMENT PTA: ( )C COLLAR ( )SPINE BOARD ( )CID

AIRWAY: ( )ORAL ( )ET TUBE O2:_____( )NC ( )MASK

DRESSING:

IV FLUIDS:

OTHER:

| | TIME & INI | | TIME & INI | |
|---|---|---|---|---|
| EKG | | BREATHING TX | | DR. CALLED |
| MONITOR | | NG TUBE | | DR ARRIVED |
| O2 | | DRESSING | | NOTIFIED: ( )POLICE ( ) OTHER: |
| ABG | | FOLEY | | WHOM |
| X-RAY | | OTHER | | TIME |

RESPIRATORY: (✓)NORMAL ( )SHALLOW ( )DEEP ( )RETRACTIONS ( )LABORED ( )RAPID ( )SLOW

BREATH SOUNDS: (✓)CLEAR ( )RALES ( )WHEEZES

COUGH: ( )NON-PRODUCTIVE ( )PRODUCTIVE

CIRCULATION: SKIN (✓)WARM (✓)DRY ( )COLD ( )DIAPHORETIC ( )HOT ( )CLAMMY

COLOR: (✓)NORMAL ( )DUSKY ( )FLUSHED ( )PALE ( )CYANOTIC ( )JAUNDICED

MENTAL STATUS: (✓)ALERT (✓)ORIENTED x 3 ( )DISORIENTED RESPONDS TO: (VOICE) (PAIN) ( )LETHARGIC ( )UNRESPONSIVE

PUPILS:(EQUAL)/(UNEQUAL) FIXED:(PINPOINT)/(DILATED)

SIZE: <INSERT SIZE CHART HERE>

VISUAL ACUITY: OD:_____/20 OS:_____/20

ABDOMEN: BOWEL SOUNDS: (PRESENT) (ABSENT) ( )DISTENDED ( )TENDER ( )RIGID ( )SOFT

EXTREMETIES: (✓)WNL ( )EDEMA ( )COOL ( )WARM

ROM: Y / N DEFORMITY: Y / N SENSORY: Y / N

CAPILLARY:_____sec PULSE:

GU/GYN: ( )DYSURIA ( )FREQUENCY ( )HEMATURIA ( )VAGINAL BLEEDING (✓)DISCHARGE: VAG / URETHRA

G_____P_____A_____

LACERATION: BLEEDING: Y / N SIZE:

LOCATION:

EMOTIONAL: AFFECT: (WNL) FLAT ( )COOPERATIVE

EYE CONTACT: Y / N ( )AGITATED ( )HOSTILE ( )ANXIOUS ( )COMBATIVE

NURSE: [signature]

PATIENT VALUABLES GIVEN TO_____TIME_____( )HOSP SAFE

| TIME | MEDICATION | ROUTE | SITE | INI | RESPONSE |
|---|---|---|---|---|---|
| | | | | | |

| TIME | TYPE IV | RATE | SIZE | SITE | INI |
|---|---|---|---|---|---|
| | | | | | |

NURSES NOTES: (0800) To Exam Rm-LH (0820) Dr Salisbury in for exam - GC culture obtained (840) Dr. [illegible] here c̄ instructions verbal understanding Rx for Doxycycline

| NURSES SIGNATURE: [signature] | TITLE [illegible] | INI [illegible] |
|---|---|---|

# WIREGRASS HOSPITAL
1200 W. MAPLE AVE.
GENEVA, AL 36340
205-684-3655

# ED-OP HOME INSTRUCTION SHEET

1. MEDICAL RECORD NO. 2. BILLING NO. 3. A/R NO.

4. CLASS 5. DATE 6. TIME 7. SRC 8. TYPE 9. SAD

10. PATIENTS LEGAL NAME (L,F,MI) E.R. 11. SEX 12. RACE 13 BIRTH DATE 14. AGE 15. HEIGHT 16. WEIGHT 17. SS 18. MS 19.

300064 HORNSBY KEVIN

20. RP 21. NOTIFY IN EMERGENCY 21 MALE 22 HOME TELE 23. WORK TELE 24 HOW PATIENT ARRIVED

10/31/98

25 C COMPLAINT 26 OUTPATIENT SURGERY INFORMATION 27 PROC CD 28. PROCEDURE 29. LOC 30. TIME 31. ANES

ER/ROOM

32 PHYSICIAN CALLED 33 ATTENDING PHYSICIAN 34 FAMILY PHYSICIAN

P PRIVATE PAY

## SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose Remove at bedtime and replace in A.M
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain
- ☐ If the part swells anyway, or gets cold, blue or numb or pain increases markedly, have it checked promptly
- ☐ Use crutches

## BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA—whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally—if you are tense the problem will only be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness
- ☐ Wear special collar when out of bed.

## HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol
- ☐ Restrict excessive work or play.

Call your family doctor or local hospital immediately if the patient:

- ☐ Develops a severe headache
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger than the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

## X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately (Please be certain that the Emergency Dept has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry
- ☐ Elevate the wound to help relieve soreness and help speed wound healing
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away
- ☐ Dressing should be changed in ______ days
- ☐ Treatment rendered ______
- ☐ Tetanus Toxiod given ______ 250 units of tetanus immune globulin was given To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily, 20-40 minutes each time
- ☐ Continuous warm compresses.

## VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours
- ☐ After 4 hours, if there is no vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following clear liquids Coke, Gingerale, 7-up, weak tea, Gatorade or Jello water If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour If after 4 hours no vomiting has occurred, the amount may be slowly increased
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time, continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours

## GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom
- ☐ Use vaporizer
- ☐ Drink large amounts of liquids
- ☐ Take ____ aspirin every 4 hours.
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☒ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

## FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY

- ☐ Any eye injury is potentially hazardous
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

## ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Veterinarian for observation.
- ☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** Call back in 2 days for your culture reports - avoid

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT'S SIGNATURE [signature] NURSE'S SIGNATURE [signature] PHYSICIAN'S SIGNATURE [signature]

***SCHOOL AND WORK EXCUSE*** *PATIENT NAME* DATE

- ☐ No work for ______ days
- ☐ Light work for ______ days
- ☐ May return to work on ______
- ☐ No school for ______ days
- ☐ No Physical Education for ______ days
- ☐ May return to school on ______

**Wiregrass Hospital** PHYSICIAN'S SIGNATURE [signature]

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 488763 | 3 | NUNN JOWEL | 27 | 1/08/1977 | M | SB | 5/22/04 | 11:46 | MAM |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 SOUTH BROAD ST | | SAMSON | AL | 36477 | 334-898-9907 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA FAYE | MOTHER | SAME SAMSON AL | 334-898-9907 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | ACCIDENT DATE | PLACE | TIME | EVENT |
|---|---|---|---|---|---|
| | | 5/21/04 | HOME | | FELL/INJ TO LEG |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 SOUTH BROAD ST | SAMSON | AL | 36477 | 898-9907 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| SELF | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 360064 | 10/31/98 | | 422847896 | MITCHUM O / |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)
FELL/INJ TO SHOULDER/ARM/LEG

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE — DATE - TIME OF DISC. — PHYSICIAN'S SIGNATURE

BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

# CONDITIONS FOR TREATMENT

#4887635 Munn Jewel

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 5-22- 20 04     x Jewel S. Munn
Patient

Witness Mary Milton

Patient's Agent or Representative

Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date     Signature     Relationship to Patient

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date     Signature     Relationship to Patient

Rev. 9/00

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

Patient Name.................................... NUNN, JOWEL

Admission Date................................. 05/22/2004

Medical Record Number..................... 422847896

Age........................................................ 27

Account Number................................ 488763

Discharge Date....................... 05/22/2004

Date of Birth........................... 01/08/1977

Sex......................................... Male

| DX | Code | DX Description |
|---|---|---|
| 1 | 923.8 | Contusion of Multiple Sites of Upper Limb |
| 2 | E819.2 | MV Traffic Accident NOS Injuring Motorcyclist |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| | | APC | PSI / Payment Rate | ASC Group | ASC Fee |

Attending Physician.......................... 000700

Consulting Physician........................

Discharge Disposition......................... 01 - Home

DRG =

Status................................................

Memo

DRG

MDC Weight AMLOS GMLOS LOS

*Coder: TRACEYM*

*05/25/2004*

PRINT DATE: 05/23/04 902 Wiregrass Medical Center PAGE 1
Ed Benak M.D. 01D0304961
Medical Director CLIA Number
TIME: 13:00 LABORATORY --- CUMULATIVE REPORT H5LACUMV

NAME.: NUNN JOWEL SEX.......: M PHY..: MITCHUM O D MD
ACCT#: 488763 AGE.......: 27 Y ADMIT: 05/22/04
ROOM.: E.R. - NO PENDING ORDERS DOB.......: 01/08/1977 MR#..: 422847896
PAT. PHONE: 3348989907

**HEMATOLOGY**

| | 05/22/04 1235 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| WBC | 9.8 | 4.3 - 11.0 | K/uL |
| RBC | 4.71 | 4.60 - 6.20 | M/uL |
| HEMOGLOBIN | 14.5 | 14.0 - 18.0 | gm/dL |
| HEMATOCRIT | 42.8 | 38.0 - 56.0 | % |
| MCV | 90.9 | 80.0 - 94.0 | fL |
| MCH | 30.7 | 26.0 - 33.0 | pg |
| MCHC | 33.8 | 31.0 - 36.0 | gm/dL |
| PLATELETS | 223 | 150 - 375 | k/uL |
| RDW | 12.1 | 10.2 - 15.5 | % |
| MPV | 9 | 7 - 10 | fl |
| NEUTROPHILS% | 67 | 50 - 87 | % |
| LYMPHOCYTES% | 22 | 16 - 46 | % |
| MONO% | 7.0 | 5.5 - 11.7 | % |
| EO% | 1 | 0 - 2 | % |
| BA% | **3 H** | 0 - 1 | % |
| NEUTROPHILS# | 6.5 | 1.5 - 7.1 | K/uL |
| LYMPHS# | 2.2 | .8 - 2.8 | K/uL |
| MONO# | 0.7 | .3 - .8 | K/uL |
| EO# | 0.1 | .0 - .2 | K/uL |
| BA# | **0.3 H** | .0 - .1 | K/uL |
| DIFF | NOT INDICATED | | |

**URINALYSIS**

| | 05/22/04 1211 | REFERENCE RANGE | UNITS |
|---|---|---|---|
| Clarity | Clear | Clear | |
| Color | Yellow | Yellow | |
| Glucose | Negative | Negative | |
| Bilirubin | Negative | Negative | |
| Ketones | Trace | Negative | |
| Sp Gravity | >=1.030 | 1.003 - 1.030 | |
| Blood | Small | Negative | |
| ph | 6.0 | | |
| Protein | 30 | Negative | |
| Urobilinogen | 1.0 | | |
| Nitrite | Negative | Negative | |
| Leuk Esterase | Negative | Negative | |
| MICROSCOPIC | SEE BELOW | | |
| Wbc | RARE | None Seen | |
| Rbc | 4-6 | None Seen | |

LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E*-Error

# WIREGRASS MEDICAL CENTER

**1200 WEST MAPLE AVENUE**
**GENEVA, ALABAMA**

**RADIOLOGY REPORT**

**NAME:** NUNN JOWEL
**AGE:** 27 **SEX:** M
**DOB:** 01/08/1977
**STAY TYPE:** E.R. ROOM:
**ADMIT DATE:** 05/22/04
**ACCT NUMBER:** 488763
**LOCATION:**
**TRANS DATE:** 5/24/04

**PATIENT PHONE:** 334/898/9907
**ORDERING PHY:** MITCHUM O
**ADMITTING PHY:** MITCHUM O
**REFERRING PHY:**
**FAMILY PHY:**
**XRAY NUMBER:** 2604
**MR NUMBER:** 422847896
**TRANS INITIALS:** SR

<=X-RAY ORDER=> COMPLETE:05/22/04 12:27 SAD 76956
Reason for Procedure: INJURY
SHOULDER MIN 2V 73030 COMPLETE:05/22/04 12:27 SAD 76957

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ****** NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

LEFT SHOULDER AND SCAPULA 2 VIEWS: THE AC JOINT IS INTACT. THERE IS NO DEFINITE FRACTURE OR DISLOCATION IDENTIFIED.

OPINION: UNREMARKABLE EXAM.

JOHN C. TOMBERLIN, M.D.

Jowel Nunn
1/8/77

NUNN JOWEL
488763 MITCHUM O D MD
DOB-01/08/77 27 MALE
Addressograph

E.R.

**Wiregrass Medical Center**
**ER Medical Record**

( ) Emergent (X) Urgent ( ) Non-Emergent

Triage/Notes: was involved in motorcycle accident yesterday. large abrasions left upper arm and left shoulder. hematoma left side of head C/O pain

Time: 1140
Temp: 98.8
Pulse: 100
Tet:
Wt:
Allergies: NKA
LMP:
SpO2: 98%
Resp: 20
Meds: None
BP: 143/101
Nurse Signature: Debra [illegible] RN

H&P and CC:
PMH:
HPI: [illegible]
Surg:
Social/Habits:
General: large abrasions, [illegible] shoulder [illegible]
Family Hx:
HEENT: [illegible] bump. Tender.
Neuro:

| ROS | Neg | Document if positive |
|---|---|---|
| Neuro/Psych: | ☐ | |
| Cardio/Resp: | ☐ | |
| GU: | ☐ | |
| Other: | ☐ | |

Heart:
Lungs:
Musculoskeletal:
Abd/Rectal:
GU/Gyn:
Ext/Skin:
Dx: [illegible] contusions. Rx: [illegible]

**Physician's Orders:** CBC( ) BMP/CMP
EKG( ) ABG( ) PT/PTT( )
UA(Rout)(Cath) CT( ) Amylase( )
CXR(X) Lt shoulder scapula Other Studies US( )
CM( ) O2( ) Foley( ) IV:

| Medication | Ini |
|---|---|
| | |
| | |
| | |
| | |

**Disposition:** Home(X) Dr. Office( ) Surgery( ) Expired( ) Adm Rm# AMA/LWBS( ) Date/Time: 5/22/04 1315

Transfer to C/O Dr. Via

**Condition at Discharge/Transfer:** Improved( ) Stable(X) Deteriorated( ) Unchanged( )

**Instructions to Pt:** (1) Rx:

(2) Instructions:

(3) Follow up:

Signing this form denotes that I have reviewed all information on this document and I agree:

**Physician's Signature:** **Family Dr.** None

NUNN JOWEL
488763 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/22/04
E.R.
ER/ROOM

Addressograph

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms ☐ Other: ______

Accompanied By: ☐ Self ☑ Family/Friend ☐ Police ☐ Other
Immunizations up to date? ☑ Y ☐ N

Developmental Age Same as Stated Age ☑ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: 1140 Allergies: NKA
Date: 5/22/04

### Treatment PTA
None ☐ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☑ [handwritten signature]
IV Fluids: ______ Rate: ______ Site: ______
Airway: None ☑ Oral ☐ ET Tube ☐ ☐ Oxygen ______ via ☐ NC ☐ Mask

### Nutritional Assessment
Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments: ______

### Respiratory
Respirations: ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep
Breath Sounds: ☐ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: ☐ Productive ☐ Nonproductive
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: ______

### Circulation
Skin: ☑ Warm ☑ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: ______

### Glasgow Coma Scale
**Eyes Open:** Spontaneously (4) (circled); To Verbal Command 3; To Pain 2; No Response 1

**Best Motor Response:** Obeys (6) (circled); Localizes Pain 5; Flexion-Withdrawal 4; Flexion/Abnormal (Decorticate Rigidity) 3; Extension (Decerebrate Rigidity) 2; No Response 1

**Best Verbal Response:** Oriented/Converses (5) (circled); Disoriented/Converses 4; Inappropriate Words 3; Incomprehensible Sounds 2; No Response 1

**GCS Total (3-15):** 15

### Neurological
Level of Consciousness: ☑ Alert ☐ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Lethargic
Orientation: ☑ Appropriate Response ☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R; Sluggish ☐ L ☐ R; Nonreactive ☐ L ☐ R
Size: L: ______ R: ______
Visual Acuity: ☐ N/A OD: ______ OS: ______
Movement: ☐ Voluntary ☐ Involuntary
Hand Grasp: L R — Strong ☑ ☑; Weak ☐ ☐; Absent ☐ ☐
Slurred Speech? ☐ Yes ☑ No

### Abdominal
☐ Distended ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ LBM: ______
Bowel Sounds: ☑ Present ☐ Absent
Comments: ______

### Pain/Injury Location
Location (circled above)
Radiation (arrow above)

### Laceration(s)
Location(s): ______
Size(s): ______
Bleeding Controlled: ☐ Yes ☐ No
Comments: ______

### Emotional Assessment
Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat ☑ Cooperative ☐ Disoriented ☐ Combative ☐ Anxious

Do you feel safe in your present living environment? ☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: ______

### GU-GYN
Pain in Voiding: ☐ Yes ☐ No
Frequency ☑ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav ____ Para ____ Ab ____
Comments: ______

### Orthopedic
Full Range of Motion ☐ Y ☐ N
Pulse: ______ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse: ______
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

### Pain/Comfort
Severity: ______
0 1 2 3 4 (5) 6 7 8 9 10
Exacerbated By: ______
Relieved By: nothing ☐ Pt unable to rate

### Nurse's Signature
[signature] RN

401A

**Medications**

| Time | Medication | Rte | Site | Init | Response |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**IV Fluids**

| Time | Type of Fluid | Cath Size | Rate | Site | Initial |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Pain Assessment/Reassessment**

Pain Intensity: 0 1 2 3 4 (5) 6 7 8 9 10
☐Pt unable to rate
Time: 1315 Location:
Intervention: Rx given
Initials: DA

Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10
☐Pt unable to rate
Time: Location:
Intervention:
Initials:

Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10
☐Pt unable to rate
Time:
Location:
Intervention:
Initials:

**Vital Signs**

| Time | Temp | Pulse | RR | B/P | SaO2 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Procedure/Treatment | Time | Ini |
|---|---|---|
| Cardiac Monitor | | |
| O2 Type ____ Rate: ____ | | |
| EKG | | |
| Xray Type [illegible] Scapula CXR | | |
| Location: in dept | 1220 | DA |
| Dressing Type: | | |
| Location: | | |
| Splint Type: | | |
| Location: | | |
| Foley: | | |
| N/G Tube: | | |
| Other: | | |

**Nurses Notes**

1150 - to treatment room - DA 1215 - Dr. Mitchum in to evaluate - orders received - DA 1230 - returned from X-ray via W/C DA - 1235 blood drawn for lab - Urine specimen obtained DA 1300 Dr. Mitchum in - reviewed labwork and X-ray DA 1310 - abrasion cleaned c̄ betadine and saline triple antibiotic ointment applied - tolerated well DA 1315 - discharge instructions written and verbal given to pt - verbalized understanding. discharged ambulatory in stable condition DA

Notified: Time:
☐Police ☐Med. Examiner
☐Family/Friend ☐Health Dept.
☐Other (Whom: )
☐Valuables given to:
☐Sent Home

| Intake: IV | | Output: NG | |
|---|---|---|---|
| PO | | Urine | |
| Other | | Other | |
| Total | | Total | |

| Nurse's Signature/Title | Init |
|---|---|
| Debra [illegible] RN | DA |

ER/ROOM
05/22/04
DOB-01/08/77 27 MALE
488763 MITCHUM O D MD
NUNN JOWEL
E.R.

# WIREGRASS MEDICAL CENTER

1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

## ED-OP HOME INSTRUCTION SHEET

1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO.

INFORMATION

4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD

10. PATIENTS LEGAL NAME (L,F,MI): NUNN JOWEL | 11. SEX | 12. RACE: E . R . | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19.

120263 KITCHUN O D MD

20. RP | 21. NOTIFY IN EMERGENCY: DOB-01/08/77 27 MALE | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED

05/22/04

25. C COMPLAINT | 26.

OUTPATIENT SURGERY INFORMATION

27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES

ER/ROOM

32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days.
- ☐ Treatment rendered ________________________.
- ☐ Tetanus Toxiod given ________________________
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take ________ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☒ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☒ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** wash abrasions with no-tear baby shampoo daily - apply antibiotic ointment 2-3 times/day

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE: [signature] | NURSE'S SIGNATURE: Debra [illegible] RN | PHYSICIAN'S SIGNATURE

### SCHOOL AND WORK EXCUSE

PATIENT NAME | DATE

- ☐ No work for ______ days
- ☐ Light work for ______ days
- ☐ May return to work on ____________________
- ☐ No school for ______ days
- ☐ No Physical Education for ______ days
- ☐ May return to school on ____________________

**WIREGRASS MEDICAL CENTER** PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE

## ACKNOWLEDGEMENT

NAME: Nunn, Jawel SOC. SEC. NO: 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
IDENTIFICATION NO: 488763 DATE OF BIRTH: 1-8-1977

**PLEASE READ THE FOLLOWING FOUR STATEMENTS.**

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

**PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:**

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed [signature] Date: 5-22-04

Witness: ____________________ Date: ____________

Witness: [signature] Date: 5-22-04

**Form # 390 Advance Directive Acknowledgement**

Wiregrass Medical Center
ER Level of Service Charge Sheet

NUNN JOWEL E.R.
488763 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/22/04

ER/ROOM

| Circulatory | | |
|---|---|---|
| Jugular,Cutdown, Central Line | | |
| Blood Administration | 19636430 | |
| Cardioversion, Mechanical | 19692960 | |
| Code Blue | 19692950 | |
| External Pacemaking | 19692953 | |
| Intubation | 19631500 | |
| Immunization (Td, Hepatitis B) | | |
| Immunization (Rabies) | 19690675 | |
| Medication Administration IV | 19690784 | |
| Medication Administration IM or SQ | 19690782 | |
| Paracentesis | 19649080 | |
| Peritoneal Lavage/Tap | | |
| Thoracentesis | 19632000 | |
| Pericardiocentesis | 19633010 | |
| Chest Tube Insertion | 19632002 | |
| IV Hydration | | |
| CPR | | |
| **ENT** | | |
| Eye Irrigation | | |
| Eye Exam/Corneal Abrasion | | |
| Foreign Body Removal Ear | | |
| Foreign Body Removal Nose | | |
| Irrigation Ear | | |
| Nose Bleed/Nasal Packing | | |
| Rust Ring (Foreign Body Removal) | | |
| **Respiratory** | | |
| Tracheotomy | 19631603 | |
| Cricothyrotomy | 19631605 | |
| Trach Change | 19631603 | |
| **Gastrointestinal** | | |
| Gastric Lavage or NGT insertion | 19691105 | |
| Gastrostomy Tube Placement | 19643760 | |
| **Genitourinary** | | |
| Delivery/Birth | 19659409 | |
| Supra Pubic Cath, or Turkey Tray | | |
| Irrigation of Catheter | 19651700 | |
| Pelvic Exam | | |
| | | |
| | | |
| | | |
| | | |

| Integumentary | | |
|---|---|---|
| Repair of Nail Bed | 19611760 | |
| Subungal Hematoma | 19611740 | |
| Dressing Application | | |
| FB removal | 19610120 | |
| I&D Abcess | 19620000 | |
| Laceration Repair (simple,intermed) | 19600000 | |
| Laceration Complex | 19610000 | |
| Debridement | 19611040 | |
| Treatment of Burns | 19616020 | |
| **Orthopedics** | | |
| Behr Block/Regional Block | | |
| Casting/Splinting | 19629500 | |
| Removal or Revision of Cast | 19629705 | |
| Tx of fx/dislocation with manipulation | | |
| Compartmental Syndrome | 19620950 | |
| **Neurological** | | |
| Lumbar Puncture | 19662290 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Treatment Level** | | |
| Emergency WD | 19699281 | |
| Emergency I | 19699282 | |
| Emergency I with procedure | | |
| Emergency II | 19699283 | ✓ |
| Emergency II with procedure | | |
| Emergency III | 19699284 | |
| Emergency III with procedure | | |
| Emergency IV | 19699285 | |
| Emergency IV with procedure | | |
| Critical Care | 19699291 | |
| Critical Care with procedure | | |
| Observation I | | |
| Observation II | | |
| Observation III | | |
| | | |
| | | |

Wiregrass Medical Center

Emergency Physician's Charge Sheet Date:______

NUNN JOWEL E.R.
488763 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/22/04

ER/ROOM

| Level of Service | |
|---|---|
| 19599281 | Level I |
| 19599282 | Level II |
| 19599283 | Level III |
| 19599284 | Level IV |
| 19599285 | Level V |
| 19599288 | Direct Life Support In Transit |
| 19599025 | Visit with Surgery |
| 19599291 | Critical Care per Hour |
| 19599292 | Critical Care per 1/2 hour |
| 19591105 | NG Lavage/Aspiration |
| 19599175 | Ipecac Admin/Observe Gastric emptying |
| **Airway/Pulmonary** | |
| 19531500 | Endotracheal Intubation |
| 19531511 | FB Removal |
| 19532020 | Tube Thoracostomy |
| **Vascular Procedures** | |
| 19536410 | Non-Routine Venipuncture |
| 19590780 | IV Therapy Requiring MD per hour |
| 19592977 | Thrombolysis IV infusion |
| **Cardiac Procedures** | |
| 19592950 | CPR |
| 19592953 | Transcutaneous Pacing |
| 19592960 | Cardioversion, Elective |
| **Opthamology** | |
| 19565205 | FB |
| 19565210 | FB Conjunctival/Embedded |
| 19567938 | FB, Eyelid |
| **Ear, Nose, and Throat** | |
| 19542809 | FB Pharynx |
| 19569200 | FB External Ear Canal |
| 19569210 | Impacted Cerumen |
| 19530300 | FB Intranasal |
| 19530901 | Anterior Epitaxis, Simple |
| 19530903 | Anterior Epitaxis, Complex |
| 19530905 | Posterior Epitaxis, Initial |
| **Soft Tissue/Foreign Body Removal** | |
| 19510120 | Sub Q, Simple |
| 19510121 | Sub Q, Complicated |
| 19520520 | Muscle, Simple |
| 19520525 | Muscle, Complex |
| **Nails** | |
| 19511730 | Avulsion/Nail, Simple |
| 19512740 | Subungal Hematoma |

| Debridement | |
|---|---|
| 19511000 | Infected Skin |
| 19511040 | Partial Skin Thickness |
| 19511041 | Skin, Full Thickness |
| 19511042 | Skin and Sub Q Tissue |
| 19511043 | Skin, Sub Q, Muscle |
| 19511044 | Skin, Sub Q, Muscle, Bone |
| **Hematoma and Abcess** | |
| 19510060 | I&D Simple Abcess, Furuncle |
| 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| 19510140 | I&D Hematoma Simple |
| 19510160 | I&D Puncture Aspiration, Abcess |
| 19546320 | Hemorrhoid, Thrombosed |
| **Burns** | |
| 19516000 | First Degree Burn, Initial |
| 19516020 | Small Burn, Debride,Dress |
| 19516025 | Medium Burn, Debride/Dress |
| 19516030 | Large Burn, Debride/Dress |
| **OB/GYN Procedures** | |
| 19556405 | I&D, Abcess, Vulva |
| 19556420 | I&D, Bartholin Abcess |
| 19559410 | Emergency Vaginal Delivery |
| **Arthrocentesis** | |
| 19520600 | Arthrocentesis, Small Joint |
| 19520605 | Arthrocentesis, Intermediate Joint |
| 19520610 | Arthrocentesis, Major Joint |
| **Miscellaneous Fractures** | |
| 19521800 | Closed Rib Fracture |
| 19523500 | Clavicle |
| | |
| 19526750 | Closed Distal Phalangeal |
| 19528490 | Closed Fracture, Great Toe |
| 19528510 | Closed Phalanx other than Gr. Toe |
| **Miscellaneous Closed Dislocations** | |
| 19521480 | TMJ Uncomplicated |
| 19523650 | Shoulder w/ Manipulation |
| 19524640 | Nursemaid's Elbow |
| 19526700 | Finger, MP Joint |
| 19526770 | Finger, IP Joint |
| 19528660 | Toe IP Joint |
| **Miscellaneous Procedures** | |
| 19553670 | Urine Catheterization, Simple |
| 19553675 | Urine Catheterization, Complex |
| 19562270 | Spinal Puncture |
| 19564450 | Digital Block |
| 19582270 | Stool for Occult Blood |
| 19593042 | Rhythm Strip Interpretation |
| **Repair/Simple- Single Layer** | |
| Scalp, Neck, Axillate, External Genitalia, Trunk, and/or extremities | |
| 19512001 | 2.5 cm or less |
| 19512002 | 2.6 - 7.5 cm |
| 19512004 | 7.6 - 12.5 cm |
| 19512005 | 12.6 - 20.0 cm |
| 19512006 | 20.1 - 30.0 cm |
| 19512007 | Over 30.0 cm |

| Repair/Simple- Single Layer Cont'd | |
|---|---|
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| 19512011 | 2.5 cm or less |
| 19512013 | 2.6 - 5.0 cm |
| 19512014 | 5.1-7.5 cm |
| 19512015 | 7.6 - 12.5 cm |
| 19512016 | 12.6 - 20.0 cm |
| 19512017 | 20.1 - 30.0 cm |
| 19512018 | Over 30.0 cm |
| 19512020 | Superficial WD Dehis |
| 19512021 | Superficial WD Dehis-Pack |
| **Repair/Intermediate-Layered** | |
| Scalp, Axillae, Trunk, and/or Extremities | |
| 19512031 | 2.5 cm or less |
| 19512032 | 2.6 - 7.5 cm |
| 19512034 | 7.6 - 12.5 cm |
| 19512035 | 12.6 - 20.0 cm |
| 19512036 | 20.1 - 30.0 cm |
| 19512037 | Over 30.0 cm |
| Neck, Hand, Feet, and/or External Genitalia | |
| 19512041 | 2.5 cm or less |
| 19512042 | 2.6 - 7.5 cm |
| 19512044 | 7.6- 12.5 cm |
| 19512045 | 12.6 - 20.0 cm |
| 19512046 | 20.0 - 30.0 cm |
| 19512047 | Over 30.0 cm |
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| 19512051 | 2.5 cm or less |
| 19512052 | 2.6 - 5.0 cm |
| 19512053 | 5.1 - 7.5 cm |
| 19512054 | 7.6 - 12.5 cm |
| 19512055 | 12.6 - 20.0 cm |
| 19512056 | 20.1 - 30.0 cm |
| 19512057 | Over 30.0 cm |
| **Repair/Complex-Reconstructive or Complicated Wound Closure** | |
| Trunk | |
| 19513100 | 1.1 - 2.5 cm |
| 19513101 | 2.6 - 7.5 cm |
| Scalp, Arms, and/or Legs | |
| 19513120 | 1.1 - 2.5 cm |
| 19513121 | 2.6 - 7.5 cm |
| Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet | |
| 19513132 | 1.1 - 7.5 cm |
| Eyelids, Nose, Ears, and/or Lips | |
| 19513151 | 1.1 - 2.5 cm |
| 19513152 | 2.6 - 7.5 cm |

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

## EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 488813 | 3 | NUNN JOWEL | 27 | 1/08/1977 | M | SB | 5/23/04 | 21:45 | DWP |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 SOUTH BROAD ST | | SAMSON | AL | 36477 | 334-898-9907 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA FAYE | MOTHER | SAME SAMSON AL | 334-898-9907 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE | TIME | EVENT |
|---|---|---|---|---|---|
| | | | | | |

ACCIDENT

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 SOUTH BROAD ST | SAMSON | AL | 36477 | 898-9907 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| SELF | | | |

GUARANTOR

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 488763 | 5/22/04 | | 422847896 | MITCHUM O / |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE

E.R.

HUNN JOWEL
488813 MITCHUM O D MD
OP-01/08/77 27 MALE
05/23/04

ER/ROOM

**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 5-23- 20 04 — Jowel S[illegible] Patient

Witness [signature]

Patient's Agent or Representative

Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date Signature Relationship to Patient

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date Signature Relationship to Patient

Rev. 9/00

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

Patient Name.................................... NUNN, JOWEL

Admission Date................................ 05/23/2004

Medical Record Number..................... 422847896

Age.................................................... 27

Account Number................................ 488813

Discharge Date....................... 05/23/2004

Date of Birth........................... 01/08/1977

Sex........................................ Male

| DX | Code | DX Description |
|---|---|---|
| 1 | 922.1 | Contusion of Chest Wall |
| 2 | E819.2 | MV Traffic Accident NOS Injuring Motorcyclist |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|

| APC | PSI | Payment Rate | ASC Group | ASC Fee |
|---|---|---|---|---|

Attending Physician.......................... 000700

Consulting Physician........................

Discharge Disposition......................... 01 - Home

DRG =

Status...............................................

Memo
DRG

MDC Weight AMLOS GMLOS LOS

# WIREGRASS MEDICAL CENTER

**1200 WEST MAPLE AVENUE**
**GENEVA, ALABAMA**

## RADIOLOGY REPORT

**NAME:** NUNN JOWEL
**AGE:** 27 **SEX:** M
**DOB:** 01/08/1977
**STAY TYPE:** E.R. ROOM:
**ADMIT DATE:** 05/23/04
**ACCT NUMBER:** 488813
**LOCATION:**
**TRANS DATE:** 5/24/04

**PATIENT PHONE:** 334/898/9907
**ORDERING PHY:** MITCHUM O
**ADMITTING PHY:** MITCHUM O
**REFERRING PHY:**
**FAMILY PHY:**
**XRAY NUMBER:** 2604
**MR NUMBER:** 422847896
**TRANS INITIALS:** SER

<=X-RAY ORDER=> COMPLETE:05/23/04 21:52 SAD 77007
Reason for Procedure: MVA
RIBS UNILATERAL 2V 71100 COMPLETE:05/23/04 21:52 SAD 77008

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ****** NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

LEFT RIB DETAIL: THE RIBS ARE INTACT. THERE IS NO DEFINITE FRACTURE OR OTHER ABNORMALITY NOTED.

OPINION: UNREMARKABLE EXAM.

JOHN C. TOMBERLIN, M.D.

Joel Nunn

NUNN JOWEL E.R.
38813 MITCHUM O D MD
01/08/77 27 MALE
05/23/04
Addressograph

**Wiregrass Medical Center**

**ER Medical Record** ( ) Emergent ( ) Urgent (✓) Non-Emergent

Triage Notes: ER/ROOM BM c/o pain in (L) ribs when breathing started today. Motorcycle accident 2 days ago.

Time: 2150
Temp: 96.9
Tet:
Wt:
Pulse: 76
Allergies: NKDA
LMP:
SpO2: 98%
Resp: 24
Meds: antibiotics, pain pills?
BP: 161/94
Nurse Signature: [signature] RN

H&P and CC:
PMH:
HPI: Hx above
Surg:
Social/Habits:
General: Tender (L) rib cage
Family Hx:
HEENT
Neuro: Abrasions healing
Heart:
Lungs: Xray - see no fx
Musculoskeletal:
Abd/Rectal: Dx: Contusion chest
GU/Gyn:
Ext/Skin: Rx: Rib belt
Dx:

| ROS | Neg | Document if positive |
|---|---|---|
| Neuro/Psych: | ☐ | |
| Cardio/Resp: | ☐ | |
| GU: | ☐ | |
| Other: | ☐ | |

| **Physician's Orders:** | CBC( ) | BMP/CMP | | Medication | Ini |
|---|---|---|---|---|---|
| EKG( ) | ABG( ) | PT/PTT( ) | | | |
| UA(Rout)(Cath) | CT( ) | Amylase( ) | | | |
| CXR( ) | Other Studies (L) ribs | US( ) | | | |
| CM( ) | O2( ) | Foley( ) | IV: | | |

**Disposition:** Home(✓) Dr. Office( ) Surgery( ) Expired( ) Adm Rm# AMA/LWBS( ) Date/Time: 5/23/04 2220

Transfer to C/O Dr. Via

**Condition at Discharge/Transfer:** Improved( ) Stable(✓) Deteriorated( ) Unchanged( )

**Instructions to Pt:** (1) Rx:

(2) Instructions:

(3) Follow up:

Signing this form denotes that I have reviewed all information on this document and I agree:

**Physician's Signature:** Family Dr. none

NUNN JOWEL E.R.
488813 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/23/04

ER/ROOM

Addressograph

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms
☐ Other: ____________

Accompanied By: ☐ Self ☑ Family/Friend ☐ Police ☐ Other
Immunizations up to date? ☐ Y ☐ N

Developmental Age Same as Stated Age ☐ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☐

Initial Contact Time: 2150 Allergies: NKDA
Date: 5/23/04

### Treatment PTA

None ☑ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☐ ________
IV Fluids: ________ Rate: ________ Site: ________
Airway: None ☐ Oral ☐ ET Tube ☐ ☐ Oxygen ______ via ☐ NC ☐ Mask

### Nutritional Assessment

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments: ________

### Respiratory

Respirations: ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep
Breath Sounds: ☑ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: ☐ Productive ☐ Nonproductive
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: ________

### Circulation

Skin: ☑ Warm ☑ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: ________

### Glasgow Coma Scale

| | | |
|---|---|---|
| **Eyes Open:** | Spontaneously | 4 (circled) |
| | To Verbal Command | 3 |
| | To Pain | 2 |
| | No Response | 1 |
| **Best Motor Response** | Obeys | 6 (circled) |
| | Localizes Pain | 5 |
| | Flexion-Withdrawal | 4 |
| | Flexion/Abnormal (Decorticate Rigidity) | 3 |
| | Extension (Decerebrate Rigidity) | 2 |
| | No Response | 1 |
| **Best Verbal Response** | Oriented/Converses | 5 (circled) |
| | Disoriented/Converses | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensible Sounds | 2 |
| | No Response | 1 |

**GCS Total (3-15):**

### Neurological

Level of Consciousness: ☑ Alert ☑ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Lethargic
Orientation: ☑ Appropriate Response ☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R; Sluggish ☐ L ☐ R; Nonreactive ☐ L ☐ R
Size: L:____ R:____
Visual Acuity: ☐ N/A OD:____ OS:____
Movement: ☐ Voluntary ☐ Involuntary
Hand Grasp: L R — Strong ☐ ☐; Weak ☐ ☐; Absent ☐ ☐
Slurred Speech? ☐ Yes ☑ No

### Abdominal

☐ Distended ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ LBM: ____
Bowel Sounds: ☑ Present ☐ Absent
Comments: ________

**Pain/Injury Location**

Location (circled above)

Radiation (arrow above)

### Laceration(s)

Location(s): old
Size(s): abrasion
Bleeding Controlled: ☐ Yes ☐ No
Comments: (L) Shoulder

Full Range of Motion ☐ Y ☐ N
Pulse: ________ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### GU-GYN

Pain in Voiding: ☐ Yes ☑ No
Frequency ☐ Yes ☑ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav____ Para____ Ab____
Comments: ________

### Emotional Assessment

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment? ☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: ________

### Pain/Comfort

Severity: 0 1 2 3 4 5 6 7 8 9 10 (0 circled)
Exacerbated By: ________
Relieved By: ________ ☐ Pt unable to rate

### Orthopedic

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse: ____ NA
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

### Nurses Signature

Pettis RN

401A

## Medications

| Time | Medication | Rte | Site | Init | Response |
|---|---|---|---|---|---|
| | | | | | |

## IV Fluids

| Time | Type of Fluid | Cath Size | Rate | Site | Initial |
|---|---|---|---|---|---|
| | | | | | |

## Pain Assessment/Reassessment

Pain Intensity: 0 1 2 3 4 5 6 7 8 9 (10)
☐Pt unable to rate
Time: 2220 Location: (L) ribs
Intervention: discharged
Initials: JP

Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10
☐Pt unable to rate
Time: Location:
Intervention:
Initials:

Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10
☐Pt unable to rate
Time:
Location:
Intervention:
Initials:

## Vital Signs

| Time | Temp | Pulse | RR | B/P | SaO2 |
|---|---|---|---|---|---|
| | | | | | |

| Procedure/Treatment | Time | Ini |
|---|---|---|
| Cardiac Monitor | | |
| O2 Type ____ Rate: ____ | | |
| EKG | | |
| Xray Type: | | |
| Location: (L) ribs | 2200 | JP |
| Dressing Type: | | |
| Location: | | |
| Splint Type: | | |
| Location: | | |
| Foley: | | |
| N/G Tube: | | |
| Other: | | |

## Nurses Notes

2155 - admitted to bay #1 via w/c — JP
2210 - returned from X-ray dept. Dr. Mitchum in to eval pt & X-ray — JP
2220 - Rib belt applied & pt discharged home ĉ inst in stable condition ambulatory ĉ friend. JP

Notified: Time:
☐Police ☐Med. Examiner
☐Family/Friend ☐Health Dept.
☐Other (Whom: )
☐Valuables given to:
☐Sent Home

| Intake: IV | | Output: NG | |
|---|---|---|---|
| PO | | Urine | |
| Other | | Other | |
| Total | | Total | |

| Nurse's Signature/Title | Init |
|---|---|
| [signature] | JP |

ER/ROOM
05/23/04
DOB-01/08/77 27 MALE
488813 MITCHUM O D MD
NUNN JOWEL
E.F

# WIREGRASS MEDICAL CENTER

1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

NUNN JOEL
E.R.
MALE
27
05/23/04

## ED-OP HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO. |
|---|---|---|
| | | |

INFORMATION

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|
| | | | | | |

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| ER / ROOM | | | | | | | | | |

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|
| | | | | |

OUTPATIENT SURGERY INFORMATION

| 25. C COMPLAINT 26. | 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|---|
| | | | | | |

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|
| | | |

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days.
- ☐ Treatment rendered ________________.
- ☐ Tetanus Toxiod given ________________. 250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take ________ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** wear no belt til follow-up with reg dr or pain decreases

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE X [signature] NURSE'S SIGNATURE [signature] PHYSICIAN'S SIGNATURE

**SCHOOL AND WORK EXCUSE** PATIENT NAME DATE

- ☐ No work for ______ days
- ☐ Light work for ______ days
- ☐ May return to work on ________________
- ☐ No school for ______ days
- ☐ No Physical Education for ______ days
- ☐ May return to school on ________________

WIREGRASS MEDICAL CENTER PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: Nun Jowel SOC. SEC. NO: 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
IDENTIFICATION NO: 488813 DATE OF BIRTH: 1-8-77

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments
2. I have been informed of my rights to formulate Advance Directives.
3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.
4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed [signature] Date: ________

Witness: [signature] Date: 5-23-04

Witness: ________ Date: ________

**Form # 390 Advance Directive Acknowledgement**

**Wiregrass Medical Center**

**Emergency Physician's Charge Sheet** Date:__________

NUNN JOWEL
488813 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/23/04
ER/ROOM E R

| | Code | Level of Service |
|---|---|---|
| | 19599281 | Level I |
| | 19599282 | Level II |
| | 19599283 | Level III |
| | 19599284 | Level IV |
| | 19599285 | Level V |
| | 19599288 | Direct Life Support In Transit |
| | 19599025 | Visit with Surgery |
| | 19599291 | Critical Care per Hour |
| | 19599292 | Critical Care per 1/2 hour |
| | 19591105 | NG Lavage/Aspiration |
| | 19599175 | Ipecac Admin/Observe Gastric emptying |
| | | **Airway/Pulmonary** |
| | 19531500 | Endotracheal Intubation |
| | 19531511 | FB Removal |
| | 19532020 | Tube Thoracostomy |
| | | **Vascular Procedures** |
| | 19536410 | Non-Routine Venipuncture |
| | 19590780 | IV Therapy Requiring MD per hour |
| | 19592977 | Thrombolysis IV infusion |
| | | **Cardiac Procedures** |
| | 19592950 | CPR |
| | 19592953 | Transcutaneous Pacing |
| | 19592960 | Cardioversion, Elective |
| | | **Opthamology** |
| | 19565205 | FB |
| | 19565210 | FB Conjunctival/Embedded |
| | 19567938 | FB, Eyelid |
| | | **Ear, Nose, and Throat** |
| | 19542809 | FB Pharynx |
| | 19569200 | FB External Ear Canal |
| | 19569210 | Impacted Cerumen |
| | 19530300 | FB Intranasal |
| | 19530901 | Anterior Epitaxis, Simple |
| | 19530903 | Anterior Epitaxis, Complex |
| | 19530905 | Posterior Epitaxis, Initial |
| | | **Soft Tissue/Foreign Body Removal** |
| | 19510120 | Sub Q, Simple |
| | 19510121 | Sub Q, Complicated |
| | 19520520 | Muscle, Simple |
| | 19520525 | Muscle, Complex |
| | | **Nails** |
| | 19511730 | Avulsion/Nail, Simple |
| | 19512740 | Subungal Hematoma |
| | | |
| | | |
| | | |
| | | |

| | Code | Debridement |
|---|---|---|
| R | 19511000 | Infected Skin |
| | 19511040 | Partial Skin Thickness |
| | 19511041 | Skin, Full Thickness |
| | 19511042 | Skin and Sub Q Tissue |
| | 19511043 | Skin, Sub Q, Muscle |
| | 19511044 | Skin, Sub Q, Muscle, Bone |
| | | **Hematoma and Abscess** |
| | 19510060 | I&D Simple Abcess, Furuncle |
| | 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| | 19510140 | I&D Hematoma Simple |
| | 19510160 | I&D Puncture Aspiration, Abcess |
| | 19546320 | Hemorrhoid, Thrombosed |
| | | **Burns** |
| | 19516000 | First Degree Burn, Initial |
| | 19516020 | Small Burn, Debride,Dress |
| | 19516025 | Medium Burn, Debride/Dress |
| | 19516030 | Large Burn, Debride/Dress |
| | | **OB/GYN Procedures** |
| | 19556405 | I&D, Abcess, Vulva |
| | 19556420 | I&D, Bartholin Abcess |
| | 19559410 | Emergency Vaginal Delivery |
| | | **Arthrocentesis** |
| | 19520600 | Arthrocentesis, Small Joint |
| | 19520605 | Arthrocentesis, Intermediate Joint |
| | 19520610 | Arthrocentesis, Major Joint |
| | | **Miscellaneous Fractures** |
| | 19521800 | Closed Rib Fracture |
| | 19523500 | Clavicle |
| | | |
| | 19526750 | Closed Distal Phalangeal |
| | 19528490 | Closed Fracture, Great Toe |
| | 19528510 | Closed Phalanx other than Gr. Toe |
| | | **Miscellaneous Closed Dislocations** |
| | 19521480 | TMJ Uncomplicated |
| | 19523650 | Shoulder w/ Manipulation |
| | 19524640 | Nursemaid's Elbow |
| | 19526700 | Finger, MP Joint |
| | 19526770 | Finger, IP Joint |
| | 19528660 | Toe IP Joint |
| | | **Miscellaneous Procedures** |
| | 19553670 | Urine Catheterization, Simple |
| | 19553675 | Urine Catheterization, Complex |
| | 19562270 | Spinal Puncture |
| | 19564450 | Digital Block |
| | 19582270 | Stool for Occult Blood |
| | 19593042 | Rhythm Strip Interpretation |
| | | **Repair/Simple- Single Layer** |
| | | Scalp, Neck, Axillate, External Genitalia, Trunk, and/or extremities |
| | 19512001 | 2.5 cm or less |
| | 19512002 | 2.6 - 7.5 cm |
| | 19512004 | 7.6 - 12.5 cm |
| | 19512005 | 12.6 - 20.0 cm |
| | 19512006 | 20.1 - 30.0 cm |
| | 19512007 | Over 30.0 cm |

| | Code | Repair/Simple- Single Layer Cont'd |
|---|---|---|
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512011 | 2.5 cm or less |
| | 19512013 | 2.6 - 5.0 cm |
| | 19512014 | 5.1-7.5 cm |
| | 19512015 | 7.6 - 12.5 cm |
| | 19512016 | 12.6 - 20.0 cm |
| | 19512017 | 20.1 - 30.0 cm |
| | 19512018 | Over 30.0 cm |
| | 19512020 | Superficial WD Dehis |
| | 19512021 | Superficial WD Dehis-Pack |
| | | **Repair/Intermediate-Layered** |
| | | Scalp, Axillae, Trunk, and/or Extremities |
| | 19512031 | 2.5 cm or less |
| | 19512032 | 2.6 - 7.5 cm |
| | 19512034 | 7.6 - 12.5 cm |
| | 19512035 | 12.6 - 20.0 cm |
| | 19512036 | 20.1 - 30.0 cm |
| | 19512037 | Over 30.0 cm |
| | | Neck, Hand, Feet, and/or External Genitalia |
| | 19512041 | 2.5 cm or less |
| | 19512042 | 2.6 - 7.5 cm |
| | 19512044 | 7.6- 12.5 cm |
| | 19512045 | 12.6 - 20.0 cm |
| | 19512046 | 20.0 - 30.0 cm |
| | 19512047 | Over 30.0 cm |
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512051 | 2.5 cm or less |
| | 19512052 | 2.6 - 5.0 cm |
| | 19512053 | 5.1 - 7.5 cm |
| | 19512054 | 7.6 - 12.5 cm |
| | 19512055 | 12.6 - 20.0 cm |
| | 19512056 | 20.1 - 30.0 cm |
| | 19512057 | Over 30.0 cm |
| | | **Repair/Complex-Reconstructive or Complicated Wound Closure** |
| | | Trunk |
| | 19513100 | 1.1 - 2.5 cm |
| | 19513101 | 2.6 - 7.5 cm |
| | | Scalp, Arms, and/or Legs |
| | 19513120 | 1.1 - 2.5 cm |
| | 19513121 | 2.6 - 7.5 cm |
| | | Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet |
| | 19513132 | 1.1 - 7.5 cm |
| | | Eyelids, Nose, Ears, and/or Lips |
| | 19513151 | 1.1 - 2.5 cm |
| | 19513152 | 2.6 - 7.5 cm |

Wiregrass Medical Center
ER Level of Service Charge Sheet

NUNN JOWEL E.R.
488813 MITCHUM O D MD
DOB-01/08/77 27 MALE
05/23/04

ER/ROOM

| Circulatory | | |
|---|---|---|
| Jugular,Cutdown, Central Line | | |
| Blood Administration | 19636430 | |
| Cardioversion, Mechanical | 19692960 | |
| Code Blue | 19692950 | |
| External Pacemaking | 19692953 | |
| Intubation | 19631500 | |
| Immunization (Td, Hepatitis B) | | |
| Immunization (Rabies) | 19690675 | |
| Medication Administration IV | 19690784 | |
| Medication Administration IM or SQ | 19690782 | |
| Paracentesis | 19649080 | |
| Peritoneal Lavage/Tap | | |
| Thoracentesis | 19632000 | |
| Pericardiocentesis | 19633010 | |
| Chest Tube Insertion | 19632002 | |
| IV Hydration | | |
| CPR | | |
| **ENT** | | |
| Eye Irrigation | | |
| Eye Exam/Corneal Abrasion | | |
| Foreign Body Removal Ear | | |
| Foreign Body Removal Nose | | |
| Irrigation Ear | | |
| Nose Bleed/Nasal Packing | | |
| Rust Ring (Foreign Body Removal) | | |
| **Respiratory** | | |
| Tracheotomy | 19631603 | |
| Cricothyrotomy | 19631605 | |
| Trach Change | 19631603 | |
| **Gastrointestinal** | | |
| Gastric Lavage or NGT insertion | 19691105 | |
| Gastrostomy Tube Placement | 19643760 | |
| **Genitourinary** | | |
| Delivery/Birth | 19659409 | |
| Supra Pubic Cath, or Turkey Tray | | |
| Irrigation of Catheter | 19651700 | |
| Pelvic Exam | | |
| | | |
| | | |
| | | |
| | | |

| Integumentary | | |
|---|---|---|
| Repair of Nail Bed | 19611760 | |
| Subungal Hematoma | 19611740 | |
| Dressing Application | | |
| FB removal | 19610120 | |
| I&D Abcess | 19620000 | |
| Laceration Repair (simple,intermed) | 19600000 | |
| Laceration Complex | 19610000 | |
| Debridement | 19611040 | |
| Treatment of Burns | 19616020 | |
| **Orthopedics** | | |
| Behr Block/Regional Block | | |
| Casting/Splinting | 19629500 | |
| Removal or Revision of Cast | 19629705 | |
| Tx of fx/dislocation with manipulation | | |
| Compartmental Syndrome | 19620950 | |
| **Neurological** | | |
| Lumbar Puncture | 19662290 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Treatment Level** | | |
| Emergency WD | 19699281 | |
| Emergency I | 19699282 | |
| Emergency I with procedure | | |
| Emergency II | 19699283 | ✓ |
| Emergency II with procedure | | |
| Emergency III | 19699284 | |
| Emergency III with procedure | | |
| Emergency IV | 19699285 | |
| Emergency IV with procedure | | |
| Critical Care | 19699291 | |
| Critical Care with procedure | | |
| Observation I | | |
| Observation II | | |
| Observation III | | |
| | | |
| | | |

6923

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

**EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 496952 | 3 | NUNN JOWEL | 27 | 1/08/1977 | M | SB | 9/27/04 | 09:29 | EHS |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 SOUTH BROAD ST | | SAMSON | AL | 36477 | 334-898-9907 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA FAYE | MOTHER | SAME SAMSON AL | 334-898-9907 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | TIME | EVENT |

ACCIDENT

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 SOUTH BROAD ST | SAMSON | AL | 36477 | 898-9907 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| SELF | | | |

GUARANTOR

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 488813 | 5/23/04 | | 422847896 | MCLEOD J W/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC

| IMP | STABLE | EXPIRED |
|---|---|---|
| | | |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE

**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

# CONDITIONS FOR TREATMENT

Nunn, Jowel 496952

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 9-27-04 20____ X Jowel Nunn
Patient

Witness Earnestine Shiver

____________________
Patient's Agent or Representative

____________________
Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date ____________ Signature ____________ Relationship to Patient ____________

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date ____________ Signature ____________ Relationship to Patient ____________

Rev. 9/00

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

Patient Name........................................ NUNN, JOWEL

Admission Date.................................. 09/27/2004

Medical Record Number...................... 422847896

Age.................................................... 27

Account Number................................ 496952

Discharge Date........................ 09/27/2004

Date of Birth............................ 01/08/1977

Sex.......................................... Male

| DX | Code | DX Description |
|---|---|---|
| 1 | 686.9 | Local Skin/Subcutaneous Infection NOS |
| 2 | 214.1 | Lipoma Skin/Subcutaneous Tissue NEC |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| | | APC | PSI / Payment Rate | ASC Group | ASC Fee |

Attending Physician........................... 006900

Consulting Physician.........................

Discharge Disposition......................... 01 - Home

DRG =

Status................................................

Memo

DRG

MDC Weight AMLOS GMLOS LOS

PRINT DATE: 09/30/04 903 Wiregrass Hospital PAGE 1
Ed Benak M.D. 01D0304961
Medical Director CLIA Number
TIME: 13:00 LABORATORY --- CUMULATIVE REPORT H5LACUMV

NAME.: NUNN JOWEL
ACCT#: 496952
ROOM.: E.R. - NO PENDING ORDERS

SEX.......: M
AGE.......: 27 Y
DOB.......: 01/08/1977
PAT. PHONE: 3348989907

PHY..: MCLEOD JIMMY W MD
ADMIT: 09/27/04
MR#..: 422847896

## MICROBIOLOGY

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 9/27/04 1013 | 9/27/04 1013 | 9/27/04 1116 | 9/30/04 1022 | 9/30/04 1022 |
| RL | RL | NLS | PAG | PAG |

CULTURE MISC. SOURCE

M I C R O B I O L O G Y R E P O R T ** FINAL **
S U M M A R Y

-------------------------------- Antimicrobial Susceptibility and Organism Identification Report --------------------------------

Specimen Number : 04365
Specimen Source : MISC. CULTURE
Ward of Isolation : WIREGRASS HOSP
Requesting Physician : ER PHYSICIAN

Requested : / /
Collected : 09/27/04 10:13
Received : 09/27/04 11:16

Miscellaneous Tests and Comments

NO GROWTH
FINAL REPORT

Comments : rt wrist

Organisms Identified

| Iso/Result | Identity | Tested | Comments |
|---|---|---|---|

* Susceptibilities, if performed, appear on the following page(s).

Tech : ____________________ Source : MISC. CULTURE ID # : 496952 ** FINAL **
Report Date : / / : Collected : 09/27/04 10:13

LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E*-Error

Lunn, Jowel
1-8-77

NUNN 'JOWEL E.R.
496952 MCLEOD JIMMY W MD
DOB-01/08/77 27 MALE
09/27/04
ER/ROOM Addressograph

**Wiregrass Medical Center**
**ER Medical Record**

( ) Emergent ( ) Urgent (✓) Non-Emergent

Triage Notes: 27 yr old B/m presents c/o "breaking out in bumps" x 1 month. Also c/o "cyst" on (R) arm

Time: 0523
Temp: 95.1
Tet:
Wt:
Pulse: 95
Allergies: NKDA
LMP:
SpO2: 98
Resp: 18
Meds: none
BP: 153/91
Nurse Signature: [signature]

H&P and CC: Breaking out
PMH:

HPI: 27 yo male complain of breaking out on his back — also has knot on his wrist & Elbow

Surg: —

Social/Habits: incarcerated

out break of mass at prison

General: WD WN BM

Family Hx:

HEENT

Neuro:

| ROS | Neg | Document if positive |
|---|---|---|
| Neuro/Psych: | ☐ | |
| Cardio/Resp: | ☐ | |
| GU: | ☐ | |
| Other: | ☐ | |

Heart:

Lungs:

Musculoskeletal: ganglion cyst Rt wrist

Abd/Rectal: Lipoma Rt fore arm

GU/Gyn:

Ext/Skin: multiple small sores — C&S done

Dx: pustules, Back; Lipoma Rt forearm

| Physician's Orders: | CBC( ) | BMP/CMP | | Medication | Ini |
|---|---|---|---|---|---|
| EKG( ) | ABG( ) | PT/PTT( ) | | | |
| UA(Rout)(Cath) | CT( ) | Amylase( ) | | | |
| CXR( ) | Other Studies C&S | US( ) | | | |
| CM( ) | O2( ) | Foley( ) | IV: | | |

**Disposition:** Home(✓) Dr. Office( ) Surgery( ) Expired( ) Adm Rm# AMA/LWBS( ) Date/Time: 9-27-04

Transfer to / C/O Dr. Via

**Condition at Discharge/Transfer:** Improved( ) Stable(✓) Deteriorated( ) Unchanged( )

**Instructions to Pt:** (1) Rx: Bactrim DS ī BID #14; Back clean out

(2) Instructions: — Rifampin 300mg BID

(3) Follow up: See MD ī wk

(00)

Signing this form denotes that I have reviewed all information on this document and I agree:

**Physician's Signature:** [signature]

**Family Dr.** [signature]

NUNN JOWEL E.R.
496952 MCLEOD JIMMY W MD
DOB-01/08/77 27 MALE
09/27/04

ER/ROOM

Addressograph

# Emergency Department Nursing Assessment

Mode of Arrival: ☐ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms ☐ Other: ____

Accompanied By: ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☑ Y ☐ N

Developmental Age Same as Stated Age ☑ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: 0923 Allergies: NKDA
Date: 9-27-04

## Treatment PTA

None ☑ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☐ ____
IV Fluids: ____ Rate: ____ Site: ____
Airway: None ☐ Oral ☐ ET Tube ☐ ☐ Oxygen ____ via ☐ NC ☐ Mask

## Nutritional Assessment

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments: ____

## Respiratory

Respirations: ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep
Breath Sounds: ☐ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: ☐ Productive ☐ Nonproductive
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: ____

## Circulation

Skin: ☑ Warm ☐ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☐ No
JVD: ☐ Yes ☐ No
Capillary Refill: ☐ Quick ☐ Slow
Comments: ____

## Glasgow Coma Scale

Eyes Open: Spontaneously (4) / To Verbal Command 3 / To Pain 2 / No Response 1

Best Motor Response: Obeys (6) / Localizes Pain 5 / Flexion-Withdrawal 4 / Flexion/Abnormal (Decorticate Rigidity) 3 / Extension (Decerebrate Rigidity) 2 / No Response 1

Best Verbal Response: Oriented/Converses (5) / Disoriented/Converses 4 / Inappropriate Words 3 / Incomprehensible Sounds 2 / No Response 1

GCS Total (3-15): 15

## Neurological

Level of Consciousness: ☑ Alert ☐ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Lethargic
Orientation: ☑ Appropriate Response ☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R / Sluggish ☐ L ☐ R / Nonreactive ☐ L ☐ R
Size: L: ____ R: ____
Visual Acuity: ☑ N/A
OD: ____ OS: ____
Movement: ☐ Voluntary ☐ Involuntary
Hand Grasp: L R / Strong ☐ ☐ / Weak ☐ ☐ / Absent ☐ ☐
Slurred Speech? ☐ Yes ☐ No

## Abdominal

☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ LBM: ____
Bowel Sounds: ☐ Present ☐ Absent
Comments: ____

## Pain/Injury Location

Location (circled above)
Radiation (arrow above)

## Skin Integrity

Location(s): ____
Size(s): ____
Bleeding Controlled: ☐ Yes ☐ No
Comments: ____
Full Range of Motion ☐ Y ☐ N
Pulse: ____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

## Emotional Assessment

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment?
☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: ____

## GU/GYN

Pain in Voiding: ☐ Yes ☐ No
Frequency ☐ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav ____ Para ____ Ab ____
Comments: ____

## Pain

Severity: (0) 1 2 3 4 5 6 7 8 9 10
Exacerbated By: ____
Relieved By: ____ ☐ Pt unable to rate

## Extremities

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse: ____
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

## Nurse's Signature

[signature]

**Medications**

| Time | Medication | Rte | Site | Init | Response |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**IV Fluids**

| Time | Type of Fluid | Cath Size | Rate | Site | Initial |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**Pain Assessment/Reassessment**

| | | |
|---|---|---|
| Pain Intensity: ______ 0 1 2 3 4 5 6 7 8 9 10 ☑Pt unable to rate Time: 1002 Location: ______ Intervention: ______ Initials: [illegible] | Pain Intensity: ______ 0 1 2 3 4 5 6 7 8 9 10 ❑Pt unable to rate Time: ______ Location: ______ Intervention: ______ Initials: ______ | Pain Intensity: ______ 0 1 2 3 4 5 6 7 8 9 10 ❑Pt unable to rate Time: ______ Location: ______ Intervention: ______ Initials: ______ |

**Vital Signs**

| Time | Temp | Pulse | RR | B/P | SaO2 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Procedure/Treatment | Time | Ini |
|---|---|---|
| Cardiac Monitor | | |
| O2 Type ______ Rate: ______ | | |
| EKG | | |
| Xray Type: | | |
| Location: | | |
| Dressing Type: | | |
| Location: | | |
| Splint Type: | | |
| Location: | | |
| Foley: | | |
| N/G Tube: | | |
| Other: | | |

**Nurses Notes**

[illegible] (1002) [illegible]

Notified: Time: [illegible]
❑Police ❑Med. Examiner
❑Family/Friend ❑Health Dept.
❑Other (Whom: ______)
❑Valuables given to: ______
❑Sent Home

| Intake: IV | | Output: NG | |
|---|---|---|---|
| PO | | Urine | |
| Other | | Other | |
| Total | | Total | |

| Nurse's Signature/Title | Init |
|---|---|
| | |
| | |
| [illegible signature] | [illegible] |

# WIREGRASS MEDICAL CENTER

1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

## ED-OP
## HOME INSTRUCTION SHEET

1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO.

INFORMATION

4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD

10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19.

20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED

NUNN JOWEL E.R.
25. C COMPLAINT 26. 46952 MCLEOD JIMMY W MD
DOB-01/08/77 27 MALE

OUTPATIENT SURGERY INFORMATION

27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES

32. PHYSICIAN CALLED 09/27/04 | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN

ER/ROOM

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days.
- ☐ Treatment rendered ________________________.
- ☐ Tetanus Toxiod given ________________________.
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take ________ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☑ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** Follow up with MD in one week

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE [signature] | NURSE'S SIGNATURE [signature] | PHYSICIAN'S SIGNATURE

***SCHOOL AND WORK EXCUSE*** *PATIENT NAME* *DATE*

- ☐ No work for ______ days
- ☐ Light work for ______ days
- ☐ May return to work on ____________
- ☐ No school for ______ days
- ☐ No Physical Education for ______ days
- ☐ May return to school on ____________

**WIREGRASS MEDICAL CENTER** PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE

## ACKNOWLEDGEMENT

NAME: Nunn Jowel SOC. SEC. NO: 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

IDENTIFICATION NO: 496952 DATE OF BIRTH: 1-08-1977

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed: JSN Date: 9-27-04

Witness: ________________ Date: ________________

Witness: Earnestine Shiver Date: 9-27-04

# Wiregrass Medical Center

## Emergency Physician's Charge Sheet

Date:____________

NUNN JOWEL
496952 MCLEOD JIMMY W MD
DOB-01/08/77 27 MALE
09/27/04

ER/ROOM

| Level of Service | |
|---|---|
| 19599281 | Level I |
| 19599282 | Level II |
| 19599283 | Level III |
| 19599284 | Level IV |
| 19599285 | Level V |
| 19599288 | Direct Life Support In Transit |
| 19599025 | Visit with Surgery |
| 19599291 | Critical Care per Hour |
| 19599292 | Critical Care per 1/2 hour |
| 19591105 | NG Lavage/Aspiration |
| 19599175 | Ipecac Admin/Observe Gastric emptying |

| Airway/Pulmonary | |
|---|---|
| 19531500 | Endotracheal Intubation |
| 19531511 | FB Removal |
| 19532020 | Tube Thoracostomy |

| Vascular Procedures | |
|---|---|
| 19536410 | Non-Routine Venipuncture |
| 19590780 | IV Therapy Requiring MD per hour |
| 19592977 | Thrombolysis IV infusion |

| Cardiac Procedures | |
|---|---|
| 19592950 | CPR |
| 19592953 | Transcutaneous Pacing |
| 19592960 | Cardioversion, Elective |
| 19593010 | EKG Interpretation |

| Ophthalmology | |
|---|---|
| 19565205 | FB |
| 19565210 | FB Conjunctival/Embedded |
| 19567938 | FB, Eyelid |

| Ear, Nose, and Throat | |
|---|---|
| 19542809 | FB Pharynx |
| 19569200 | FB External Ear Canal |
| 19569210 | Impacted Cerumen |
| 19530300 | FB Intranasal |
| 19530901 | Anterior Epitaxis, Simple |
| 19530903 | Anterior Epitaxis, Complex |
| 19530905 | Posterior Epitaxis, Initial |

| Soft Tissue/Foreign Body Removal | |
|---|---|
| 19510120 | Sub Q, Simple |
| 19510121 | Sub Q, Complicated |
| 19520520 | Muscle, Simple |
| 19520525 | Muscle, Complex |

| Nails | |
|---|---|
| 19511730 | Avulsion/Nail, Simple |
| 19512740 | Subungal Hematoma |

| Debridement | |
|---|---|
| 19511000 | Infected Skin |
| 19511040 | Partial Skin Thickness |
| 19511041 | Skin, Full Thickness |
| 19511042 | Skin and Sub Q Tissue |
| 19511043 | Skin, Sub Q, Muscle |
| 19511044 | Skin, Sub Q, Muscle, Bone |

| Hematoma and Abscess | |
|---|---|
| 19510060 | I&D Simple Abcess, Furuncle |
| 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| 19510140 | I&D Hematoma Simple |
| 19510160 | I&D Puncture Aspiration, Abcess |
| 19546320 | Hemorrhoid, Thrombosed |

| Burns | |
|---|---|
| 19516000 | First Degree Burn, Initial |
| 19516020 | Small Burn, Debride,Dress |
| 19516025 | Medium Burn, Debride/Dress |
| 19516030 | Large Burn, Debride/Dress |

| OB/GYN Procedures | |
|---|---|
| 19556405 | I&D, Abcess, Vulva |
| 19556420 | I&D, Bartholin Abcess |
| 19559410 | Emergency Vaginal Delivery |

| Arthrocentesis | |
|---|---|
| 19520600 | Arthrocentesis, Small Joint |
| 19520605 | Arthrocentesis, Intermediate Joint |
| 19520610 | Arthrocentesis, Major Joint |

| Miscellaneous Fractures | |
|---|---|
| 19521800 | Closed Rib Fracture |
| 19523500 | Clavicle |
| 19523720 | Closed Phalangeal Shaft |
| 19526750 | Closed Distal Phalangeal |
| 19528490 | Closed Fracture, Great Toe |
| 19528510 | Closed Phalanx other than Gr. Toe |

| Miscellaneous Closed Dislocations | |
|---|---|
| 19521480 | TMJ Uncomplicated |
| 19523650 | Shoulder w/ Manipulation |
| 19524640 | Nursemaid's Elbow |
| 19526700 | Finger, MP Joint |
| 19526770 | Finger, IP Joint |
| 19528660 | Toe IP Joint |

| Miscellaneous Procedures | |
|---|---|
| 19553670 | Urine Catheterization, Simple |
| 19553675 | Urine Catheterization, Complex |
| 19562270 | Spinal Puncture |
| 19564450 | Digital Block |
| 19582270 | Stool for Occult Blood |
| 19593042 | Rhythm Strip Interpretation |

| Repair/Simple-Single Layer | |
|---|---|
| Scalp, Neck, Axillae, External Genitalia, Trunk, and/or extremities | |
| 19512001 | 2.5 cm or less |
| 19512002 | 2.6 - 7.5 cm |
| 19512004 | 7.6 - 12.5 cm |
| 19512005 | 12.6 - 20.0 cm |
| 19512006 | 20.1 - 30.0 cm |
| 19512007 | Over 30.0 cm |

| Repair/Simple-Single Layer Cont'd | |
|---|---|
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| 19512011 | 2.5 cm or less |
| 19512013 | 2.6 - 5.0 cm |
| 19513014 | 5.1-7.5 cm |
| 19512015 | 7.6 - 12.5 cm |
| 19512016 | 12.6 - 20.0 cm |
| 19512017 | 20.1 - 30.0 cm |
| 19512018 | Over 30.0 cm |
| 19512020 | Superficial WD Dehis |
| 19512021 | Superficial WD Dehis-Pack |

| Repair/Intermediate-Layered | |
|---|---|
| Scalp, Axillae, Trunk, and/or Extremities | |
| 19512031 | 2.5 cm or less |
| 19512032 | 2.6 - 7.5 cm |
| 19512034 | 7.6 - 12.5 cm |
| 19512035 | 12.6 - 20.0 cm |
| 19512036 | 20.1 - 30.0 cm |
| 19512037 | Over 30.0 cm |
| Neck, Hand, Feet, and/or External Genitalia | |
| 19512041 | 2.5 cm or less |
| 19512042 | 2.6 - 7.5 cm |
| 19512044 | 7.6- 12.5 cm |
| 19512045 | 12.6 - 20.0 cm |
| 19512046 | 20.0 - 30.0 cm |
| 19512047 | Over 30.0 cm |
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| 19512051 | 2.5 cm or less |
| 19512052 | 2.6 - 5.0 cm |
| 19512053 | 5.1 - 7.5 cm |
| 19512054 | 7.6 - 12.5 cm |
| 19512055 | 12.6 - 20.0 cm |
| 19512056 | 20.1 - 30.0 cm |
| 19512057 | Over 30.0 cm |

| Repair/Complex-Reconstructive or Complicated Wound Closure | |
|---|---|
| Trunk | |
| 19513100 | 1.1 - 2.5 cm |
| 19513101 | 2.6 - 7.5 cm |
| Scalp, Arms, and/or Legs | |
| 19513120 | 1.1 - 2.5 cm |
| 19513121 | 2.6 - 7.5 cm |
| Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet | |
| 19513132 | 1.1 - 7.5 cm |
| Eyelids, Nose, Ears, and/or Lips | |
| 19513151 | 1.1 - 2.5 cm |
| 19513152 | 2.6 - 7.5 cm |

NUNN JOWEL E.R
496952 MCLEOD JIMMY W MD
DOB-01/08/77 27 MALE
09/27/04

ER/ROOM

**Wiregrass Medical Center**
**ER Level of Service Charge Sheet**

| | | **Circulatory** |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin. (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |
| | | |
| | | **ENT** |
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |
| | | **Respiratory** |
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |
| | | **Gastrointestinal** |
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |
| | | **Genitourinary** |
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |
| | | |
| | | |
| | | |
| | | |

| | | **Integumentary** |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | **Orthopedics** |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | **Neurological** |
| | 19662290 | Lumbar Puncture |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Other** |
| | 19682962 | Glucose fingerstick |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Treatment Level** |
| | 19699281 | Emergency WD |
| | ~~19699282~~ | ~~Emergency I~~ |
| | | Emergency I with procedure |
| | (19699283) | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |
| | | |
| | | |

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

**EMERGENCY ROOM • OUTPATIENT RECORD**

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 513688 | 3 | NUNN JOWEL | 28 | 1/08/1977 | M | SB | 6/04/05 | 16:45 | JLS |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 SOUTH BROAD ST | | SAMSON | AL | 36477 | 334-898-9907 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA FAYE | MOTHER | SAME SAMSON AL | 334-898-9907 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | ACCIDENT DATE | PLACE | TIME | EVENT |
|---|---|---|---|---|---|
| | | | | | |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 SOUTH BROAD ST | SAMSON | AL | 36477 | 898-9907 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| SELF | | COUNTY JAIL | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 496952 | 9/27/04 | | 422847896 | KRAFT KURT/MITCHUM O |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)
SPIDER BITE

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH M.D.

M.D.

PATIENT'S SIGNATURE ON DISCHARGE
BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE

NUNN JOWEL E.R.
513688 KRAFT KURT D
DOB-01/08/77 28 MALE
06/04/05

ER/ROOM

**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 6-4 20 05 — X Jowel S. Nunn — Patient

Witness Jamie Dean — Patient's Agent or Representative

Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date — Signature — Relationship to Patient

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date — Signature — Relationship to Patient

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

Patient Name.................................... NUNN, JOWEL
Admission Date.................................. 06/04/2005
Medical Record Number...................... 422847896
Age.................................................... 28
Account Number................................. 513688

Discharge Date....................... 06/04/2005
Date of Birth........................... 01/08/1977
Sex........................................ Male

| DX | Code | DX Description |
|---|---|---|
| 1 | 682.3 | Cellulitis/Abscess of Upper Arm/Forearm |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| | | APC / PSI | Payment Rate | ASC Group | ASC Fee |

Attending Physician.......................... 001600
Consulting Physician........................
Discharge Disposition......................... 01 - Home
DRG =
Status...............................................

Memo
DRG

MDC Weight AMLOS GMLOS LOS

PRINT DATE: 06/09/05 049
Ed Benak M.D.
Medical Director
TIME: 13:14

Wiregrass Medical Center
1200 W. Maple Ave
Geneva, AL 36340-1642
LABORATORY --- CUMULATIVE REPORT

PAGE 1
01D0304961
CLIA Number
H5LACUMV

NAME.: NUNN JOWEL
ACCT#: 513688
ROOM.: E.R.
- NO PENDING ORDERS

SEX.......: M
AGE.......: 28 Y
DOB.......: 01/08/1977
PAT. PHONE: 3348989907

PHY..: KRAFT KURT D
ADMIT: 06/04/05
MR#..: 422847896

## MICROBIOLOGY

| --ORDERED-- | --COLLECTED-- | --REC'D-- | --RESULTED-- | --VERIFIED--- |
|---|---|---|---|---|
| 6/04/05 1724 | 6/04/05 1724 | 6/04/05 2157 | 6/07/05 1058 | 6/07/05 1058 |
| CGB | TB | DD | LJL | LJL |

CULTURE MISC. SOURCE

SPECIFIC SITE: L ARM WOUND

MICROBIOLOGY REPORT ** FINAL **

Antimicrobial Susceptibility and Organism Identification Report

Specimen Number : 50707
Specimen Source : MISC. CULTURE
Ward of Isolation : NURSING EMERGENCY ROOM
Requesting Physician : KURT D. KRAFT

Requested : 06/04/05
Collected : 06/04/05 17:24
Received : / / 00:00

Patient/Specimen Tests and Comments

Specimen Comments

HEAVY GROWTH ISO#1
COAGULASE POSITIVE STAPH

Organisms Identified

* 01 Staphylococcus aureus 06/07/05

Comments

This S. aureus does not demonstrate inducible clin
damycin resistance in vitro.

MICROBIOLOGY REPORT ** FINAL **

Antimicrobial Susceptibility and Organism Identification Report

Isolate 01 Staphylococcus aureus

| DRUG | Staphylococcus aureus MIC | Interp |
|---|---|---|
| Amp/Sulbactam | <=8/4 | S |
| Ampicillin | 2 | BLAC |
| Amox/K Clav | <=4/2 | S |
| Azithromycin | 4 | I |
| Chloramphenicol | <=8 | S |
| Ceftriaxone | <=8 | S |
| Clindamycin | <=0.5 | S |
| Cefotaxime | <=8 | S |
| Cefazolin | <=8 | S |
| Ciprofloxacin | <=1 | S |
| Erythromycin | 4 | I |
| Gatifloxacin | <=2 | S |
| Gentamicin | <=4 | S |
| Imipenem | <=4 | S |
| Levofloxacin | <=2 | S |

LEGEND: L-Low, H-High, C-Critical, A-Abnormal, *E*-Error

PRINT DATE: 06/09/05 049
Ed Benak M.D.
Medical Director
TIME: 13:14

Wiregrass Medical Center
1200 W. Maple Ave
Geneva, AL 36340-1642
LABORATORY --- CUMULATIVE REPORT

PAGE 2
01D0304961
CLIA Number
H5LACUMV

NAME.: NUNN JOWEL
ACCT#: 513688
ROOM.: E.R. - NO PENDING ORDERS

SEX.......: M
AGE.......: 28 Y
DOB.......: 01/08/1977
PAT. PHONE: 3348989907

PHY..: KRAFT KURT D
ADMIT: 06/04/05
MR#..: 422847896

## MICROBIOLOGY

| | | |
|---|---|---|
| Linezolid | <=2 | S |
| Moxifloxacin | <=2 | S |
| Oxacillin | <=0.25 | S |
| Penicillin | 8 | BLAC |
| Pip/Tazo | <=4 | S |
| Rifampin | <=1 | S |
| Trimeth/Sulfa | <=2/38 | S |
| Tetracycline | <=4 | S |
| Vancomycin | <=2 | S |
| | | B-Lactamase Positive |

S = Susceptible
I = Intermediate
R = Resistant
CC = Cost Code
MIC = mcg/ml (mg/L)
N/R = Not Reported
--- = Not Tested
Blank= Data not available, or drug not advisable or tested
BLac = Beta Lactamase Positive
TFG = Thymidine-dependent Strain

For Blood and CSF Isolates, a Beta-Lactamase test is recommended for Enterococus species.
IB appears in place of S, I (S), +, ++, or +++ with species known to possess inducible B-lactamases; potentially they may become resistant to all B-lactam drugs. Monitoring of patients during/after therapy is recommended. Avoid other/combined B-lactam drugs.
(a) Use maximum doses of drug with an aminoglycoside for P. aeruginosa in patients with granulocytopenia or serious infections.
(b) Breakpoints based on parenteral dose. For cefuroxime Axetil (PO) use <8=S, 8-16=I, >16=R.
(c) For streptococci (including enterococci), Micrococcus species, and Listeria species, refer to the Ampicillin interpretation. If Ampicillin results are unavailable, refer to Penicillin. If Pen result is resistant, test Ampicillin using an alternate method.

Interpretations based on NCCLS M7-A3. Pip/Tazo for streptococci and enterococci based on manufacturer's breakpoints.

Tech : ______________________
Report Date : / / :

Source : MISC. CULTURE
Collected : 06/04/05 17:24

ID # : 513688

** FINAL **

NUNN JOWEL E.R.
513688 KRAFT KURT D
DOE-01/08/77 28 MALE
06/04/05

Jowel Nunn

Addressograph

**Wiregrass Medical Center**
**ER Medical Record**

( ) Emergent ( ) Urgent (✓) Non-Emergent

| | | | |
|---|---|---|---|
| Triage Notes: 28 yo male c/o lesion on left arm x 4-5 days | | Time: | 1636 |
| | | Temp: | 100.0 |
| Tet: | Wt: 230 | Pulse: | 122 |
| Allergies: NKA | LMP: SpO2: 98% | Resp: | 20 |
| Meds: none | | BP: | 140/105 |
| | Nurse Signature: T Bradley [illegible] | | |

| | |
|---|---|
| H&P and CC: Cellulitis (L) arm | PMH: Asthma, Hay Fever |
| HPI: [illegible] | Surg: hernia |
| [illegible] | |
| [illegible] | Social/Habits: ⊖ tob. ⊖ ETOH |
| General: [illegible] NAD | Family Hx: CA |
| HEENT | |
| Neuro: | ROS / Neg / Document if positive |
| Heart: RRR [illegible] | Neuro/Psych: ☐ |
| Lungs: [illegible] | Cardio/Resp: ☐ |
| Musculoskeletal: | GU: ☐ |
| Abd/Rectal: [illegible] (L) bicep [illegible] | Other: ☐ |
| GU/Gyn: [illegible] cellulitis | |
| Ext/Skin: | |
| Dx: Cellulitis (L) arm | |

| **Physician's Orders:** | CBC( ) | BMP/CMP | | Medication | Ini |
|---|---|---|---|---|---|
| EKG( ) | ABG( ) | PT/PTT( ) | | Rocephin 1g | TB |
| UA(Rout)(Cath) | | CT( ) | Amylase( ) | | |
| CXR( ) | Other Studies Wound C&S | | US( ) | | |
| CM( ) | O2( ) | Foley( ) | IV: | | |

**Disposition:** Home(✓) Dr. Office( ) Surgery( ) Expired( ) Adm Rm# AMA/LWBS( ) Date/Time: 06/04/05 1735

Transfer to C/O Dr. Via

**Condition at Discharge/Transfer:** Improved( ) Stable(✓) Deteriorated( ) Unchanged( )

**Instructions to Pt:** (1) Rx: Bactrim DS #30

(2) Instructions: [illegible] wound care

(3) Follow up: [illegible]

Signing this form denotes that I have reviewed all information on this document and I agree:

**Physician's Signature:** **Family Dr.** Mitchum

Trendtable -- BAY-3

6/4/2005 17:33 (1)

| Date<br>Time | 06/04<br>16:32 | 06/04<br>17:19 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NiBP Systolic | 148 | 149 | | | | | | | | |
| NiBP Diastolic | 105 | 98 | | | | | | | | |
| NiBP Mean | 119 | 110 | | | | | | | | |
| HR Avg | --- | --- | | | | | | | | |
| VPC | --- | --- | | | | | | | | |
| ST(II) | --- | --- | | | | | | | | |
| SpO2 | 97 | 95 | | | | | | | | |
| SpO2/PR | 104 | 110 | | | | | | | | |
| Imp/RR | --- | --- | | | | | | | | |

NUNN JOWEL E.R.
513688 KRAFT KURT D
DOB-01/08/77 28 MALE
06/04/05

ER/ROOM

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

NUNN JOWEL
513633 KRAFT KURT D
DOE-01/08/77 28 MALE
06/04/05
ER/ROOM
E.R.

Addressograph

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms
☐ Other: ______

Accompanied By: ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☐ Y ☐ N

Developmental Age Same as Stated Age ☐ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: 1636 Allergies: NKDA
Date: ______

**Treatment PTA**

None ☑ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☐ ______
IV Fluids: ______ Rate: ______ Site: ______
Airway: None ☑ Oral ☐ ET Tube ☐ ☐ Oxygen ______ via ☐ NC ☐ Mask

**Nutritional Assessment**

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments: ______

**Respiratory**

Respirations: ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep
Breath Sounds: ☑ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: ☐ Productive ☐ Nonproductive (denies)
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: ______

**Circulation**

Skin: ☑ Warm ☑ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: ______

**Glasgow Coma Scale**

| | | |
|---|---|---|
| Eyes Open: | Spontaneously | (4) |
| | To Verbal Command | 3 |
| | To Pain | 2 |
| | No Response | 1 |
| Best Motor Response | Obeys | (6) |
| | Localizes Pain | 5 |
| | Flexion-Withdrawal | 4 |
| | Flexion/Abnormal (Decorticate Rigidity) | 3 |
| | Extension (Decerebrate Rigidity) | 2 |
| | No Response | 1 |
| Best Verbal Response | Oriented/Converses | (5) |
| | Disoriented/Converses | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensible Sounds | 2 |
| | No Response | 1 |
| GCS Total (3-15): | | 15 |

**Neurological**

Level of Consciousness: ☑ Alert ☐ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Lethargic
Orientation: ☑ Appropriate Response ☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R; Sluggish ☐ L ☐ R; Nonreactive ☐ L ☐ R
Size: L: ______ R: ______
Visual Acuity: ☑ N/A
OD: ______ OS: ______
Movement: ☐ Voluntary ☐ Involuntary

| Hand Grasp: | L | R |
|---|---|---|
| Strong | ☐ | ☐ |
| Weak | ☐ | ☐ |
| Absent | ☐ | ☐ |

Slurred Speech? ☐ Yes ☐ No

**Abdominal**

☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ LBM: ______
Bowel Sounds: ☑ Present ☐ Absent
Comments: ______

**GU-GYN** (N/A)

Pain in Voiding: ☐ Yes ☐ No
Frequency ☐ Yes ☑ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav ______ Para ______ Ab ______
Comments: ______

**Pain/Injury Location**

Location (circled above)
Radiation (arrow above)

**Laceration(s)** (N/A)

Location(s): ______
Size(s): ______
Bleeding Controlled: ☐ Yes ☐ No
Comments: ______
Full Range of Motion ☐ Y ☐ N
Pulse: ______ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

**Orthopedic** (N/A)

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse: ______
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

**Emotional Assessment**

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment? ☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: ______

**Pain Cont'd**

Severity: ______
0 1 2 3 4 5 6 7 8 9 10
Exacerbated By: ______
Relieved By: ______ ☑ Pt unable to rate

**Nurse's Signature**

[signature]

401A

**Medications**

| Time | Medication | Rte | Site | Init | Response |
|---|---|---|---|---|---|
| 1713 | Rocephin 1gm | IM | (R) glut | TB | |

**IV Fluids**

| Time | Type of Fluid | Cath Size | Rate | Site | Initial |
|---|---|---|---|---|---|
| | | | | | |

**Pain Assessment/Reassessment**

Pain Intensity: "Better"
0 1 2 3 4 5 6 7 8 9 10
❑Pt unable to rate
Time: 1735 Location: (L) arm
Intervention:
Initials: TB

Pain Intensity:
0 1 2 3 4 5 6 7 8 9 10
❑Pt unable to rate
Time: Location:
Intervention:
Initials:

Pain Intensity:
0 1 2 3 4 5 6 7 8 9 10
❑Pt unable to rate
Time:
Location:
Intervention:
Initials:

**Vital Signs**

| Time | Temp | Pulse | RR | B/P | SaO2 |
|---|---|---|---|---|---|
| See continuation list TB | | | | | |

**Procedure/Treatment**

| Procedure/Treatment | Time | Ini |
|---|---|---|
| Cardiac Monitor | | |
| O2 Type Rate: | | |
| EKG | | |
| Xray Type: | | |
| Location: | | |
| Dressing Type: | | |
| Location: | | |
| Splint Type: | | |
| Location: | | |
| Foley: | | |
| N/G Tube: | | |
| Other: | | |

**Nurses Notes**

(1636) Amb to Bay 3 TB (1655) Dr Kraft in to eval. pt TB (1735) DC instructions given written + verbal TB

Notified: Time: 1645 Kraft
❑Police ❑Med. Examiner
❑Family/Friend ❑Health Dept.
❑Other (Whom: )
❑Valuables given to:
❑Sent Home

| Intake: IV | | Output: NG | |
|---|---|---|---|
| PO | | Urine | |
| Other | | Other | |
| Total | | Total | |

| Nurse's Signature/Title | Init |
|---|---|
| Bradley [illegible] | TB |
| Pam Bain RN | PB |

06/04/05
DOB-01/08/77 28 MALE
51368 KRAFT KURT D
NUNN JOWEL
E.R.

# WIREGRASS MEDICAL CENTER

1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

## ED-OP HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO. |
|---|---|---|
| | | |

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|
| | | | | | |

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| 20. RR / 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|
| N ... E.R. 51388 KRAFT KURT D | | | |

25. C COMPLAINT 26. 08777 28 MALE
06/04/05

**OUTPATIENT SURGERY INFORMATION**

| 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|
| | | | | |

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|
| ER/ROOM | | |

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ ~~Keep the dressings~~ clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days.
- ☐ Treatment rendered ________________________.
- ☐ Tetanus Toxiod given ________________________.
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take ________ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☑ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

contact family physician as needed

**ADDITIONAL INSTRUCTIONS** Wound care — Observe for any other signs of infection Return to ER as needed.

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| [signature] | Bradley grn | 06/04/05 |

**SCHOOL AND WORK EXCUSE** PATIENT NAME ________ DATE ________

- ☐ No work for _______ days
- ☐ Light work for _______ days
- ☐ May return to work on ____________________
- ☐ No school for _______ days
- ☐ No Physical Education for _______ days
- ☐ May return to school on ____________________

WIREGRASS MEDICAL CENTER PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE

## ACKNOWLEDGEMENT

NAME: Nunn Jarel  SOC. SEC. NO: 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
IDENTIFICATION NO: 513688  DATE OF BIRTH: 01-08-1977

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed: X Jarel S. N[signature]  Date: 6-4-05

Witness: ______________________  Date: ______________

Witness: Jasmine Scan[signature]  Date: ______________

Form # 390 Advance Directive Acknowledgement

KUNA JOWEL E.R.
513688 KRAFT KURT D
DOB-01/09/77 28 MALE
06/04/05

ER/ROOM

**Wiregrass Medical Center**
**ER Level of Service Charge Sheet**

| | | Circulatory |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin. (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| x1 | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |
| | | |
| | | **ENT** |
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |
| | | **Respiratory** |
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |
| | | **Gastrointestinal** |
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |
| | | **Genitourinary** |
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |
| | | |
| | | |
| | | |
| | | |

| | | Integumentary |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | **Orthopedics** |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | **Neurological** |
| | 19662290 | Lumbar Puncture |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Other** |
| | 19682962 | Glucose fingerstick |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Treatment Level** |
| | 19699211 | Low Level E/R |
| | 19699281 | Emergency WD |
| | 19699282 | Emergency I |
| | | Emergency I with procedure |
| X | 19699283 | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |
| | | |

NUNN JOWEL. E.R.
513665 KRAFT KURT D
DOB-01/06/77 28 MALE
06/04/05

ER/ROOM

# Wiregrass Medical Center
## Emergency Physician's Charge Sheet

Date:___________

| | Code | Level of Service |
|---|---|---|
| | 19599281 | Level I |
| X | 19599282 | Level II |
| | 19599283 | Level III |
| | 19599284 | Level IV |
| | 19599285 | Level V |
| | 19599288 | Direct Life Support In Transit |
| | 19599025 | Visit with Surgery |
| | 19599291 | Critical Care per Hour |
| | 19599292 | Critical Care per 1/2 hour |
| | 19591105 | NG Lavage/Aspiration |
| | 19599175 | Ipecac Admin/Observe Gastric emptying |
| | | **Airway/Pulmonary** |
| | 19531500 | Endotracheal Intubation |
| | 19531511 | FB Removal |
| | 19532020 | Tube Thoracostomy |
| | | **Vascular Procedures** |
| | 19536410 | Non-Routine Venipuncture |
| | 19590780 | IV Therapy Requiring MD per hour |
| | 19592977 | Thrombolysis IV infusion |
| | | **Cardiac Procedures** |
| | 19592950 | CPR |
| | 19592953 | Transcutaneous Pacing |
| | 19592960 | Cardioversion, Elective |
| | 19593010 | EKG Interpretation |
| | | **Ophthalmology** |
| | 19565205 | FB |
| | 19565210 | FB Conjunctival/Embedded |
| | 19567938 | FB, Eyelid |
| | | **Ear, Nose, and Throat** |
| | 19542809 | FB Pharynx |
| | 19569200 | FB External Ear Canal |
| | 19569210 | Impacted Cerumen |
| | 19530300 | FB Intranasal |
| | 19530901 | Anterior Epitaxis, Simple |
| | 19530903 | Anterior Epitaxis, Complex |
| | 19530905 | Posterior Epitaxis, Initial |
| | | **Soft Tissue/Foreign Body Removal** |
| | 19510120 | Sub Q, Simple |
| | 19510121 | Sub Q, Complicated |
| | 19520520 | Muscle, Simple |
| | 19520525 | Muscle, Complex |
| | | **Nails** |
| | 19511730 | Avulsion/Nail, Simple |
| | 19512740 | Subungal Hematoma |

| | Code | Debridement |
|---|---|---|
| | 19511000 | Infected Skin |
| | 19511040 | Partial Skin Thickness |
| | 19511041 | Skin, Full Thickness |
| | 19511042 | Skin and Sub Q Tissue |
| | 19511043 | Skin, Sub Q, Muscle |
| | 19511044 | Skin, Sub Q, Muscle, Bone |
| | | **Hematoma and Abcess** |
| | 19510060 | I&D Simple Abcess, Furuncle |
| | 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| | 19510140 | I&D Hematoma Simple |
| | 19510160 | I&D Puncture Aspiration, Abcess |
| | 19546320 | Hemorrhoid, Thrombosed |
| | | **Burns** |
| | 19516000 | First Degree Burn, Initial |
| | 19516020 | Small Burn, Debride,Dress |
| | 19516025 | Medium Burn, Debride/Dress |
| | 19516030 | Large Burn, Debride/Dress |
| | | **OB/GYN Procedures** |
| | 19556405 | I&D, Abcess, Vulva |
| | 19556420 | I&D, Bartholin Abcess |
| | 19559410 | Emergency Vaginal Delivery |
| | | **Arthrocentesis** |
| | 19520600 | Arthrocentesis, Small Joint |
| | 19520605 | Arthrocentesis, Intermediate Joint |
| | 19520610 | Arthrocentesis, Major Joint |
| | | **Miscellaneous Fractures** |
| | 19521800 | Closed Rib Fracture |
| | 19523500 | Clavicle |
| | 19523720 | Closed Phalangeal Shaft |
| | 19526750 | Closed Distal Phalangeal |
| | 19528490 | Closed Fracture, Great Toe |
| | 19528510 | Closed Phalanx other than Gr. Toe |
| | | **Miscellaneous Closed Dislocations** |
| | 19521480 | TMJ Uncomplicated |
| | 19523650 | Shoulder w/ Manipulation |
| | 19524640 | Nursemaid's Elbow |
| | 19526700 | Finger, MP Joint |
| | 19526770 | Finger, IP Joint |
| | 19528660 | Toe IP Joint |
| | | **Miscellaneous Procedures** |
| | 19553670 | Urine Catheterization, Simple |
| | 19553675 | Urine Catheterization, Complex |
| | 19562270 | Spinal Puncture |
| | 19564450 | Digital Block |
| | 19582270 | Stool for Occult Blood |
| | 19593042 | Rhythm Strip Interpretation |
| | | **Repair/Simple, Single Layer** |
| | | Scalp, Neck, Axillae, External Genitalia, Trunk, and/or extremities |
| | 19512001 | 2.5 cm or less |
| | 19512002 | 2.6 - 7.5 cm |
| | 19512004 | 7.6 - 12.5 cm |
| | 19512005 | 12.6 - 20.0 cm |
| | 19512006 | 20.1 - 30.0 cm |
| | 19512007 | Over 30.0 cm |

| | Code | Repair/Simple, Single Layer Cont'd |
|---|---|---|
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512011 | 2.5 cm or less |
| | 19512013 | 2.6 - 5.0 cm |
| | 19512014 | 5.1-7.5 cm |
| | 19512015 | 7.6 - 12.5 cm |
| | 19512016 | 12.6 - 20.0 cm |
| | 19512017 | 20.1 - 30.0 cm |
| | 19512018 | Over 30.0 cm |
| | 19512020 | Superficial WD Dehis |
| | 19512021 | Superficial WD Dehis-Pack |
| | | **Repair/Intermediate-Layered** |
| | | Scalp, Axillae, Trunk, and/or Extremities |
| | 19512031 | 2.5 cm or less |
| | 19512032 | 2.6 - 7.5 cm |
| | 19512034 | 7.6 - 12.5 cm |
| | 19512035 | 12.6 - 20.0 cm |
| | 19512036 | 20.1 - 30.0 cm |
| | 19512037 | Over 30.0 cm |
| | | Neck, Hand, Feet, and/or External Genitalia |
| | 19512041 | 2.5 cm or less |
| | 19512042 | 2.6 - 7.5 cm |
| | 19512044 | 7.6- 12.5 cm |
| | 19512045 | 12.6 - 20.0 cm |
| | 19512046 | 20.0 - 30.0 cm |
| | 19512047 | Over 30.0 cm |
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512051 | 2.5 cm or less |
| | 19512052 | 2.6 - 5.0 cm |
| | 19512053 | 5.1 - 7.5 cm |
| | 19512054 | 7.6 - 12.5 cm |
| | 19512055 | 12.6 - 20.0 cm |
| | 19512056 | 20.1 - 30.0 cm |
| | 19512057 | Over 30.0 cm |
| | | **Repair/Complex-Reconstructive or Complicated Wound Closure** |
| | | Trunk |
| | 19513100 | 1.1 - 2.5 cm |
| | 19513101 | 2.6 - 7.5 cm |
| | | Scalp, Arms, and/or Legs |
| | 19513120 | 1.1 - 2.5 cm |
| | 19513121 | 2.6 - 7.5 cm |
| | | Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet |
| | 19513132 | 1.1 - 7.5 cm |
| | | Eyelids, Nose, Ears, and/or Lips |
| | 19513151 | 1.1 - 2.5 cm |
| | 19513152 | 2.6 - 7.5 cm |

WIREGRASS MEDICAL CENTER 1200 W MAPLE AVE GENEVA AL 36340

EMERGENCY ROOM • OUTPATIENT RECORD

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 513811 | 3 | NUNN JOWEL | 28 | 1/08/1977 | M | SB | 6/06/05 | 13:09 | ARB |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 202 SOUTH BROAD ST | | SAMSON | AL | 36477 | 334-898-9907 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | TELEPHONE |
|---|---|---|---|---|
| 422847896 | NUNN LINDA FAYE | MOTHER | SAME SAMSON AL | 334-898-9907 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | TIME | EVENT |

ACCIDENT

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| NUNN JOWEL | 202 SOUTH BROAD ST | SAMSON | AL | 36477 | 898-9907 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| SELF | | COUNTY JAIL | |

GUARANTOR

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 513688 | 6/04/05 | | 422847896 | MCLEOD J W/MITCHUM O |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE TIME SIGNED PATIENT SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC: IMP | STABLE | EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE

BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP INSTRUCTIONS RECEIVED BY ME IN WRITING, WHICH WERE EXPLAINED TO ME.

DATE - TIME OF DISC.

PHYSICIAN'S SIGNATURE M.D.

NUNN JOWEL E.R.
513811 MCLEOD JIMMY W MD
DOB-01/08/77 28 MALE
06/06/05

Wiregrass Medical Center
1200 W. Maple Avenue
Geneva, Alabama 36340

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date 6-6 20 05 X Jowel S. N[signature]
Patient

Witness Ashley Hughes

Patient's Agent or Representative

Relationship to Patient

**ASSIGNMENT OF MEDICARE BENEFITS:**
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

Date Signature Relationship to Patient

**ACKNOWLEDGEMENT OF MEDICARE**

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

Date Signature Relationship to Patient

WIREGRASS MEDICAL CENTER

**Billing Form**

*For Financial Class:*

*P*

Patient Name........................................ NUNN, JOWEL
Admission Date.................................. 06/06/2005
Medical Record Number...................... 422847896
Age.................................................... 28
Account Number................................. 513811

Discharge Date........................ 06/06/2005
Date of Birth............................ 01/08/1977
Sex........................................ Male

| DX | Code | DX Description |
|---|---|---|
| 1 | 707.8 | Chronic Ulcer of Skin Site NEC |
| 2 | 041.11 | Staph Aureus Infect Site NOS/Dis Class Elsewhere |
| 3 | V09.0 | Penicillin-Resistant Microorganism Infection |

| PR | Code | PR Description | Procedure Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | CPT Modifiers | CPT Description | CPT Date | CPT Surgeon |
|---|---|---|---|---|---|
| | | APC | PSI / Payment Rate | ASC Group | ASC Fee |

Attending Physician.......................... 006900
Consulting Physician........................
Discharge Disposition......................... 01 - Home
DRG =
Status...............................................

Memo
DRG

MDC Weight AMLOS GMLOS LOS

NUNN JOVEL E.R.
513811 MCLEOD JIMMY W MD
DOB-01/08/77 28 MALE
06/06/05

ER/ROOM

(5)

Addressograph

& Joel Nunn 1-8-77

**Wiregrass Medical Center**
**ER Medical Record**

( ) Emergent ( ) Urgent (✓) Non-Emergent

Triage Notes: c/o wound (R) upper arm - sts started off as knot - now open draining wound - seen in Ga Saturday - sts swabbed wound - started on antibiotic

Time: 1320
Temp: 99.5
Tet:
Wt:
Pulse: 92
Allergies: NKDA
LMP:
SpO2:
Resp: 20
Meds: Bactrim -
BP: 156/104
Nurse Signature: L Hughes RN

H&P and CC: Arm [illegible]
PMH: [illegible]

HPI: 28 y/o male c infected ulcer on left arm - seen here 6/4 + started on Bactrim - [illegible] [illegible] few hours ago - says his arm is no better
Surg: [illegible]
Social/Habits: [illegible] Tobacco / ETOH / [illegible]
General: WD WN -
Family Hx: [illegible]

HEENT

Neuro:
ROS (Neg) Document if positive

Heart:
Neuro/Psych: ☐

Lungs:
Cardio/Resp: ☐

Musculoskeletal: 8-9 mm ulcer distal (L) arm
GU: ☐

Abd/Rectal: c swelling [illegible]
Other: ☐

GU/Gyn:

Ext/Skin:

Dx: Infected Ulcer Suspect CA-MRSA

| Physician's Orders: | CBC( ) | BMP/CMP | Medication | Ini |
|---|---|---|---|---|
| EKG( ) | ABG( ) | PT/PTT( ) | | |
| UA(Rout)(Cath) | CT( ) | Amylase( ) | | |
| CXR( ) | Other Studies | US( ) | | |
| CM( ) | O2( ) | Foley( ) IV: | | |

**Disposition:** Home(✓) Dr. Office( ) Surgery( ) Expired( ) Adm Rm# AMA/LWBS( ) Date/Time: 6-6-05 1410

Transfer to C/O Dr. Via

**Condition at Discharge/Transfer:** Improved( ) Stable(✓) Deteriorated( ) Unchanged(✓)

**Instructions to Pt:** (1) Rx: Bactrim [illegible] BID

(2) Instructions: Local care

(3) Follow up: Recheck in 3-4 days

Signing this form denotes that I have reviewed all information on this document and I agree:

**Physician's Signature:** [signature]

**Family Dr.** Mitchum

NUNN JOWEL E.R.
513811 MCLEOD JIMMY W MD
DOB-01/08/77 28 MALE
06/06/05

ER/ROOM

Addressograph

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms
☐ Other: ____

Accompanied By: ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☐ Y ☐ N

Developmental Age Same as Stated Age ☐ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: 1320 Allergies: NKDA
Date: 6-6-05

### Treatment PTA

None ☑ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☐ ____
IV Fluids: ____ Rate: ____ Site: ____
Airway: None ☐ Oral ☐ ET Tube ☐ ☐ Oxygen ____ via ☐ NC ☐ Mask

### Nutritional Assessment

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments: ____

### Respiratory

Respirations: ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep
Breath Sounds: ☐ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: ☐ Productive ☐ Nonproductive
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments: ____

### Circulation

Skin: ☑ Warm ☑ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: ____

### Glasgow Coma Scale

| | | |
|---|---|---|
| Eyes Open: | Spontaneously | 4 |
| | To Verbal Command | 3 |
| | To Pain | 2 |
| | No Response | 1 |
| Best Motor Response | Obeys | 6 |
| | Localizes Pain | 5 |
| | Flexion/Withdrawal | 4 |
| | Flexion/Abnormal (Decorticate Rigidity) | 3 |
| | Extension (Decerebrate Rigidity) | 2 |
| | No Response | 1 |
| Best Verbal Response | Oriented/Converses | 5 |
| | Disoriented/Converses | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensible Sounds | 2 |
| | No Response | 1 |

GCS Total (3-15):

### Neurological

Level of Consciousness: ☑ Alert ☐ Responds to Voice ☐ Responds to Pain ☐ Unresponsive ☐ Lethargic
Orientation: ☑ Appropriate Response ☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R; Sluggish ☐ L ☐ R; Nonreactive ☐ L ☐ R
Size: L: ____ R: ____
Visual Acuity: ☐ N/A
OD: ____ OS: ____
Movement: ☐ Voluntary ☐ Involuntary

| Hand Grasp: | L | R |
|---|---|---|
| Strong | ☐ | ☐ |
| Weak | ☐ | ☐ |
| Absent | ☐ | ☐ |

Slurred Speech? ☐ Yes ☐ No

### Abdominal

☐ Distended ☐ Nausea ☐ Vomiting ☐ Diarrhea ☐ Constipation ☐ LBM: ____
Bowel Sounds: ☐ Present ☐ Absent
Comments: ____

### Pain/Injury Location

open wound

Location (circled above)
Radiation (arrow above)

### Laceration(s)

Location(s): ____
Size(s): ____
Bleeding Controlled: ☐ Yes ☐ No
Comments: ____
Full Range of Motion ☐ Y ☐ N
Pulse: ____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### GI-GYN

Pain in Voiding: ☐ Yes ☐ No
Frequency ☐ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav ____ Para ____ Ab ____
Comments: ____

### Emotional Assessment

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment? ☐ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Inmate Geneva Co Jail
Comments: ____

### Orthopedic

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse: ____
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

### Pain Scale

Severity: 0 1 2 3 4 (5) 6 7 8 9 10
Exacerbated By: ____
Relieved By: ____ ☐ Pt unable to rate

### Nurse's Signature

LHughes RN

401A

| Medications | | | | | | IV Fluids | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Medication | Rte | Site | Init | Response | Time | Type of Fluid | Cath Size | Rate | Site | Initial |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

## Pain Assessment/Reassessment

| | | |
|---|---|---|
| Pain Intensity: 0 1 2 3 4 (5) 6 7 8 9 10 | Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10 | Pain Intensity: 0 1 2 3 4 5 6 7 8 9 10 |
| ❑Pt unable to rate | ❑Pt unable to rate | ❑Pt unable to rate |
| Time: 1410 Location: (L) upper arm wound | Time: Location: | Time: Location: |
| Intervention: Rx Cleocin - bactroban | Intervention: | Intervention: |
| Initials: LH | Initials: | Initials: |

| Vital Signs | | | | | |
|---|---|---|---|---|---|
| Time | Temp | Pulse | RR | B/P | SaO2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Procedure/Treatment | Time | Ini |
|---|---|---|
| Cardiac Monitor | | |
| O2 Type_____ Rate:_____ | | |
| EKG | | |
| Xray Type: | | |
| Location: | | |
| Dressing Type: | | |
| Location: | | |
| Splint Type: | | |
| Location: | | |
| Foley: | | |
| N/G Tube: | | |
| Other: | | |

## Nurses Notes

(1330) To lobby to wait for available bed - LH
(1340) To bay #1 - accompanied by officer Jeff Lowery - LH
(1350) Dr. McLeod into visit - LH ~~(1410) Disch home c̄ inst~~ LH
(1410) Disch back to jail c̄ officer - Rx et disch instructions went over c̄ pt et officer - Verbalized understanding - Rx given to ~~pt~~ LH officer - LH

Notified: Time: In ER
❑Police ❑Med. Examiner
❑Family/Friend ❑Health Dept.
❑Other (Whom: McLeod )
❑Valuables given to:
❑Sent Home

| Intake: IV | | Output: NG | |
|---|---|---|---|
| PO | | Urine | |
| Other | | Other | |
| Total | | Total | |

| Nurse's Signature/Title | Init |
|---|---|
| L Hughes RN | LH |
| | |
| | |

ER/ROOM
06/06/05
DOB-01/08/77 28 MALE
51381I MCLEOD JIMMY W MD

# WIREGRASS MEDICAL CENTER

1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

## ED-OP HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO. |
|---|---|---|
| | | |

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|
| | | | | | |

10. PATIENTS LEGAL NAME (L,F,MI): KUHN JOWEL E. 11. SEX: M
513811 MCLEOD JIMMY W MD
20. RP 21. NOTIFY IN EMERGENCY: DOB 01/08/77 28 MALE
06/16/05

12. RACE 13. BIRTHDATE 14. AGE 15. HEIGHT 16. WEIGHT 17. SS 18. MS 19.
22. HOME TELE 23. WORK TELE 24. HOW PATIENT ARRIVED

25. C COMPLAINT 26.
ER/ROOM

**OUTPATIENT SURGERY INFORMATION**

27. PROC CD 28. PROCEDURE 29. LOC 30. TIME 31. ANES

32. PHYSICIAN CALLED 33. ATTENDING PHYSICIAN 34. FAMILY PHYSICIAN

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast–this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*

- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in ________ days.
- ☐ Treatment rendered ________.
- ☐ Tetanus Toxiod given ________.
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take ________ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** add Bactroban Oint to wound care - wash wound with warm soapy water - dry - apply oint twice a day and cover wound - See Dr. Mitchum in office for wound check 3-4 days

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

PATIENT/PARENT'S SIGNATURE: X Jowel S[illegible] NURSE'S SIGNATURE: L Hughes, RN PHYSICIAN'S SIGNATURE

**SCHOOL AND WORK EXCUSE** *PATIENT NAME* *DATE*

- ☐ No work for ______ days
- ☐ Light work for ______ days
- ☐ May return to work on ________
- ☐ No school for ______ days
- ☐ No Physical Education for ______ days
- ☐ May return to school on ________

**WIREGRASS MEDICAL CENTER** PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE

## ACKNOWLEDGEMENT

NAME: Nunn, Jowel SOC. SEC. NO: 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

IDENTIFICATION NO: 51311 DATE OF BIRTH: 1-8-77

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed [signature] Date: 6-6-05

Witness: ____________________ Date: ____________

Witness: Ashley Hughes Date: 6-6-05

Form # 390 Advance Directive Acknowledgement

NUNN JOWEL E.R.
513811 MCLEOD JIMMY W MD
DOB-01/08/77 28 MALE
06/06/05

ER/ROOM

# Wiregrass Medical Center
## Emergency Physician's Charge Sheet

Date:

| | Code | Level of Service |
|---|---|---|
| | 19599281 | Level I |
| | 19599282 | Level II |
| | 19599283 | Level III |
| | 19599284 | Level IV |
| | 19599285 | Level V |
| | 19599288 | Direct Life Support In Transit |
| | 19599025 | Visit with Surgery |
| | 19599291 | Critical Care per Hour |
| | 19599292 | Critical Care per 1/2 hour |
| | 19591105 | NG Lavage/Aspiration |
| | 19599175 | Ipecac Admin/Observe Gastric emptying |
| | | **Airway/Pulmonary** |
| | 19531500 | Endotracheal Intubation |
| | 19531511 | FB Removal |
| | 19532020 | Tube Thoracostomy |
| | | **Vascular Procedures** |
| | 19536410 | Non-Routine Venipuncture |
| | 19590780 | IV Therapy Requiring MD per hour |
| | 19592977 | Thrombolysis IV infusion |
| | | **Cardiac Procedures** |
| | 19592950 | CPR |
| | 19592953 | Transcutaneous Pacing |
| | 19592960 | Cardioversion, Elective |
| | 19593010 | EKG Interpretation |
| | | **Ophthalmology** |
| | 19565205 | FB |
| | 19565210 | FB Conjunctival/Embedded |
| | 19567938 | FB, Eyelid |
| | | **Ear, Nose, and Throat** |
| | 19542809 | FB Pharynx |
| | 19569200 | FB External Ear Canal |
| | 19569210 | Impacted Cerumen |
| | 19530300 | FB Intranasal |
| | 19530901 | Anterior Epitaxis, Simple |
| | 19530903 | Anterior Epitaxis, Complex |
| | 19530905 | Posterior Epitaxis, Initial |
| | | **Soft Tissue/Foreign Body Removal** |
| | 19510120 | Sub Q, Simple |
| | 19510121 | Sub Q, Complicated |
| | 19520520 | Muscle, Simple |
| | 19520525 | Muscle, Complex |
| | | **Nails** |
| | 19511730 | Avulsion/Nail, Simple |
| | 19512740 | Subungal Hematoma |

| | Code | Debridement |
|---|---|---|
| | 19511000 | Infected Skin |
| | 19511040 | Partial Skin Thickness |
| | 19511041 | Skin, Full Thickness |
| | 19511042 | Skin and Sub Q Tissue |
| | 19511043 | Skin, Sub Q, Muscle |
| | 19511044 | Skin, Sub Q, Muscle, Bone |
| | | **Hematoma and Abcess** |
| | 19510060 | I&D Simple Abcess, Furuncle |
| | 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| | 19510140 | I&D Hematoma Simple |
| | 19510160 | I&D Puncture Aspiration, Abcess |
| | 19546320 | Hemorrhoid, Thrombosed |
| | | **Burns** |
| | 19516000 | First Degree Burn, Initial |
| | 19516020 | Small Burn, Debride,Dress |
| | 19516025 | Medium Burn, Debride/Dress |
| | 19516030 | Large Burn, Debride/Dress |
| | | **OB/GYN Procedures** |
| | 19556405 | I&D, Abcess, Vulva |
| | 19556420 | I&D, Bartholin Abcess |
| | 19559410 | Emergency Vaginal Delivery |
| | | **Arthrocentesis** |
| | 19520600 | Arthrocentesis, Small Joint |
| | 19520605 | Arthrocentesis, Intermediate Joint |
| | 19520610 | Arthrocentesis, Major Joint |
| | | **Miscellaneous Fractures** |
| | 19521800 | Closed Rib Fracture |
| | 19523500 | Clavicle |
| | 19523720 | Closed Phalangeal Shaft |
| | 19526750 | Closed Distal Phalangeal |
| | 19528490 | Closed Fracture, Great Toe |
| | 19528510 | Closed Phalanx other than Gr. Toe |
| | | **Miscellaneous Closed Dislocations** |
| | 19521480 | TMJ Uncomplicated |
| | 19523650 | Shoulder w/ Manipulation |
| | 19524640 | Nursemaid's Elbow |
| | 19526700 | Finger, MP Joint |
| | 19526770 | Finger, IP Joint |
| | 19528660 | Toe IP Joint |
| | | **Miscellaneous Procedures** |
| | 19553670 | Urine Catheterization, Simple |
| | 19553675 | Urine Catheterization, Complex |
| | 19562270 | Spinal Puncture |
| | 19564450 | Digital Block |
| | 19582270 | Stool for Occult Blood |
| | 19593042 | Rhythm Strip Interpretation |
| | | **Repair/Simple-Single Layer** |
| | | Scalp, Neck, Axillae, External Genitalia, Trunk, and/or extremities |
| | 19512001 | 2.5 cm or less |
| | 19512002 | 2.6 - 7.5 cm |
| | 19512004 | 7.6 - 12.5 cm |
| | 19512005 | 12.6 - 20.0 cm |
| | 19512006 | 20.1 - 30.0 cm |
| | 19512007 | Over 30.0 cm |

| | Code | Repair/Simple-Single Layer Cont'd |
|---|---|---|
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512011 | 2.5 cm or less |
| | 19512013 | 2.6 - 5.0 cm |
| | 19512014 | 5.1-7.5 cm |
| | 19512015 | 7.6 - 12.5 cm |
| | 19512016 | 12.6 - 20.0 cm |
| | 19512017 | 20.1 - 30.0 cm |
| | 19512018 | Over 30.0 cm |
| | 19512020 | Superficial WD Dehis |
| | 19512021 | Superficial WD Dehis-Pack |
| | | **Repair/Intermediate-Layered** |
| | | Scalp, Axillae, Trunk, and/or Extremities |
| | 19512031 | 2.5 cm or less |
| | 19512032 | 2.6 - 7.5 cm |
| | 19512034 | 7.6 - 12.5 cm |
| | 19512035 | 12.6 - 20.0 cm |
| | 19512036 | 20.1 - 30.0 cm |
| | 19512037 | Over 30.0 cm |
| | | Neck, Hand, Feet, and/or External Genitalia |
| | 19512041 | 2.5 cm or less |
| | 19512042 | 2.6 - 7.5 cm |
| | 19512044 | 7.6- 12.5 cm |
| | 19512045 | 12.6 - 20.0 cm |
| | 19512046 | 20.0 - 30.0 cm |
| | 19512047 | Over 30.0 cm |
| | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes |
| | 19512051 | 2.5 cm or less |
| | 19512052 | 2.6 - 5.0 cm |
| | 19512053 | 5.1 - 7.5 cm |
| | 19512054 | 7.6 - 12.5 cm |
| | 19512055 | 12.6 - 20.0 cm |
| | 19512056 | 20.1 - 30.0 cm |
| | 19512057 | Over 30.0 cm |
| | | **Repair/Complex-Reconstructive or Complicated Wound Closure** |
| | | Trunk |
| | 19513100 | 1.1 - 2.5 cm |
| | 19513101 | 2.6 - 7.5 cm |
| | | Scalp, Arms, and/or Legs |
| | 19513120 | 1.1 - 2.5 cm |
| | 19513121 | 2.6 - 7.5 cm |
| | | Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet |
| | 19513132 | 1.1 - 7.5 cm |
| | | Eyelids, Nose, Ears, and/or Lips |
| | 19513151 | 1.1 - 2.5 cm |
| | 19513152 | 2.6 - 7.5 cm |

NUNN JOWEL E.R.
513811 MCLEOD JIMMY W MD
DOB-01/08/77 28 MALE
06/06/05

ER/ROOM

**Wiregrass Medical Center**
**ER Level of Service Charge Sheet**

| | | **Circulatory** |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin. (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |
| | | |
| | | **ENT** |
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |
| | | **Respiratory** |
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |
| | | **Gastrointestinal** |
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |
| | | **Genitourinary** |
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |
| | | |
| | | |
| | | |
| | | |

| | | **Integumentary** |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | **Orthopedics** |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | **Neurological** |
| | 19662290 | Lumbar Puncture |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Other** |
| | 19682962 | Glucose fingerstick |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | **Treatment Level** |
| | 19699211 | Low Level E/R |
| | 19699281 | Emergency WD |
| ✓ | 19699282 | Emergency I |
| | | Emergency I with procedure |
| | 19699283 | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |
| | | |