IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06-CV-452-MEF |
| | ) |
| GREG WARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to strike filed by defendant Ward on September 20, 2006 (Court Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby DENIED. The defendant is advised that upon disposition of the issues raised by the plaintiff the court will assign the appropriate weight and credibility to the affidavits submitted by the plaintiff in accordance with applicable procedural rules.

Done this 21[th] day of September, 2006.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE