UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOWEL S. NUNN,

    PLAINTIFF,

VS.                                        CIVIL ACTION NO. 1:06-cv-452-MEF-CSC

GENEVA COUNTY COMMISSION, et al.,

    DEFENDANTS.

## PLAINTIFF MOTION TO SUPPLEMEMT

Comes now the plaintiff by and through himself pro se and request the honorable district court to supplement his answer to the defendants special report for good cause.

                                                      /s/ Jowel S. Nunn
                                                      JOWEL S. NUNN     PRO SE

### CERTIFICATE OF SERVICE

I hereby certify that on the 14 day of September 2006, I have served on the counsel for defedants a true and correct copy of the foregoing motion to supplement plaintiffs answer to defendants special report, by placing in the United States mail postage pre-paid and properly addressed to the following:

Richard Hill Jr.
WEBB AND ELEY PC
P. O. BOX 240909
MONTGOEMRY ALABAMA 36124

DONE THIS 14 DAY OF Sept. 2006                     /s/ Jowell S. Nunn
                                                          JOWELL S. NUNN     PRO SE