**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 26, 2007

# NOTICE OF REASSIGNMENT

Re:   Jowel S. Nunn v. Geneva County Commission, et al.
      Civil Action No. #1:06-cv-00452-MEF

The above-styled case has been reassigned to Judge Truman M. Hobbs .

Please note that the case number is now #1:06-cv-00452-TMH.  This new case number should be used on all future correspondence and pleadings in this action.