IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06-CV-452-TMH |
| | ) [WO] |
| | ) |
| GREG WARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on April 26, 2007, and for good cause, it is

ORDERED that:

1. The motion for extension of time be and is hereby GRANTED.

2. On or before May 4, 2007, the defendants shall provide the plaintiff *legible* copies of all medical records and medical request forms contained in his jail file.

3. The plaintiff is GRANTED an extension to and including May 18, 2007 to file a supplemental objection to the Recommendation.

Done this 26th day of April, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE