**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JOWEL S. NUNN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No.  1:06-cv-452-TMH-CSC** |
| | ) |
| **GREG WARD, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**DEFENDANT'S NOTICE TO COURT**

COMES NOW Greg Ward, Sheriff of Geneva County, Alabama, Defendant in the above-styled cause, and in compliance with this Honorable Court's Order (Doc. 31), states as follows:

1.     On August 7, 2006, Sheriff Greg Ward filed his Special Report pursuant to this Court's Order of June 6, 2006.  See Order (Doc. 6).

2.     On April 11, 2007, the Court issued its Recommendation with respect to the Plaintiff's claims.  See Recommendation of the Magistrate Judge (Doc. 28).

3.     The Plaintiff subsequently filed his objection to the Recommendation of the Magistrate Judge.  See Objection to Report and Recommendations (Doc. 29).

4.     Thereafter, on April 26, 2007, the Court denied the Plaintiff's Motion for Appointment of Counsel, see Order (Doc. 30); however, the Court granted the Plaintiff's Motion for Extension of Time and ordered the Defendants to provide the Plaintiff legible copies of all medical records and medical request forms contained in his jail file.  See Order (Doc. 31).

5.     Defendant Greg Ward hereby provides notice to the Court that on May 2, 2007 he transmitted to the Plaintiff, by U.S. Mail, postage prepaid, a copy of all medical records and

medical request forms contained in the Plaintiff's jail file.  Said copies are provided exactly as they appear in the Plaintiff's jail file.

Respectfully submitted this the 2nd day of May, 2007.

**s/Daniel D. Fordham**
C. RICHARD HILL, JR., Bar No. HIL045
DANIEL D. FORDHAM, Bar No. FOR055
Attorneys for Defendant Greg Ward
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail: dfordham@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2007, I electronically filed the Defendant's Notice to the Court with the Clerk of the Court using the CM/ECF system, and mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Jowel S. Nunn
Ventress Correctional Facility
Post Office Box 767
Clayton, Alabama  36016

**s/Daniel D. Fordham**
**OF COUNSEL**