IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACTION NO. 1:06-CV-452-TMH |
| | ) |
| GREG WARD, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for production of document filed by the plaintiff on May 11, 2007 (Court Doc. No. 33), and for good cause, it is

ORDERED that:

1. The motion for production of document be and is hereby GRANTED.

2. On or before May 21, 2007, the defendants shall provide the plaintiff with a copy of the affidavit submitted to defendant Ward addressing the staph infection suffered by inmate Dennis Rudd.

3. The plaintiff is GRANTED an extension from May 18, 2007 to and including June 4, 2007 to file a supplemental objection to the Recommendation.

Done this 11th day of May, 2007.

      /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE