IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Jowell S. Nunn, | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO: 1:06-CV-452-MEF |
| | * | (WD) |
| Gregg Ward, | * | |
| Defendant. | * | |

## MOTION FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff, Jowell S. Nunn, pro se, in the above styled cause and notifies this Honorable Court that the Defendants are not in compliance with case number 1:06-CV-00452-TMH-CSC Document #31-1, which states: "On or before May 4, 2007 the Defendants shall provide the plaintiff legible copies of all medical records and medical request forms contained in his jail file. See Exhibit __A__. As you will see, you cannot read these copies. One of the copies is vital to the Plaintiff's defense.

Plaintiff would ask for extention so the Defendants get in compliance with April 26, 2007 Order with court's, and comply.

Plaintiff is in the process of getting affidavits from inmates 1) David Payne, AIS #241277, St. Clair Correctional Facility; 2) Billy Dozier, AIS # 245127, Bullock County Correctional Facility; and 3) Larry Hillard, AIS # 202869, Easterling Correctional Facility, as evidence for the Court.

Accordingly, the Plaintiff prays this Court grant this motion.

Done this 1st day of June, 2007.

_____
Jowell S. Nunn, Plaintiff, pro se
AIS #204088, Dorm E4
Ventress Correctional Facility
P.O. Box 767
Clayton, AL  36016-0767


**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 1st day of June, 2007 I mailed a true and correct copy of the foregoing motion by the U.S. Mail, postage prepaid, to the following:

Daniel D. Fordham
C. Richard Hill, Jr.
Attorneys for Defendant Gregg Ward
Webb & Eley, P.C.
7475 Halcyon Pointe Drive
P.O. Box 240909
Montgomery, AL  36124


_____
Jowell S. Nunn, Plaintiff, pro se

(2)

NAME Jewel S. Dunn  AIS # 204088  DORM # E4
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711