# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____ CELL _____ DATE _____

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

_____
_____
_____
_____
_____
_____
_____

*DO NOT WRITE BELOW!!*       FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ✓ SHERIFF ____

JAILER _____ DATE 10-18-09 TIME 845
         SIGNATURE

TO BE PLACED IN INMATE'S FILE

_____
_____
_____

Copy1 Please

Copy Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _Nunn Jewel_  CELL _L/S_  DATE _6-5-05_

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE _X_ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF _X_ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Given when you got time I need you to come and look at the situation with me like it was. For Ms. Owens being concern and understand that I'm a human being the matter with my arm could the two nurses also be told _____ _____ _____ _____ _____ _____ Marah___ and Francise also _____ _____ _____ _____

*DO NOT WRITE BELOW!!*   FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER _____ DATE ____ TIME ____
         SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy Please

Copy!
Please!

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

Copy!
Please!

NAME Nunn Lowe   CELL ___   DATE 6-5-05

TELEPHONE CALL ___ MEDICAL ___ DENTAL ___ HEARING REQUEST ___

GRIEVANCE X VISIT ___ PERSONAL PROBLEM ___ OTHER ___

SHERIFF X JAIL ADMINSTRATOR ___ JUDGE ___ NOTARY ___

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I was running a fever Friday morning and had a open wound on my arm. I ask your jail administrator Carl Rowe to take me in to get some medical attention you said wasn't — doctors — ... ... the symptoms ... ... ignored the fact that I was in pain and cold ... ... ... ... ... ... ... ... ... ... ... cause ... ... because he ...

DO NOT WRITE BELOW!!     FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ___ MARTON ___ JAIL ADMINISTRATOR ___ SHERIFF ___

JAILER _____ DATE _____ TIME _____
      SIGNATURE

TO BE PLACED IN INMATE'S FILE

Given to Sheriff on 6-6-05.
Return to File pen
3401

Copy!
Please!

Copy Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME Nunn Lowell CELL h/s DATE 6-16-05

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF X JAIL ADMINSTRATOR X JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

[illegible] when you get time [illegible]
first train smoking, help me out [illegible] tried
of being down here. I'm ready to [illegible] you can
[illegible] can I get a contact visit with
[illegible] and one friend [illegible] you
[illegible]

***DO NOT WRITE BELOW!!*** ***FOR SHERIFF'S DEPARTMENT USE ONLY***

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER [signature] DATE 6-20-05 TIME 1:00p

SIGNATURE

Apt. 6-20-05 1:15 [initials]

TO BE PLACED IN INMATE'S FILE

6-20-05 Week when to take Tail to Dan. Earl said he would but ~~[illegible]~~ Want to go. Called AR PARRISH To Go. [initials]

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____ CELL __4/5__ DATE __6-1-05__

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF _✗_ JAIL ADMINSTRATOR _✗_ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON

I need _____ today
the wound on my arm is getting
deeper ___ throbbing _____
there's no feeling in __. If you don't mine

DO NOT WRITE BELOW!!        FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR __✓__ SHERIFF ____

JAILER _____ DATE _6-6-05_ TIME _1215 pm_
        SIGNATURE

TO BE PLACED IN INMATE'S FILE

_____
_____ Taken to ER 6-6-05 _____
_____ 3P 3409 _____

Copy Please

Copy Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME  Nunn Jamel        CELL  L/S    DATE  6-4-05

TELEPHONE CALL ___ MEDICAL ✓ DENTAL ___ HEARING REQUEST ___

GRIEVANCE ___ VISIT ___ PERSONAL PROBLEM ___ OTHER ___

SHERIFF ✓ JAIL ADMINSTRATOR ✓ JUDGE ___ NOTARY ___

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I need to go to the emergency room. I'm running a high fever. My arm is turning purple. I need medical attention. Call Ward. Note [illegible] arm. I can't wait for an [illegible]. I need to go to the emergency [illegible]. And don't [illegible] now. I need a copy.

DO NOT WRITE BELOW!!        FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ___ MARTON ___ JAIL ADMINISTRATOR ___ SHERIFF ___

JAILER _____ DATE _____ TIME _____
           SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy Please

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

Copy 1 Please

Copy Please

NAME Nunn, Jowel   CELL 4/s   DATE 6-3-0_

TELEPHONE CALL ___ MEDICAL X DENTAL ___ HEARING REQUEST ___

GRIEVANCE ___ VISIT ___ PERSONAL PROBLEM ___ OTHER ___

SHERIFF ___ JAIL ADMINSTRATOR ___ JUDGE ___ NOTARY ___

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

Copy 1 Please

I have a sharp pain in my side left arm which is a big knot up under my skin. I need to go to the emergency room to get it seen about and get some pain pills. I believe it's staph infection. ASAP Call Greg. Thank you

DO NOT WRITE BELOW!!    FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ___ MARTON ___ JAIL ADMINISTRATOR ___ SHERIFF ___

JAILER _____ DATE _____ TIME _____
        SIGNATURE

TO BE PLACED IN INMATE'S FILE

Copy 1 Please