IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-452-TMH |
| ) | |
| GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for production of document filed by the plaintiff on June 4, 2007 (Court Doc. No. 36), and for good cause, it is

ORDERED that:

1. The motion for production of documents be and is hereby GRANTED.

2. On or before June 14, 2007, the defendants shall provide the plaintiff with *legible* copies of all medical records and medical request forms in his jail records.

3. The plaintiff is GRANTED an extension from June 4, 2007 to and including June 29, 2007 to file a supplemental objection to the Recommendation.

Done this 5th day of June, 2007.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE