IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

JOWEL S. NUNN, )
)
Plaintiff, )
)
v. ) CASE NO. 1:06-cv-00452-TMH-CSC
)
GREG WARD, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Greg Ward__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☒ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                           Relationship to Party

_____                     _____

_____                     _____

_____                     _____


6/25/2007                                   _C. Richard Hill, Jr._ (Signature)
Date

                                            C. Richard Hill, Jr.
                                            (Counsel's Name)

                                            Greg Ward
                                            Counsel for (print names of all parties)
                                            Post Office Box 240909
                                            Montgomery, Alabama 36124
                                            Address, City, State Zip Code
                                            (334) 262-1850
                                            Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_Southern_____ DIVISION

## CERTIFICATE OF SERVICE

I, C. Richard Hill, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th____day of June_____ 20 07, to:

Jowel S. Nunn

AIS #204088

Post Office Box 767

Clayton, Alabama  36016


6/25/2007
Date

_C. Richard Hill, Jr._
Signature