IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JOWEL S. NUNN, #204088, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  1:06-cv-0452-MEF |
| | )                WO |
| GREGG WARD, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #29) to the Recommendation of the Magistrate Judge filed on April 26, 2007 and supplemental objection (Doc. #40) filed on July 2, 2007 are overruled;

2. The Recommendation of the Magistrate Judge (Doc. #28) entered on April 11, 2007 is adopted;

3. The defendant's' motions for summary judgment are GRANTED and this case is DISMISSED with prejudice.

4. The costs of this proceeding are taxed against the plaintiff.

DONE this the 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE