IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

JOWEL S. NUNN, #204088,  )
         )
  Plaintiff,    )
v.        ) CASE NO.  1:06-cv-0452-MEF
         )    WO
GREGG WARD,    )
         )
  Defendant.   )

# **FINAL JUDGMENT**

    Upon consideration of the prior proceedings, opinions and orders entered in this case,

it is

    ORDERED and ADJUDGED that judgment is  entered in favor of the defendant and

against the plaintiff, that this action is dismissed with prejudice, and costs are taxed against

the plaintiff.

    The clerk of the court is directed to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE this the 17th of August, 2007.


          /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE